# In the United States Court of Federal Claims

**No. 07-779C**
**(Filed January 2, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **ERIC V. M. LUCAS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

---

On December 31, 2007, Defendant filed a consent motion for an enlargement of time of 60 days, to and including **March 7, 2008**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**