# In the United States Court of Federal Claims

No. 07-779C Automatic ADR
(Filed: February 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
ERIC V.M. LUCAS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to my docket pursuant to the ADR Automatic Referral Program. The parties are hereby notified that I am available to discuss a means for resolving this action. Should the parties wish to pursue alternative dispute resolution, they are directed to contact chambers at 202-357-6524. Otherwise, initiation of ADR proceedings is deferred.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Mary Ellen Coster Williams