# In the United States Court of Federal Claims

**No. 07-779C**
**(Filed May 13, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **ERIC V. M. LUCAS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On February 14, 2008, Defendant filed a motion to remand the instant action to the Department of the Navy Board for Correction of Naval Records (BCNR). Plaintiff opposed the motion, and the Court heard oral argument. On May 13, 2008, the Court orally denied Defendant's motion to remand without prejudice, and ordered Defendant to file the administrative record by **July 14, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**