IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERIC V.M. LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-779C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# INDEX TO THE ADMININSTRATIVE RECORD


| Item | Document | Page(s) |
|---|---|---|
| 1. | Certification, Dated Mar14, 2008 | 001 |
| 2. | Evaluation Report & Counseling Record, Dated Apr 24, 2000 | 002-003 |
| 3. | Evaluation Report & Counseling Record, Dated Jul 19, 1999 | 004-005 |
| 4. | Evaluation Report & Counseling Record, Dated Mar 30, 1998 | 006-007 |
| 5. | Shore Intermediate Maintenance Activity, Dated Mar 30, 1998 | 008 |
| 6. | Evaluation Report & Counseling Record, Dated Aug 28, 1997 | 009-010 |
| 7. | Evaluation Report & Counseling Record, Dated Aug 27, 1997 | 011 |
| 8. | Evaluation Report & Counseling Record, Dated Dec 29, 1996 | 012-013 |
| 9. | Evaluation Report & Counseling Record, Dated Dec 29, 1996 | 014-015 |
| 10. | Evaluation Report & Counseling Record, Dated Nov 20, 1996 | 016-017 |

11. Evaluation Report & Counseling Record,
Dated Nov 16, 1993 ____ 018-019

12. Lucas's Performance Evaluations[1] ____ 020

13. Performance Evaluation,
Dated Nov 16, 1993 ____ 021-022

14. Certificate: Naval Achievement Medal ____ 023

15. Performance Evaluation Report,
Dated Nov 16, 1993 ____ 024-025

16. Memo from Commanding Officer, to Chief of Naval Personnel,
Dated Aug 19, 1994 ____ 026-037

17. Drug and Alcohol Abuse Statement of Understanding,
Dated Aug 9, 1988 ____ 038-048

18. Court Memorandum,
Dated Mar 11, 2002 ____ 049

19. Court Memorandum,
Dated Dec 10, 2002 ____ 050

20. Court Memorandum,
Dated Dec 04, 2002 ____ 051

21. Emergency Data, Beneficiaries, and etc. ____ 052-063

22. Dependency Application Record of Emergency Data,
Dated Mar 25, 1994 ____ 064-070

23. Servicemen Group Life Insurance Election and Certificate,
Dated, May 05,1994 ____ 071

24. Servicemen Group Life Insurance Election and Certificate,
Dated, Oct 26, 1993 ____ 072

[1] These records are documents that are of poor quality which were "electronically stored versions" of the original documents. Because the Navy stores personnel records in an electronic format, the original, non-electronic versions of these document are no longer available. This also applies to items numbered: 12, 13, 21, 31, 33, 34, 35, 39, 40, 48, and also document page numbers 000169, 000172, and 000174.

25. Servicemen Group Life Insurance Election and Certificate, Dated, Jun 27, 1997 ______ 073

26. Servicemen Group Life Insurance Election and Certificate, Dated, May 12, 1998 ______ 074

27. Dependency Application Record of Emergency Data, Dated, Mar 25, 1994 ______ 075-076

28. Servicemen Group Life Insurance Election and Certificate, Dated, May 04, 2000 ______ 077-083

29. Section 5 – Certification, Dated Aug 09, 1988 ______ 084-097

30. Enlistment/Reenlistment Document, Dated Sep 27, 1984 ______ 098-101

31. Enlistment Program and Bonus ______ 102-105

32. Enlistment/Reenlistment Document, Dated Sep 30, 1988 ______ 106-109

33. Military's HIV Policy ______ 110

34. Enlisted Rating Conversion ______ 111-112

35. Review of Medical Documents ______ 113

36. Apprenticeship Training Program Guarantee ______ 114

37. Immediate Reenlistment (Navpers) ______ 115

38. Immediate Reenlistment Contract, ______ 116

39. Lucas's ASVAB, and Additional Educational History ______ 117-118

40. Electronic Personnel Record ______ 119

41. Immediate Reenlistment (Navpers) ______ 120

42. History of Assignments ______ 121-125

43. Administrative Remedies ______ 126

44. Administrative Remarks (Navpers) ______ 127-153

45. History of Assignments,
Dated Sept 1996- Oct 1999 ____ 154-174

46. Enlisted Qualifications History (Navpers) ____ 175-178

47. Navy Occupational History,
Dated Feb 28, 1989 ____ 179-181

48. Advancement from E-1 to E2, then E2-E3,
Dated Jun 5, 1985 ____ 182-183

49. Marital Status Agreement,
Dated Oct 10, 1991 ____ 184-186

50. Enlistment Qualifications ____ 187-190

51. Enlistment Qualifications ____ 191-194

52. Enlistment Qualifications ____ 195-196

53. Memo Regarding Request from Office for Records Pertaining to
SR Eric V.F. Lucas ____ 197

54. Documents Containing Personal Data
Covered by the Privacy Act of 1974 ____ 198-286

55. Memo from Navy Personnel Command (Pers-823)
Statement of Service ____ 287-293