# United States of America

## DEPARTMENT OF THE NAVY

*Washington, D. C.,* 20374-5100

**I hereby certify** *that the annexed* pages 001-196 constitute a true and accurate "redacted" copy of the official enlisted service record, as a part of the administrative file of the Navy Personnel Command in the case of Eric Van Drew F. Lucas, USN, xxx-xx-5338; such record being kept in the ordinary course of official supervision and custody

*on file in the* Navy Personnel Command

Terry Ann Davis
Terry Ann Davis
Paralegal Specialist
Official Title
OJAG, General Litigation Code 14

## OFFICE OF THE SECRETARY

**I hereby certify** *that* Terry Ann Davis

*who signed the foregoing certificate, was at the time of signing* Paralegal Specialist, Office of the Judge Advocate General, General Litigation Division

*and that full faith and credit should be given his certification as such.*

**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 2 *day of* July, *two thousand* 08

H.R. Molinengo, II
Captain, JAGc, U.S. Navy
(Operations and Management)
For the Secretary of the Navy

NAVJAG 5 (REV )

***DEPARTMENT OF THE NAVY***
***NAVY PERSONNEL COMMAND***
***5720 INTEGRITY DRIVE***
***MILLINGTON, TN 38055-0000***

# ***Certificate***

*(For use in Naval Courts-Martial, see Mil. R. EVID. 902, MCM, 1984)*

***I hereby certify that the attached duplicate service record is a true copy of***

***BMSR ERIC VAN DREW F. LUCAS, USN,***

***now maintained on file at this command under the authority of the United States.***

***In witness thereof, I have hereunto set my hand and caused the Seal of the Navy Personnel Command to be affixed this fourteenth day of March two thousand zero eight***

***T. L. HIGY, LEAD, RECORDS MANAGEMENT UNIT***
***By direction***
***Navy Personnel Command, Millington, TN***

NAVPERSCOM 5813/1 (Rev. 08-05)

**FOR OFFICIAL USE ONLY**
**PRIVACY SENSITIVE**

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM1 | | |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | 21054 | S W GROVES FFG 29 | REGULAR | 00APR24 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 00DEC16 15. To: 01NOV15

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| WERRE, T J | CDR | 1117 | CO | 21054 | |

28. Command employment and command achievements.

INSURV-1, GROUP SAIL-1, SMI-1, Multi Sail-1, CD OPS Pulse-2, IT-21/TISS Install-3, Underway Demo-1, Operation Passive Oversight-1, C5RA/SEMAT-1, FNAV-1, FEP-1, CD OPS Deployment-1, Naval Reserve Training GOMEX-11.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

NONE TAD to First Division Naval Station Pascagoula from 01MAR10 until 01NOV15.

For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.)

30. Date Counseled: NOT PERF 31. Counselor: MEMBER TAD 32. Signature of Individual Counseled:

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | [ ] | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [ ] | [X] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | [ ] | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [ ] | [X] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | -Displays personal bias or engages in harassment. -Tolerates bias, unfairness or harassment in subordinates. -Lacks respect for EO objectives. -Interferes with order and discipline by disregarding rights of others. [X] | [ ] | -Always treats others with fairness and respect. -Does not condone bias or harassment in or outside of workplace. -Supports Navy EO objectives. -Contributes to unit cohesiveness and morale. [ ] | [ ] | -Admired for fairness and human respect. -Ensures a climate of fairness and respect for human worth. -Pro-active EO leader, achieves concrete EO objectives. -Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsat appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program, within all standards. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -Excellent or outstanding PRT. A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualifications or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | [ ] | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [X] | [ ] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes with exceptional skill and foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-96)

OFFICIAL RECORD COPY

May 29 02 02:35p USS STEPHEN W. GROVES (228)761-2159 p.2

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM1 | | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [X] | [ ] | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for team. -The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Fails to motivate, train or develop subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. -Does not attend to welfare of subordinates. [ ] | [X] | -Effectively motivates, trains and develops subordinates. -Organizes successfully, solves problems as they occur. -Sets/achieves useful, realistic goals which support command mission. -Performs and leads effectively in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. -Routinely considers subordinates' personal and professional welfare. [ ] | [ ] | -Inspiring motivator and trainer, consistently builds winners. -Superb organizer, great foresight, gets ahead of problems. -Leadership achievements significantly further command mission. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, has top safety record. -Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for Screening of Early Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 2.57 | NONE | NICHOLS, G S, BMC (SW) Date: 20 NOV 01 |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

BM1 Lucas has been assigned TAD to Naval Station Pascagoula since March 10, 2001.

*35,36- BM1 Lucas was removed from the ship because he did not uphold good order and discipline by disregarding the rights of others. His personal actions do not live up to the Navy Core Values.

-Quality of work and job accomplishments are acceptable.
-Assisted in the setup for various Navy ceremonies at Naval Station Pascagoula.

Petty Officer Lucas is not recommended for advancement.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | X | | | | | 48. Reporting Senior Address |
| 46. SUMMARY | X | 3 | 0 | 11 | 14 | 7 | COMMANDING OFFICER USS S W GROVES FFG-29 FPO AA 34091-1485 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| YARDLEY, T E, LT, USN Date: 17NOV01 | CDR Date: 17NOV01 |
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ] I do not intend to submit a statement. [ ] "Member refused to sign" Date: | 52. Typed name, grade, command, UIC, and signature of regular Reporting Senior on Concurrent Report Date: |

NAVPERS 1616/26 (7-95)

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V. | BM2 | | |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| | X | | | 32282 | COMDESRON SIX DET | REGULAR | 99JUL19 |

| Occasion for Report: 10. Periodic | 11. Detachment of Individual | 12. Promotion/Frocking | 13. Special | Period of Report: 14. From: | 15. To: |
|---|---|---|---|---|---|
| X | | | | 99OCT13 | 00MAR15 |

| 16. Not Observed Report | Type of Report: 17. Regular | 18. Concurrent | 19. | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| | X | X | | M/MW | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| DOZIER, L. A. | CDR | 1117 | OIC | 32282 | |

28. Command employment and command achievements.
Training and Readiness of COMDESRON SIX units of the U.S. Atlantic Fleet.
TAD: COMDESRON SIX (99OCT13-00MAR15) LIMDU

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
CUSTOMER SERV Customer Service Representative; Personnel assistant-8. Collateral; duty driver-8

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job.<br>-Unable to apply knowledge to solve routine problems.<br>-Fails to meet advancement/PQS requirements. [ ] | [ ] | -Strong working knowledge of rating, specialty and job.<br>-Reliably applies knowledge to accomplish tasks.<br>-Meets advancement/PQS requirements on time. [ ] | [X] | -Recognized expert, sought out by all for technical knowledge.<br>-Uses knowledge to solve complex technical problems.<br>-Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision.<br>-Product frequently needs rework.<br>-Wasteful of resources. [ ] | [ ] | -Needs little supervision.<br>-Produces quality work. Few errors and resulting rework.<br>-Uses resources efficiently. [ ] | [X] | -Needs no supervision.<br>-Always produces exceptional work. No rework required.<br>-Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | -Displays personal bias or engages in harassment.<br>-Tolerates bias, unfairness or harassment in subordinates.<br>-Lacks respect for EO objectives.<br>-Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | -Always treats others with fairness and respect.<br>-Does not condone bias or harassment in or outside of workplace.<br>-Supports Navy EO objectives.<br>-Contributes to unit cohesiveness and morale. [X] | [ ] | -Admired for fairness and human respect.<br>-Ensures a climate of fairness and respect for human worth.<br>-Pro-active EO leader, achieves concrete EO objectives.<br>-Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unkempt appearance.<br>-Unsatisfactory demeanor/conduct.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance.<br>-Excellent demeanor or conduct.<br>-Complies with physical readiness program, within all standards.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | [ ] | -Exemplary personal appearance.<br>-Exemplary representative of Navy.<br>-Excellent or outstanding PRT. A leader in physical readiness.<br>-Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualification or finish job.<br>-Prioritizes poorly.<br>-Avoids responsibility. [ ] | [ ] | -Productive and motivated. Completes tasks and qualifications fully and on time.<br>-Plans/prioritizes effectively.<br>-Reliable, dependable, willingly accepts responsibility. [ ] | [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>-Plans/prioritizes with exceptional skill and foresight.<br>-Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1610/2 (7-95)

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V. | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [X] | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for team. -The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Fails to motivate, train or develop subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. -Does not attend to welfare of subordinates. [ ] | [ ] | -Effectively motivates, trains and develops subordinates. -Organizes successfully, solves problems as they occur. -Sets/achieves useful, realistic goals which support command mission. -Performs and leads effectively in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. -Routinely considers subordinates' personal and professional welfare. [ ] | [X] | -Inspiring motivator and trainer, consistently builds winners. -Superb organizer, great foresight, stays ahead of problems. -Leadership achievements significantly furthers command mission. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, has top safety record. -Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Program, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.71 | RATING ASSIGNMENT / SPECIAL WARFARE PGM | MAYNARD, C C, PNC Date: 15MAR00 |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Petty Officer Lucas has become a valuable team player and asset while assigned to COMDESRON SIX Staff. He is always motivated for any assigment. Specific accomplishments of this exceptional Petty Officer include:
-Superbly assisted in the installation of the LAN network throughout CDS6 spaces.
-Major player in the revamping of CDS6 offices upon Staff realignment, to include the painting and refurbishing of a Conference Room with outstanding results.
-As Staff Driver, he adroitly kept both vehicles clean and insured the maintenance was done as required.
-Routinely assisted the Personnel Officer in the processing of reporting PCS/TAD shipboard transient personnel, ensuring a smooth checkin procedure, to include procuring lodging and meals.
BM2 Lucas has proven to be a dedicated, dynamic, and self sufficient Petty Officer. He should at the soonest opportunity be immediately reassigned to a billet within his rating, as he will no doubt be of great value to any command.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
REENLISTED FOUR YEARS, CONVERTED TO TAR PROGRAM

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | | X |
| 46. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

47. Retention: Not Recommended [ ] Recommended [X]

48. Reporting Senior Address
OFFICER IN CHARGE
DESTROYER SQUADRON SIX DET
NAVSTA PASCAGOULA, MS 39595

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.
NONE AVAILABLE Date:

50. Signature of Reporting Senior
[signature] Date: 15MAR00

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature] Eric V Lucas Date: 3-25-00

52. Type name, grade, command, UIC, and signature of regular Reporting Senior on Concurrent Report
REED, K. A., LCDR
XO NAVSTA PASCAGOULA MS UIC 68890
[signature] Date: 15MAR00

NAVPERS 1610/2 (7-95)

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| 5. ACT / TAR / INACT / AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|
| ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 21057 | FFG-32 JOHN L HALL | REGULAR | 98MAR30 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 98MAR16 15. To: 99MAR15

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| BELLANTONI, P N | LCDR | 1110 | XO | 21057 | |

28. Command employment and command achievements.

COUNTER NARCOTICS OPERATIONS, HURRICANE EARL AND GEORGES SORTIE, TRAV, AMMO OFFLOAD-1, INSURV-1, HOLV/UPK, PLOT I/II-1, DSRA-2.
1998 COMNAVSURFLANT MISSION AREA EXCELLENCE AWARDS.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

TRAINING PO — Training Petty Officer-10. Responsible for the training and safety of First Division personneland the preservation and maintenance of deck equipment and spaces. Supervised 21 enlisted personnel. COLL: LSE-6. WATCH: Boatswain Mate of the Watch-4, Officer of the Deck(Inport)-10.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 98SEP15 | LOPEZ, JC BMC(SW) | [signature] |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job.<br>- Unable to apply knowledge to solve routine problems.<br>- Fails to meet advancement/PQS requirements. [ ] | - <br>- <br>- [ ] | - Strong working knowledge of rating, specialty and job.<br>- Reliably applies knowledge to accomplish tasks.<br>- Meets advancement/PQS requirements on time. [ ] | - <br>- <br>- [X] | - Recognized expert, sought out by all for technical knowledge.<br>- Uses knowledge to solve complex technical problems.<br>- Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision.<br>- Product frequently needs rework.<br>- Wasteful of resources. [ ] | - <br>- <br>- [ ] | - Needs little supervision.<br>- Produces quality work. Few errors and resulting rework.<br>- Uses resources efficiently. [ ] | - <br>- <br>- [X] | - Needs no supervision.<br>- Always produces exceptional work. No rework required.<br>- Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment.<br>- Tolerates bias, unfairness or harassment in subordinates.<br>- Lacks respect for EO objectives.<br>- Interferes with order and discipline by disregarding rights of others. [ ] | - <br>- <br>- <br>- [ ] | - Always treats others with fairness and respect.<br>- Does not condone bias or harassment in or outside of workplace.<br>- Supports Navy EO objectives.<br>- Contributes to unit cohesiveness and morale. [ ] | - <br>- <br>- <br>- [X] | - Admired for fairness and human respect.<br>- Ensures a climate of fairness and respect for human worth.<br>- Pro-active EO leader, achieves concrete EO objectives.<br>- Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unkempt appearance.<br>- Poor self-control; conduct resulting in disciplinary action.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - <br>- <br>- <br>- [ ] | - Excellent personal appearance.<br>- Excellent conduct, conscientiously complies with regulations.<br>- Complies with physical readiness program, within all standards.<br>- Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [X] | - <br>- <br>- <br>- [ ] | - Exemplary personal appearance.<br>- Model of conduct, on and off duty.<br>- Excellent or outstanding PRT. A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job.<br>- Prioritizes poorly.<br>- Avoids responsibility. [ ] | - <br>- <br>- [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time.<br>- Plans/prioritizes effectively.<br>- Reliable, dependable, willingly accepts responsibility. [ ] | - <br>- <br>- [X] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>- Plans/prioritizes wisely and with exceptional foresight.<br>- Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

ORIGINAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | [X] | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br>- Does not attend to welfare of subordinates. [ ] | [ ] | - Effectively motivates, trains and develops subordinates.<br>- Organizes successfully, solves problems as they occur.<br>- Sets/achieves useful, realistic goals which support command mission.<br>- Performs and leads effectively in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br>- Routinely considers subordinates' personal and professional welfare. [ ] | [X] | - Inspiring motivator and trainer, consistently builds winners.<br>- Superb organizer, great foresight, stays ahead of problems.<br>- Leadership achievements significantly further command mission.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, has top safety record.<br>- Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|---|
| 3.86 | SWCC<br>SBU | ASSLT BOAT<br>COXSWAIN | DAY, T, LTJG<br>Date: 8APR99 |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

- Volunteered as First Division Training Petty Officer. He immediately revitalized the training program which included developing a training plan, lesson guides, and tracking/ updating all PQS in Compass.

- As LSE, he supervised numerous flight deck operations, including passenger transfers, HIFR, and Army Black Hawk helicopter deck landing qualifications.

- Experienced and professional, he was selected as special evolution BMOW. He carried out all responsibilities with self-confidence and enthusiasm.

- His supervisory ability, demonstrated by his rapport with subordinates and work accomplishment as supervisor of the RHIB and side cleaning details, is excellent.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address<br>COMMANDING OFFICER |
| 46. SUMMARY | X | 0 | 0 | 5 | 24 | 7 | USS JOHN L HALL (FFG-32)<br>FPO AA 34091-1488 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| FOY, J B, LT<br>Date: 13 APR 99 | P. N. Belts<br>Date: 7 APR 99 |
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. [ ] I do not intend to submit a statement. [X]<br>Date: 04-15-99 | 52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br>Date: |

NAVPERS 1616/26 (7-95)

OFFICIAL RECORD COPY

1998 Mar

# DEPARTMENT OF THE NAVY

SHORE INTERMEDIATE MAINTENANCE ACTIVITY PASCAGOULA
NAVAL STATION
PASCAGOULA MS 39595-2500

IN REPLY REFER TO
1610
[redacted]
27 Mar 98

From: LCDR Michael A. Boslet, USN, Shore Intermediate Maintenance Activity, Pascagoula, MS 39595-0000
To: Chief of Naval Personnel, Pers-322, 2 Navy Annex, Washington, DC 20370-3220

Subj: EVALUATION REPORT EXTENSION

1. Identification of original report

   a. Blocks 1-4: LUCAS, ERIC V, BM2,

   b. Blocks 14-15: 97AUG28 - 98MAR1

   c. Blocks 17-19: Regular

   d. Blocks 22, 27: BOSLET, M A,

2. Extension data

   a. Blocks 10-13: Add 11. Detachment of Individual

   b. Blocks 14-15: Change to 97AUG28 - 98MAR30

M. A. BOSLET

Copy to:
BM2 Lucas

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| 5. ACT / TAR / INACT / AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|
| ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 47318 | SIMA PASCAGOULA | REGULAR | 97AUG28 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 97AUG28 15. To: 98MAR15

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| BOSLET, M A | LCDR | 6130 | CO | 47318 | |

28. Command employment and command achievements.

Intermediate Maintenance and Repairs of ships passing through or homeported on the Gulf Coast and commands located in the Gulf Coast Region.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

TIME KEEPER | Production Control Time Keeper-6; Production Control Coordinator-6; MRMS Supervisor-6. WATCH: POOW/Security Rover-5.

For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.)

30. Date Counseled: NOT REQ  31. Counselor:  32. Signature of Individual Counseled:

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [ ] | [X] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [ ] | [X] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [ ] | [X] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unfit appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [X] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | [X] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for team. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. [ ] | [ ] | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates personal and professional welfare. [X] | [ ] | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, gets ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two) Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|---|
| 3.43 | SWCC SBU | SEA DUTY | EIFERT, S T, FCC(SW) Date: 23MAR9? |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

36. Occasionally displays poor self control and has a difficult time adhering to the Navy Core Value of Commitment.

37. Courteous and respectful to others both on and off duty, he shows great initiative in both the learning and execution of his duties as a MRMS supervisor and Production Control Coordinator.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
COMP: Windows NT 4.0 User Training; MRMS 301, 302, and 303; QA Craftsman-301; POOW JQR; Security Rover JQR

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address: SIMA BLDG 40 NAVAL STATION PASCAGOULA, MS 39595 |
| 46. SUMMARY | | 1 | 0 | 18 | 41 | 15 | |

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0.
GEFORTH, G L, MRCS (SW) Date: 23MAR98

50. Signature of Reporting Senior Date: 3-22-98

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ] I do not intend to submit a statement. [✓] Date: 3-27-98

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report Date:

NAVPERS 1616/26 (7-95)

OFFICIAL RECORD COPY

SEP 22 1997 W

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 33319 | NAS PENSACOLA | REGULAR | 97AUG12 |

| Occasion for Report: 10. Periodic | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | Period of Report 14. From: | 15. To: |
|---|---|---|---|---|---|
| | X | | | 97AUG12 | 97AUG27 |

| 16. Not Observed Report | Type of Report 17. Regular | 18. Concurrent | 19. | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| X | X | | | M/MS | |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| SPOTTS, N A | LCDR | 1700 | DEPT HEAD | 00204 | |

28. Command employment and command achievements.

Administer, coordinate and supervise flight and academic training as may be directed by the Chief of Naval Air Training. Fifth consecutive Chief of Naval Education and Training Golden Anchor Award.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

LIMDU Assigned to the Transient Personnel Division in a limited duty status.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | | NOT REQ | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [X] | - Marginal knowledge of rating, specialty or job.<br>- Unable to apply knowledge to solve routine problems.<br>- Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job.<br>- Reliably applies knowledge to accomplish tasks.<br>- Meets advancement/PQS requirements on time. | | - Recognized expert, sought out by all for technical knowledge.<br>- Uses knowledge to solve complex technical problems.<br>- Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [X] | - Needs Excessive supervision.<br>- Product frequently needs rework.<br>- Wasteful of resources. | | - Needs little supervision.<br>- Produces quality work. Few errors and resulting rework.<br>- Uses resources efficiently. | | - Needs no supervision.<br>- Always produces exceptional work. No rework required.<br>- Maximizes resources. |
| 35. EQUAL OPPORTUNITY Fairness, respect for human worth. NOB [X] | - Displays personal bias or engages in harassment.<br>- Tolerates bias, unfairness or harassment by subordinates.<br>- Lacks respect for EO objectives.<br>- Interferes with order and discipline by disregarding rights of others. | | - Always treats others with fairness and respect.<br>- Does not condone bias or harassment in or outside of workplace.<br>- Supports Navy EO objectives.<br>- Contributes to unit cohesiveness and morale. | | - Admired for fairness and human respect.<br>- Ensures a climate of fairness and respect for human worth.<br>- Pro-active EO leader, achieves concrete EO objectives.<br>- Leader and model contributor to unit cohesiveness and morale. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [X] | - Consistently unsat appearance.<br>- Poor self-control; conduct resulting in disciplinary action.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. | | - Excellent personal appearance.<br>- Excellent conduct, conscientiously complies with regulations.<br>- Complies with physical readiness program, within all standards.<br>- Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. | | - Exemplary personal appearance.<br>- Model of conduct, on and off duty.<br>- Excellent or outstanding PRT. A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [X] | - Needs prodding to attain qualification or finish job.<br>- Prioritizes poorly.<br>- Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time.<br>- Plans/prioritizes effectively.<br>- Reliable, dependable, willingly accepts responsibility. | | - Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>- Plans/prioritizes wisely and with exceptional foresight.<br>- Seeks extra responsibility and takes on the hardest jobs. |

ORIGINAL RECORD COPY

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

SEP 1 1 1997 HT

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V D | BM2 | | |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 21054 | FFG 29 STEPHEN W. GROVES | REGULAR | 96DEC29 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Promotion/Frocking [ ] | 13. Special [ ] | 14. From: 97MAR16 | 15. To: 97AUG06 |
| 16. Not Observed Report [ ] | Type of Report: 17. Regular [X] | 18. Concurrent [ ] | 19. [ ] | 20. Physical Readiness: P/WS | 21. Billet Subcategory (if any): NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| ALAND, D J | CDR | 1110 | CO | 21054 | |

**28. Command employment and command achievements.**

PLOT I, II; Semi Restricted Availabity(SRA)-2 Light Off Assesment (LOA); Local Operation-1; Leave and Upkeep-2

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)

[DECK SUPERVISE] PRI: Deck Supervisor-5, supervises four non-rated personnel in the maintenance, preservation and upkeep of the Center Line Passageway and Starboard Main Deck. WATCH: BMOW-5, POOW (inport)-5, OOD (inport)-5. COLL: Divisional PQS Coordinator-5.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

ORIGINAL RECORD COPY

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V D | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for team. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. [ ] | [ ] | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates' personal and professional welfare. [X] | [ ] | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, stays ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Ave. Total of trait scores divided by number of graded traits | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0 |
|---|---|---|
| 3.14 | N/A | [signature] JACKSON, R BMC(SW) Date: 7-15-97 |

**43. COMMENTS ON PERFORMANCE:** * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

This evalution is submitted on the occasion of BM2 Lucas' transfer to Naval Hospital Pensacola, Fl.

-Awarded Armed Forces Expenditionary Medal and Good Conduct Medal.
-Petty Officer in Charge for the preservation and reinstalling of the ship's anchor and chain.
-Supervised the preservation and painting of the starboard side main deck and cleanliness of center line passageway
-Above standard military appearance. Received outstanding on PRT.
-Maintains the daily operation of the Paint Locker.
-Member of the Command Training Team.
-Attended Helo Fire Fighting School.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

(MMS ...)

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | |
| 46. SUMMARY | | 0 | 0 | 1 | 0 | 0 |

47. Retention: Not Recommended [ ] Recommended [X]

48. Reporting Senior Address
COMMANDING OFFICER
USS STEPHEN W. GROVES
FFG 29 FPO AA 34091-1485

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against the above performance standards and have provided written explanation to support marks of 1.0 and 5.0.
[signature] BUSH, R S LT Date: 8-8-97

50. Signature of Reporting Senior
[signature] Date: 8.8.97

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [ ]
Date:

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (7-95)

ORIGINAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

X CR

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix) LUCAS, ERIC V D | 2. Rate BM2 | 3. Desig | 4. SSN |
| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 21054 | 7. Ship/Station FFG-29 STEPHEN W GROVES | 8. Promotion Status REGULAR — 9. Date Reported 96DEC29 |

| | | | | | |
|---|---|---|---|---|---|
| Occasion for Report: 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Promotion/Frocking [ ] | 13. Special [ ] | Period of Report: 14. From: 96NOV21 | 15. To: 97MAR15 |
| 16. Not Observed Report [ ] | Type of Report: 17. Regular [X] | 18. Concurrent [ ] | 19. [ ] | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, FI MI) ALAND, D J | 23. Grade CDR | 24. Desig 1110 | 25. Title CO | 26. UIC 21054 | 27. SSN |

28. Command employment and command achievements.
Middle East Force Deployment (MEF 3-96)-2; Leave/Upkeep-1.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DECK SUP | PRI: Deck Supervisor-3, supervises four non-rated personnel in the maintenance, preservation and upkeep of the Center Line Passageway and Starboard Main Deck. WATCH: BMOW (U/W)-2, POOW (inport)-2, OOD (inport)-1. COLL: Training Petty Officer-2. LV/TV/TEMDU: 96NOV21-96DEC28.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | LESS THAN 90 DAYS | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE | 1.0* | 2.0 | 3.0 | 4.0 | 5.0 |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | - - - [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements. [X] | - - - [ ] | - Recognized expert, sought out for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. [ ] | - - [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. [ ] | - - [X] | - Needs no supervision. - Always produces exceptional work. No rework required. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Actions counter to good order and discipline and result in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | - - - - [ ] | - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. Attitudes and actions reflect fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | - - - - [ ] | - Promotes culture of fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - - - - [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - - - - [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | - - - [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [ ] | - - - [X] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

ORIGINAL RECORD COPY

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V D | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | - - - [ ] | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [X] | - - - [ ] | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br>- Does not attend to welfare of subordinates. [ ] | - - - - - - - [ ] | - Effectively motivates, trains and develops subordinates.<br>- Organizes successfully, solves problems as they occur.<br>- Sets/achieves useful, realistic goals which support command mission.<br>- Performs and leads effectively in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br>- Routinely considers subordinates' personal and professional welfare. [X] | - - - - - - - [ ] | - Inspiring motivator and trainer, consistently builds winners.<br>- Superb organizer, great foresight, gets ahead of problems.<br>- Leadership achievements significantly further command mission.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, has top safety record.<br>- Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.43 | NA | [signature] JACKSON, R. BMC(SW) Date: 970325 |

**43. COMMENTS ON PERFORMANCE:** * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

Despite being onboard for only a short time, Petty Officer Lucas has already had a positive impact on OD division.

- Aggressively seeks added qualifications, expanded professional knowledge. Acted as Rig Captain during five underway replenishment evolutions. Voluntarily joined the Command Training Team.
- Efforts as member of Davit Team directly contributed to the safe and expeditious completion of ten small boat evolutions in support of operation VIGILANT SENTINEL.
- Supervised the painting of the center line passageway in preparation for return to homeport. The resulting appearance of the passageway is truly outstanding.
- Above standards Military Appearance. Scored Outstanding in most recent semi-annual PRT.

Petty Officer Lucas is a quiet and composed leader who produces results.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

Boat Coxswain, Handing Signals Enlisted, Boat Davit Winch Checker, Deck Rigger, UNREP Rig Captain.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>USS STEPHEN W. GROVES<br>FPO AA 34091-1485 |
| 46. SUMMARY | X | 0 | 0 | 15 | 14 | 8 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| [signature] MURPHY, S P LT Date: 24 MAR 97 | [signature] Date: 3.11.97 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ] I do not intend to submit a statement. [X] | 52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report |
|---|---|
| [signature] Date: 3-25-97 | Date: |

NAVPERS 1616/26 (7-95)

ORIGINAL RECORD COPY

CONVERSION

JUL 0 1 1997 T

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| 5. ACT / TAR / INACT / AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|
| ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 00205 | NAVSUPPACT NEW ORLEANS LA | REGULAR | 93NOV16 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [X] | 12. Promotion/Frocking [ ] | 13. Special [ ] | 14. From: 96MAR16 | 15. To: 96NOV20 |

| 16. Not Observed Report | Type of Report | | | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| [ ] | 17. Regular [X] | 18. Concurrent [ ] | 19. [ ] | P/WS | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| BRAZELL, M T | CAPT | 1317 | CO | 00205 | |

28. Command employment and command achievements.

To provide appropriate logistical support for activities and commands as assigned by the Chief of Naval Operations.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

COXSWAIN CNRF Flag Barge Coxswain-8, Bowhook/Sternhook-8, Flag Driver-8. 3M Maintenance Man-8.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 96MAY30 | SMITH, E L | Eric V. Lucas |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | - - - [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | - - - [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | - - - [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | - - - [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | - - - - [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | - - - - [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - - - - [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - - - - [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | - - - [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | - - - [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

ORIGINAL RECORD COPY

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| LUCAS, ERIC V | BM2 | | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | - - - [ ] | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [X] | - - - [ ] | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br>- Does not attend to welfare of subordinates. [ ] | - - - - - - - [ ] | - Effectively motivates, trains and develops subordinates.<br>- Organizes successfully, solves problems as they occur.<br>- Sets/achieves useful, realistic goals which support command mission.<br>- Performs and leads effectively in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br>- Routinely considers subordinates' personal and professional welfare. [X] | - - - - - - - [ ] | - Inspiring motivator and trainer, consistently builds winners.<br>- Superb organizer, great foresight, gets ahead of problems.<br>- Leadership achievements significantly further command mission.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, has top safety record.<br>- Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.14 | ASSIGNMENT IN RATING | E. L. Smith BMCS(SW) Date: 20 NOV 96<br>SMITH, E L BMCS(SW) |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

Evaluation submitted on the occasion of transfer to USS STEPHEN W. GROVES (FFG-29).

-Continued superior service to area flag and general officers, visiting dignitaries and high ranking DOD/DON officials. Meets all scheduled requirements and is always ready for those that develop as short lead.

-Demonstrated excellent boathandling skills as Coxswain on the Mississippi River.

- Key Contributor to numerous improvements to the Flag Landing facilities.

- Received Commander, Naval Reserve Force Letters of Commendation and Appreciation for superior performance of duties.

- Excellent personal appearance. Scored Outstanding on most recent PRT.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

COMNAVRESFOR Letter of Commendation, July 1995 - August 1996.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | |
| 46. SUMMARY | X | 0 | 0 | 1 | 0 | 0 |

47. Retention: Not Recommended [ ] Recommended [X]

48. Reporting Senior Address
NAVAL SUPPORT ACTIVITY
2300 GENERAL MEYER AVE
NEW ORLEANS LA 70142

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0.
[signature]
MCKENNEY, P M LCDR
Date:

50. Signature of Reporting Senior
[signature]
Date: 11/20/96

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature] Date: 11-20-96

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (7-95)

[illegible]

00265 [illegible] NEW ORLEANS LA [illegible] REGULAR

1317 CD 00265

To provide appropriate logistical support for activities and commands as assigned by the Chief of Naval Operations.

CNSF Flag Barge Coxswain-12, [illegible]-12, Flag [illegible]-12.

[illegible]

- As Coxswain and Flag Driver, meets all taskings and commitments in a professional manner, providing excellent service to area flag and general officers, visiting dignitaries and high ranking USN/USMC officials.
- Noted as an excellent Coxswain, attentive to detail and skilled in small craft handling.
- Excellent appearance in uniform, and superior performance in PRT, both indicative of pride in self.

In Summary possesses the skills and innate abilities to excel, but has had experiences demonstrative of lower than expected levels of maturity in interpersonal relationships. Clearly capable of outstanding performance in all areas, expected to continue improvement in bearing and behavior.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 3 | | |
| | X | 0 | 2 | 23 | 13 | 1 |

NAVAL SUPPORT ACTIVITY
2300 GENERAL MEYER AVE
NEW ORLEANS LA 70142

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Military Bearing | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | DATE OF [illegible] (NAVPERS 1070/601) | | | | | | AD-18 USS SIERRA | [illegible] |
| [illegible] | T | [illegible] | 4.0 | 3.8 | 4.0 | 4.0 | 3.8 | 3.8 | USS SIERRA AD18 | [illegible] |
| [illegible] | T | [illegible] | 4.0 | 4.0 | 4.0 | 4.0 | 3.0 | 4.0 | [illegible] CHARLESTON SC | [illegible] |
| [illegible] | P | [illegible] | 4.0 | 3.8 | 3.0 | 3.8 | 3.[illegible] | 3.8 | NAVSUPPACT NOLA [illegible] PSD, NSA, NOLA | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] FOR [illegible] | | | | | | NAVSUPPACT, NOLA T PSD, NSA, NOLA | [illegible] |
| [illegible] | P | [illegible] | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | BY PSD NEW ORLEANS | F.[illegible] |

NO ENTRIES

OFFICIAL RECORD COPY

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| LUCAS | [illegible] | VAN [illegible] FRANKLIN | | [illegible] |

ENLISTED PERFORMANCE EVALUATION REPORT

LUCAS, ERIC V

NAVSUPPACT NEW ORLEANS LA

LAFOREST, E A

| | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8 | 2.6 | 2.0 | 1.0 |
|---|---|---|---|---|---|---|---|---|---|---|

EC. S—

COMMANDING OFFICER
NAVAL SUPPORT ACTIVITY
2300 GENERAL MEYER AVE. BLDG 8
NEW ORLEANS, LA 70142-5007

OFFICIAL RECORD COPY

LUCAS, E V | | 941001 TO 95JUN31

ASSIGNED TO FIRST DIVISION, OPERATIONS DEPARTMENT-12. RESPONSIBLE FOR BOAT HANDLING AND RIVER LOOKOUT DUTIES FOR FOUR 50 FOOT UTILITY BOATS AND ONE 40 FOOT PERSONNEL CARRIER-12. WATCH: OOD-12. COLL: DEPARTMENTAL WATCH BILL COORDINATOR-12, DEPARTMENTAL TRAINING PETTY OFFICER-12, COMMAND ASSIGNMENT TEAM MEMBER-12, HONOR BOATSWAIN'S MATE FOR RETIREMENT CEREMONIES-12.

ATTENDED NAVY RIGHTS AND RESPONSIBILITIES CLASS. QUALIFIED CPR. ATTENDED 3C1 REFRESHER TRAINING CLASS. RECEIVED NAVY ACHIEVEMENT MEDAL. RECEIVED GOOD CONDUCT MEDAL (FIRST AWARD). QUALIFIED SMALL BOAT ENGINEER (NAVEDTRA 43152B).

PETTY OFFICER LUCAS IS A DEDICATED PROFESSIONAL. CONSISTENTLY DEMONSTRATES HIGH CALIBER LEADERSHIP. HE IS A CONFIDENT TRAINER WHO WORKS WITH PRIDE AND DETERMINATION. COMPLETES ALL TASKS SAFELY AND ON TIME. HIS EXCELLENT JUDGMENT ALLOWS HIM TO CONVERT HIS IDEAS INTO ACTION. GETS THE JOB DONE RIGHT THE FIRST TIME. PETTY OFFICER LUCAS IS RESPECTED BY BOTH HIS PEERS AND SUBORDINATES. SPECIFIC ACCOMPLISHMENTS INCLUDE:

- AWARDED A NAVY ACHIEVEMENT MEDAL FOR HIS ACHIEVEMENTS ON ALL TRAINING AND QUALIFICATION PROGRAMS DURING COMNAVRESFOR IG INSPECTION WHICH RESULTED IN AN OVERALL SATISFACTORY, A MAJOR IMPROVEMENT OVER THE LAST INSPECTION.

- RECEIVED A LETTER OF COMMENDATION FROM NSHCOM [illegible] FOR PROFESSIONAL PIPING SERVICES PROVIDED FOR SEVERAL RETIREMENT CEREMONIES.

- RECEIVED A LETTER OF APPRECIATION FROM REAR ADMIRAL HALL, COMNAVRESFOR, FOR HIS OUTSTANDING ATTENTION TO DETAIL PREPARING FOR SECNAV VISIT TO NAVSUPPACT NEW ORLEANS.

- SELECTED AS MEMBER OF THE BOAT MAINTENANCE CREW OF THE QUARTER (OCT-DEC94).

- RECEIVED A SCORE OF OUTSTANDING DURING RECENT PHYSICAL READINESS TEST.

- ASSIGNED AS PETTY OFFICER IN CHARGE OF COORDINATING ALL LINEHANDLING DETAILS, INCLUDING OBSERVING ALL SAFETY PRECAUTIONS AND TRAINING ASSIGNED PERSONNEL.

PETTY OFFICER LUCAS RECOGNIZES THE POTENTIAL OF HIS SUBORDINATES AND PROVIDES THEM EXCELLENT GUIDANCE. HE CONSISTENTLY DISPLAYS SUSTAINED SUPERIOR PERFORMANCE AT LEVELS WELL ABOVE HIS CONTEMPORARIES. RESOURCEFUL AND ENTHUSIASTIC, HE HAS EARNED THE RESPECT OF THE ENTIRE COMMAND STAFF. IMPECCABLE PERSONAL APPEARANCE. HE EXHIBITS OUTSTANDING MILITARY BEARING, ALWAYS PRESENTS A SHARP MILITARY APPEARANCE IN UNIFORM AND CIVILIAN ATTIRE. HE IS READY FOR ADVANCEMENT TO PETTY OFFICER FIRST CLASS NOW. BM2 LUCAS HAS EARNED MY STRONGEST RECOMMENDATION FOR IMMEDIATE ADVANCEMENT AND RETENTION IN THE NAVAL SERVICE.

RETENTION: RECOMMENDED.

OFFICIAL RECORD COPY

[redacted]

# *Commanding Officer*
# *Naval Support Activity New Orleans*

**The Secretary of the Navy takes pleasure in presenting the**
**NAVY ACHIEVEMENT MEDAL to**

**[illegible]**
**[illegible]**
**UNITED STATES NAVY**

**For services as set forth in the following citation:**

**For professional achievement in the superior performance of his duties while assigned as Operations Department Leading Boatswain's Mate and Training Petty Officer at Naval Support Activity, New Orleans from January 1994 to December 1994. [illegible] and conscientious manner, he helped new personnel achieve final qualification as [illegible] and ultimately as small boat coxswain. He [illegible] and implemented the entire training program, records and [illegible] by which to track individual progress. His meticulous attention to detail [illegible] high praise from inspectors during the recent COMNAVRESFOR [illegible]. [illegible] sound knowledge and experience on the dangerous Mississippi River, his hands-on training has led to excellent coxswain performance, awareness and an unsurpassed safety record. Petty Officer Lucas' exceptional ability, initiative and loyal dedication to duty [illegible] and were in keeping with the highest traditions of the United States Naval Service.**

**For the Secretary,**

**T.P. CRUSER**
**Captain, U.S. Navy**

[illegible]

# [illegible] PERFORMANCE EVALUATION REPORT

[illegible], ERIC V

NAVSUPPACT NEW ORLEANS LA

LOFQUIST, E A

| [illegible] | NOB | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8 | 2.6 | 2.0 | 1.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | X | | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | [illegible] | [illegible] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

E.C. [signature]

COMMANDING OFFICER
NAVAL SUPPORT ACTIVITY
2300 GENERAL MEYER AVE, BLDG 8
NEW ORLEANS, LA 70142-5007

AUG-4-1994 [signature]

CERTIFIED OFFICIAL RECORD COPY

000024

[illegible]
LUCAS, E V

[illegible] 93NOV16 [illegible] 94MAR31

[illegible]

PRI: ASSIGNED TO OPERATIONS DEPARTMENT FIRST DIVISION-4. RESPONSIBLE FOR BOAT HANDLING AND RIVER LOOKOUT DUTIES FOR FOUR 50 FOOT UTILITY BOATS AND ONE 40 FOOT PERSONNEL CARRIER-2. DEPARTMENTAL SUPPLY PETTY OFFICER-2. LEAVE AND TRANSIT: 93NOV01-93NOV15. WATCH: OOD-4

[illegible]

QUALIFIED SMALL BOAT COXSWAIN, BOWHOOK/STERNHOOK (NAVEDTRA 43152B), COMPLETED JQR'S FOR SMALL BOAT RADAR OPERATOR AND SMALL BOAT RADIO OPERATOR. QUALIFIED OOD. QUALIFIED SECOND CLASS SWIMMER. ATTENDED PREVENT.

[illegible]

A VERSATILE AND PRODUCTIVE WORKER. PERFORMS ALL DUTIES IN A TIMELY MANNER. GOOD DEMEANOR, PROMOTES EFFICIENCY AND ENTHUSIASM WITHIN THE DIVISION. SPECIFIC ACCOMPLISHMENTS INCLUDE:

- REORGANIZED THE SUPPLY SHED FOR MAXIMUM EFFICIENCY AND ACCOUNTABILITY.

- RECEIVED LETTER OF APPRECIATION FROM COMMANDING OFFICER, SIMA, CHARLESTON FOR SAIL LOFT WORK.

- LINEHANDLER FOR USS NASSAU VISITING THE PORT OF NEW ORLEANS.

- PERFORMED PREVENTIVE MAINTENANCE ON ASSIGNED BOAT.

- EXPEDITED THE ORDER AND RECEIPT OF ALL PARTS AND SUPPLIES NEEDED TO MAINTAIN THE OPERATIONAL COMMITMENTS OF THE DEPARTMENT.

- SUCCESSFULLY DISPATCHED SHUTTLE BOATS ACROSS THE MISSISSIPPI RIVER.

PETTY OFFICER LUCAS IS A VITAL ASSET TO THIS COMMAND. HE HAS DILIGENTLY FOLLOWED THROUGH WITH ALL SUPPLY TASKS TO THEIR FINAL COMPLETION. RECOMMENDED FOR ADVANCEMENT.

RETENTION: RECOMMENDED

OFFICIAL RECORD COPY

# DEPARTMENT OF THE NAVY

[illegible]

1616
19 Aug 96

From: Commanding Officer, Naval Support Activity, New Orleans
To: Chief of Naval Personnel (Pers-322), Washington, DC 20370-5322

Subj: EVALUATION REPORT ADMINISTRATIVE CHANGE

1. Identification of original report

a. Blocks 1-3: Lucas, Eric V, BM2,

b. Blocks 16-17: 93NOV16 - 94MAR31

c. Block 20: N/

d. Blocks 23, 26: Lofquist, E.A.

2. Changes requested

a. Block 16: Change to 93OCT30

b. Block 20: Change to R/9

3. Reason. Correction to typographic error in original report.

M. E. BACKSTROM
By direction

Copy to:
Service Record
BM2 Lucas

OFFICIAL RECORD COPY

# ENLISTED PERFORMANCE EVALUATION REPORT

OFFICIAL RECORD COPY

| [illegible] | NOB | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8 | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | X | | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |

COMMANDING OFFICER
SHORE INTERMEDIATE MAINTENANCE
ACTIVITY, CHARLESTON
CHARLESTON, SC 29408-5950

27-OCT-93

[illegible]

Craftsman-[illegible]. Responsible for production and manufacturing of flight deck, drum and barrier safety nets. Reupholsters shipboard furniture. Manufactures capstan and reel covers, and flight deck/quarterdeck awnings. [illegible]: [illegible]. [illegible]: [illegible].

[illegible]

Evaluation comments

This evaluation is being submitted on occasion of Petty Officer Lucas's transfer to Naval Support Activity New Orleans, LA.

Since reporting to R-5 Division, Petty Officer Lucas has been in a Limited Duty status. He works well independently or with a group and has demonstrated the technical skill necessary to accomplish most routine tasks. His congenial personality and "can do" spirit promote good order and contribute to SIMA's mission accomplishment.

Specific accomplishments:

- Assisted in the manufacture of two quarterdeck awnings on board USS THORN (DD 988) and USS SAMUEL ELIOT MORISON (FFG 13).

- Assisted in the fabrication of eight flight deck nets for USS MOUNT BAKER (AE 34).

- Assisted in the production of three flag bag covers and one motor whale boat cover for USS ELROD (FFG 55).

Petty Officer Lucas is reliable and competent in the execution of his technical duties. His neat, smart military appearance is well within standards. He is recommended for advancement.

RETENTION: Recommended.

OFFICIAL RECORD COPY

[illegible] PERFORMANCE EVALUATION REPORT

| [illegible] | N/O | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | X | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | | | | | | | | | |
| [illegible] | | | X | | | | | | | | |
| [illegible] | | | | | | | | | | | |

COMMANDING OFFICER [illegible]

RECORD COPY

[illegible] ALCOHOL AND DRUG ABUSE SCREENING CERTIFICATE
[illegible] (Rev. [illegible]) (Replaces item [illegible] of [illegible])

This form is affected by the Privacy Act of 1974. See Section [illegible] of this form for Privacy Act statement.

SECTION I INTRODUCTION

Drug abuse by Navy personnel is prohibited. The purpose of this certificate is to obtain information which will help you and the Navy determine your enlistment and program eligibility. You should be completely honest in completing this certificate. If you are truthful now, no action can or will be taken against you as the result of any information you may reveal. Your statement will be used only by the Navy and will not be released to any outside agency or person not authorized by you. You are cautioned that should you conceal alcohol or drug abuse information at this time and it is discovered after your enlistment, punitive action may be taken against you based upon the false statements you have made.

SECTION II DEFINITIONS

Alcohol Abuse. The use of alcohol to an extent that it has an adverse effect on the user's health or behavior, family, community or the Navy, or leads to unacceptable behavior as evidenced by an alcohol-related incident (or incidents).

Alcohol/Drug Dependent. Having a psychological and/or physiological reliance on alcohol or drugs resulting from use on a periodic or continuing basis. (See also "Physical/Psychological Dependence.")

Alcohol-related Incident. Any incident in which alcohol is a factor. Examples include driving while intoxicated (DWI), driving under the influence (DUI), drunk-in-public and other types of alcohol-related incidents, particularly those requiring medical care, or involving a public or domestic disturbance.

Alcoholic. An individual who is alcohol dependent.

Depressants. Sedative-hypnotic drugs of diverse chemical structure, all capable of inducing varying degrees of behavioral depression. Depending on dose, can cause sedative, tranquilizing, hypnotic (sleep) or anesthetizing effect. Most common categories of depressants include: barbiturates (e.g., phenobarbital, secobarbital), tranquilizers or the benzodiazepines and methaqualone.

Drug Abuse. Any illicit use or possession of drugs.

Drug Abuser. One who has illicitly used, or possessed, any narcotic substance, marijuana, or other drug.

Drugs. Marijuana, narcotics and all other controlled substances as listed in Schedules I-V established by Section 202 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Title 21, U.S.C, Section 812 as updated and republished under the provisions of that Act.

Drug Trafficking or Supplying. The wrongful distribution (includes sales or transfer) of a controlled substance, and/or the wrongful possession or introduction into a military unit, base, station, ship, or aircraft of a controlled substance with the intent to distribute.

Hallucinogens/Psychedelics. A group of diverse, heterogeneous compounds all with the ability to induce visual, auditory, or other hallucinations and to separate the individual from reality. Depending on substance and dose, can cause disturbances in cognition and perception. Most common categories are: LSD; mescaline and peyote; psilocybin; and psychedelic amphetamine variants ([illegible], [illegible]). Although a unique drug, for purposes of this certificate phencyclidine (PCP) will be labeled in this general drug class.

[illegible] 840809

ORIGINAL RECORD COPY

[illegible] - Page 2
[illegible]

[illegible] (continued)

**[illegible].** Any [illegible] product of the hemp plant, cannabis (including hashish), or any [illegible] thereof. For purposes of this certificate the term marijuana and cannabis are used interchangeably.

**[illegible].** Any opiate or opiate derivatives, including their synthetic equivalents. Included as opiates are morphine, codeine, Heroin, Methadone, Talwin, Percodan, Darvon, etc.

**Physical/Physiological Dependence.** An alteration to an individual's physiology or state of adaptation to a drug or alcohol that manifests itself in continued use, the development of tolerance, leads to a state of impaired capability to perform normal functions, and results in withdrawal symptoms when the drug is discontinued abruptly.

**Psychological Dependence.** The craving or need for the mental or emotional effects of a drug that manifests itself in repeated use and leads to a state of impaired capability to perform normal functions..

**Stimulant.** Widely diverse category made up of central nervous system stimulant drugs that increase the behavioral activity of an individual. Most common categories of abused stimulants include cocaine and amphetamines.

SECTION III RECERTIFICATION

Immediately before commencement of active duty in the Regular Navy or active duty/active duty for training Naval Reserve, all personnel must complete Section VII of this certificate.

| SECTION IV CERTIFICATION | INITIALS YES | INITIALS NO |
|---|---|---|
| 1. I have used narcotics; stimulants/depressants; hallucinogens/psychedelics drugs; (as defined on this certificate). | | [illegible] |
| 2. I have used marijuana in the past. | | [illegible] |
| 3. I am presently using marijuana or other drugs. | | [illegible] |
| 4. I have used stimulant, depressants, or hallucinogens/psychedelics drugs over one year ago. | | [illegible] |
| 5. I have been convicted of a drug abuse offense. | | [illegible] |
| 6. I have been convicted of an alcohol related offense. | | [illegible] |
| 7. I have used stimulant, depressant, or hallucinogens/psychedelics drugs between six months and one year ago. | | [illegible] |
| 8. I have used stimulant, depressant, or hallucinogens/psychedelics drugs within the past six months. | | [illegible] |
| 9. I have used narcotics over one year ago. | | [illegible] |
| 10. I have been psychologically or physically dependent upon drugs or alcohol. | | [illegible] |
| 11. I have been a trafficker (supplier) of illegal drugs. | | [illegible] |
| 12. I have used narcotics within the past year. | | [illegible] |
| I understand that some forms of pre-service drug abuse (use) may be waiverable. I request an individual evaluation for waiver consideration. | YES | NO [illegible] |

| Typed/printed Name of Applicant (Last, First, Middle) | SSN |
|---|---|
| LARAS ERIC VANDREW FRANKLIN | |

OFFICIAL RECORD COPY

USN ALCOHOL AND DRUG ABUSE SCREENING CERTIFICATE - Page 3

[illegible]

Knowing and understanding all the information contained above, and realizing that this document will be used to determine my enlistment and program eligibility, I hereby state that the above information as to my previous alcohol and drug involvement is true and complete to the best of my knowledge. I will not abuse any illegal drugs or controlled substances while in the service of my country. I certify that I have completed this form honestly, without concealing any information, and of my own free will.

| Date | Typed/printed Name of Applicant and SSN | Signature |
|---|---|---|
| 880909 | [illegible] | [signature] |

RECRUITER (AND WITNESSES): I certify that the above individual signed this certificate of his/her own free will after telling me/us his/her answers are true.

| Date | Typed/printed Name of Recruiter (and witnesses) and Title | Signature(s) |
|---|---|---|
| 880909 | Samuel Williams, Recruiter | [signature] |
| | (witnesses) | Signature |
| 880909 | [illegible] W. McClain, [illegible] | [signature] |

SECTION V PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER INFORMATION

a. Enlistment eligibility prior to entering the Delayed Entry Program

PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER FOR ENLISTMENT (Check one)

X NOT REQUIRED ______ REQUIRED

| Date | Typed/printed Name of Recruiter and SSN | Signature |
|---|---|---|
| 880909 | Samuel Williams | [signature] |

b. Program eligibility prior to entering the Delayed Entry Program

PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER FOR PROGRAM (Check one)

(Applicant now desires an individual evaluation for waiver consideration)

[initials] NOT REQUIRED ______ REQUIRED (Applicant's initials)

| Date | Typed/printed Name of Classifier and SSN | Signature |
|---|---|---|
| 880930 | R.L. YOUNG,PN-2612,USN, | [signature] |

SECTION VI PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER (Check one)

______ GRANTED ______ NOT GRANTED

for enlistment in the following program:

PROGRAM

| Date | Typed/printed Name of CO, NAVCRUITDIST (and COMNAVCRUITCOM, if required) | Signature |
|---|---|---|
| | (COMNAVCRUITCOM) | Signature |

| SECTION VII RECERTIFICATION. PRE-SERVICE ALCOHOL AND DRUG ABUSE Recertification for personnel enlisting Regular Navy or entering ACDU/ACDUTRA Naval Reserve from the Delayed Entry Program and/or completing enlistment processing. | INITIALS YES | NO |
|---|---|---|
| 1. I have reread and fully understand all the information contained in the USN Alcohol and Drug abuse Screening Certificate. | [initials] | |
| 2. I hereby state that there has been no change in my status since I provided the original information on 880909 (enter date signed Section IV above) | [initials] | |

3. If there has been a change in status since the original information was provided, refer to Section IV, annotate the appropriate item number with "SEC VII" and update the Change Section IV item number(s) NA from NA to NA NA INITIALS

OFFICIAL RECORD COPY

[illegible] - Page 6

SECTION VII continued. [illegible]

6. I request an individual evaluation. [illegible]

5. I [illegible] that I [illegible] this form [illegible] without [illegible] any information, and of my own free will. [illegible]

Date 6. Typed/printed name of [illegible] and [illegible] [illegible]

881125 [illegible] LUCAS

7. [illegible] (and witnesses): I certify that the above [illegible] signed this certificate of his/her own free will after telling me/us the answers to this question are true.

| Date | Typed/printed name of [illegible] (and witnesses) and title | Signature(s) |
| --- | --- | --- |
| 881125 | H. S. FREEMAN, PNC, USN, EPDS | [illegible] |
| | (witnesses) G.D. CARTER, YN2, USN, EPA | Signature [illegible] |

SECTION VIII PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER INFORMATION SUBSEQUENT TO ENTRY INTO THE ENLISTED ENTRY PROGRAM) INTERVIEW/WAIVER (circle one) ____ REQUIRED X NOT REQUIRED (check one)

| Date | Typed/printed Name of [illegible] and [illegible] | Signature |
| --- | --- | --- |
| 881125 | H. S. FREEMAN, PNC, USN, EPDS | [illegible] |

SECTION IX [illegible] ALCOHOL AND DRUG ABUSE INTERVIEW/WAIVER (circle one)
ELIGIBILITY FOR PROGRAM IN WHICH HE/SHE ENLISTED: __ ELIGIBLE __ NOT ELIGIBLE
ENLISTMENT ELIGIBILITY: __ ELIGIBLE __ [illegible] DISCHARGE

[illegible] PROGRAM WAIVER APPROVED FOR:

| Date | Typed/printed Name of [illegible] (and [illegible] if required) | Signature |
| --- | --- | --- |
| Date | ([illegible]) | Signature |

SECTION X PRIVACY ACT STATEMENT

1. Authority. The authority to request this information is contained in Sections 504, 505, 508, 510, 511, and 802 of Title 10, United States Code as amended.

2. Principal Purpose of Purposes. The information in this document is used to determine your present enlistment and program eligibility. The information provided by you on this document is FOR OFFICIAL USE ONLY and will be maintained and used in strict confidence in accordance with Federal Law and Regulations.

3. Routine Uses. The information provided by you will become a permanent part of your SERVICE RECORD. This information constitutes the minimum required to determine your present enlistment and program eligibility. The information provided by you on this document is FOR OFFICIAL USE ONLY and will be maintained and used in strict confidence in accordance with Federal Law and Regulations.

4. Whether Disclosure is Mandatory or Voluntary and Effect on Individual for Not Providing Information. The information requested is of a personal and confidential nature, and you do not have to provide such information unless you voluntarily wish to enlist in the Armed Forces of the United States. Failure to answer completely any of the questions or to provide the information requested in this form may result in an inability to fairly evaluate your enlistment and program eligibility and subsequent denial for enlistment.

OFFICIAL RECORD

PL01-7R

COURT MEMORANDUM

38

| | | | |
|---|---|---|---|
| 1. DATE SUBMITTED: 90MAR04 | 2. SHIP OR STATION AND LOCATION: USS JESSE L BROWN (FF 1089), AT SEA | | |
| 3. DATE OF REFERRAL | 4. TYPE OF COURT: NJP | 5. DATE OF COURT: 89OCT25 | 6. UCMJ ARTICLES: 107 |
| 7. DATE OF ACTION: 89OCT25 | X | | |
| X | 250.00 | 1 | |

42. SYNOPSIS OF OFFENSE(S), DATE(S), AND SENTENCE ADJUDGED

89OCT25: CO'S NJP VIOL UCMJ ART 107, DATE OF OFFENSE 89OCT25, NJP AWARDED: 30 DAYS REST, 30 DAYS ED, FORF OF $250.00 FOR ONE MONTH, RIRED E-3 (SUSPENDED FOR 30 DAYS)

DATE IDENTIFICATION AND RESUME OF CONVENING, SUPERVISORY, OR OTHER AUTHORITY INCLUDING ACTION UNDER ARTICLES 65, 66, 67, 69, 72, 73, 74, OR 15 (D) OR (E) UCMJ. (ALSO ANY APPEAL)

| | 43. 1070 607DTD | 44. AUTHORITY TYPE |
|---|---|---|
| | | |

45.

OFFICIAL RECORD COPY

Finish File 1654E1

(MAY BE CONTINUED ON REVERSE)

46. (SIGNATURE) BY DIRECTION — Jm Bragg — GRADE

J M BRAGG, YN1, USN, SHIP'S SEC BY DIR

| | 47. | 48. |
|---|---|---|
| | 20067 | BM3 |

| 49. NAME (LAST, FIRST, MIDDLE) | 50. SSN | 51. BRANCH/CLASS |
|---|---|---|
| LUCAS, ERIC VAN DREW FRNAKLIN | | USN |

COURT MEMORANDUM NAVPERS 1070/607 (REV. 12-75) S/N 0106-LF-010-6960

U.S. GOVERNMENT PRINTING OFFICE: 1986—491-648-7-40026

5 TO BUPERS

0073403392

616490

[illegible]-78

| | | | |
|---|---|---|---|
| 90APR12 | USS JESSE L BROWN (FF 1089) CONTRAVDASE CHASN, SC | | |
| | NJP | 90APR11 | [illegible], 92 |
| 90APR11 | X | | |
| X | 100.00 | 1 | |

90APR11: COMMANDING OFFICER'S NON-JUDICIAL PUNISHMENT
VIOL UCMJ ART 86 - UNAUTHORIZED ABSENCE
92 - DERELICTION OF DUTIES
NJP AWARDED: 30 DAYS REST, 30 DAYS ED, FORF OF $100.00 PAY PER MONTH FOR ONE MONTH, RIR TO E3 (SUSPENDED FOR SIX MONTHS)

Fetch File [illegible]

J. R. BRAGG, YN1, USN, SHIP'S SEC BY DIR

[illegible] | [illegible]

LUCAS, ERIC VAUGHN FRANKLIN | | USN

OFFICIAL RECORD COPY

PLAN-70

| | | | | |
|---|---|---|---|---|
| 900P013 | USS JESSE L BROWN (FF 1089) CONNAVBASE CHASN | | | |
| | NJP | 89OCT25 | 187 | |
| 89OCT25 | X | | | |
| X | 250.00 | 1 | | |

89OCT25: CO'S NJP VIOL UCMJ ART 107. DATE OF OFFENSE 89OCT22. NJP AWARDED: 30 DAYS (E), 30 DAYS REST, FORF OF $250.00 FOR ONE MONTH, RIR TO E-3 (SUSPENDED FOR 30 DAYS)

R R HARRIS, PNC(SW), USN, PERSOFF BY DIR CO

20817 | SN3

LUCAS, ERIC VAN DREW FRANKLIN | USN

OFFICIAL RECORD COPY

P601-7R

COURT MEMORANDUM

FINISH FILE

890CT31

USS JESSE L BROWN (FF1089) AT SEA

NJP 890CT25 107

890CT25 X 890CT25

X $ 100.00 1

933941023

890CT30: CO REDUCED PUNISHMENT AWARDED AT CO'S NJP 890CT25 TO A FORF OF $100 PAY PER MONTH FOR ONE MONTH VICE $250. PUNISHMENT OF 30 DAYS EXTRA DUTIES AND RESTRICTION; REDUCTION IN RATE TO E-3 (RIR SUSP FOR 30 DAYS) REMAIN IN EFFECT.

DATE IDENTIFICATION AND RESUME OF CONVENING, SUPERVISORY, OR OTHER AUTHORITY INCLUDING ACTION UNDER ARTICLES 65, 66, 67, 69, 72, 73, 74, OR 15 ID, OR UCMJ. (ALSO ANY APPEAL)

43. TO70 607DTD

44. AUTHORITY TYPE ADMINISTRATIVE

45.

(MAY BE CONTINUED ON REVERSE)

46. (SIGNATURE) BY DIRECTION GRADE

R.R. HARMS, PNC(SW), USN, PERSOFF, BY DIRECTION OF CO

47. UNIT I.D. CODE 20067

48. RATE BM3

49. NAME (LAST, FIRST, MIDDLE) LUCAS, ERIC VANDREW FRANKLIN

50. SSN

51. BRANCH/CLASS USN

COURT MEMORANDUM NAVPERS 1070/607 (REV. 12-75) S/N 0106-LF-010-6050

★ U.S. GOVERNMENT PRINTING OFFICE: 1986—491 046 7-40026

OCR COPY - FORWARD TO BUPERS

8/4/90 G

OFFICIAL RECORD COPY

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

## PRIVACY ACT STATEMENT

The Navy is responsible for preventing drug and alcohol abuse by its members and for disciplining those who promote or engage in drug and alcohol abuse. Navy personnel are subject to drug and alcohol testing methods, including urinalysis, to enforce this policy. Authority to obtain your social security number, which will be used for identification and filing, is provided by 5 USC 301 and Executive Order 9397 ([illegible]). Disclosure of your social security number is voluntary. Failure to disclose this information, however, will result in termination of the process for which this statement is required.

| I, ERIC VAN DREW [illegible] understand that: (Full name - first, middle, last) | INITIALS |
|---|---|
| 1. Service in the United States Navy or Naval Reserve places me in a position of special trust and responsibility. | [illegible] |
| 2. Drug abuse by members of the United States Navy is against the law; and drug and alcohol abuse, in general, violates Navy standards of behavior and duty performance and will not be tolerated. | [illegible] |
| 3. The illegal or improper use of alcohol, marijuana and other controlled substances endangers my health and the safety of other Navy men and women. | [illegible] |
| 4. If I illegally or improperly use or possess alcohol or drugs, including marijuana, appropriate disciplinary and/or administrative action may be taken against me. In the case of drugs, this action may include trial by court-martial or administrative separation from the Navy. Administrative separation for drug abuse or separation in lieu of trial by court-martial could result in an other than honorable discharge. Conviction by a court-martial of a drug-related offense may lead to a punitive separation. This can result in a denial of education benefits, home loan assistance, and other benefits administered by the VA. Additionally, a person receiving such a separation or discharge can expect to encounter substantial prejudice in civilian life in situations where the character of separation or discharge received from the Armed Forces may have a bearing. | [illegible] |
| 5. (Initial applicable section only -- a, b, or c) | |
| a. (OFFICERS PRE-COMMISSIONING PROGRAMS) I understand the U. S. Navy's intolerance of substance abuse and that I will be screened by urinalysis testing for the presence of marijuana or drugs within thirty days of reporting for training. I further understand that a single detection of drug abuse after entry will result in disenrollment from an officer program and separation from the Navy. | |
| b. (CHIEF PETTY OFFICERS) I understand that the Navy's policy of zero-tolerance towards drug and alcohol abuse by its leaders will result in administrative or disciplinary action and may result in my separation. | |

[illegible] [illegible] (Continued on reverse)

**DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING (Continued)**

| | INITIALS |
|---|---|
| 3. e. ENLISTED, E-1 THROUGH E-9<br>I understand that the Navy does not tolerate drug or alcohol abuse by its members and will take disciplinary action against those who promote or engage in drug abuse. Pertaining to my enlistment into the Navy I further understand that: | Eric L |
| (1) The Navy drug urinalysis test can detect the use of illegal drugs, including marijuana, up to 30 days following such use. | Eric L |
| (2) The drug urinalysis test will be given to all personnel within 48 hours of arrival at the Recruit Training Center and at other periodic follow-on times as necessary. | Eric L |
| (3) [redacted] REVISED IN REMARKS SECTION BELOW. | |
| (4) Any drug urinalysis test showing positive indication of any drug use, other than marijuana, shall be cause for my being processed for discharge from the Navy. | Eric L |
| (5) Detection of drug abuse may disqualify me from certain occupations or programs for which I enlisted and I may either be reassigned to another program or processed for separation from the Navy at the option of the Navy. | Eric L |

**CERTIFICATION**

I HAVE READ AND FULLY UNDERSTAND ALL THE INFORMATION CONTAINED ON BOTH SIDES OF THIS FORM

| TYPED/PRINTED NAME (Last, First, Middle) | SIGNATURE | DATE |
|---|---|---|
| LUCAS ERIC VANDREW [illegible] | [signature] | 880809 |
| SSN | GRADE/RANK (if applicable) | |
| | E-3 | |

**CERTIFYING OFFICIAL AND WITNESS**

I CERTIFY THE ABOVE INDIVIDUAL SIGNED THIS CERTIFICATE IN MY PRESENCE

| TYPED/PRINTED NAME AND TITLE OF OFFICIAL CERTIFYING | SIGNATURE | DATE |
|---|---|---|
| SAMUEL WILLIAMS US NAVY RECRUITER | Samuel Williams | 880809 |
| TYPED/PRINTED NAME AND TITLE OF WITNESS | SIGNATURE | DATE |
| James W McClain, RECRUITER | James W McClain | 880809 |

REMARKS: Paragraph 3.e.(3) revised.
If I am a DEP/[illegible] and found to have positive test indications of marijuana use, I shall be processed for separation per enclosure (7) to OPNAVINST 5350.4.

Eric L
INITIALS

OFFICIAL RECORD COPY

OPNAVINST 5350.4

1477

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

## PRIVACY ACT STATEMENT

The Navy is responsible for preventing drug and alcohol abuse by its members and for disciplining those who promote or engage in drug and alcohol abuse. Navy personnel are subject to drug and alcohol testing methods, including urinalysis, to enforce this policy. Authority to obtain your social security number, which will be used for identification and filing, is provided by 5 USC 301 and Executive Order 9397 (NOTAL). Disclosure of your social security number is voluntary. Failure to disclose this information, however, will result in termination of the process for which this statement is required.

| I, Eric Van Drew Franklin Lucas (Full name - first, middle, last) understand that: | INITIALS |
|---|---|
| 1. Service in the United States Navy or Naval Reserve places me in a position of special trust and responsibility. | Evfl |
| 2. Drug abuse by members of the United States Navy is against the law; and drug and alcohol abuse, in general, violates Navy standards of behavior and duty performance and will not be tolerated. | Evfl |
| 3. The illegal or improper use of alcohol, marijuana and other controlled substances endangers my health and the safety of other Navy men and women. | Evfl |
| 4. If I illegally or improperly use or possess alcohol or drugs, including marijuana, appropriate disciplinary and/or administrative action may be taken against me. In the case of drugs, this action may include trial by court-martial or administrative separation from the Navy. Administrative separation for drug abuse or separation in lieu of trial by court-martial could result in an other than honorable discharge. Conviction by a court-martial of a drug-related offense may lead to a punitive separation. This can result in a denial of education benefits, home loan assistance, and other benefits administered by the VA. Additionally, a person receiving such a separation or discharge can expect to encounter substantial prejudice in civilian life in situations where the character of separation or discharge received from the Armed Forces may have a bearing. | Evfl |
| 5. (Initial applicable section only – a, b, or c) | |
| a. (OFFICERS PRE-COMMISSIONING PROGRAMS) I understand the U. S. Navy's intolerance of substance abuse and that I will be screened by urinalysis testing for the presence of marijuana or drugs within thirty days of reporting for training. I further understand that a single detection of drug abuse after entry will result in disenrollment from an officer program and separation from the Navy. | |
| b. (CHIEF PETTY OFFICERS) I understand that the Navy's policy of zero-tolerance towards drug and alcohol abuse by its leaders will result in administrative or disciplinary action and may result in my separation. | |

ORIGINAL RECORD COPY

OPNAV 5350/4 (5-82) SN 0107-LF-053-5505

Continued on reverse