1480

# REPORT OF MEDICAL EXAMINATION

[illegible]

CIVILIAN

27 Sep 84

DN

Mrs. Carolyn Moore (mother)

[redacted]

Newton MS

[redacted]

CLINICAL EVALUATION

NOTES (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#39 None

(Continue in item 73)

RECORD COPY

LABORATORY FINDINGS

URINE HCG

STANDARD FORM 88, Jan. 80

119-209

NAME: Lucas Eric Van Drew | MEASUREMENTS AND OTHER FINDINGS | SSN:

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 1481 69 | 134 | Black | Brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | |

57. BLOOD PRESSURE (Arm at heart level): A. SITTING SYS. 122 DIAS. 70; B. RECUMBENT SYS. DIAS.; C. STANDING (3 min.) SYS. DIAS.

58. PULSE (Arm at heart level): A. SITTING 88; B. AFTER EXERCISE; C. 2 MIN. AFTER; D. RECUMBENT; E. AFTER STANDING 3 MIN.

59. DISTANT VISION: RIGHT 20/20 CORR. TO 20/; LEFT 20/ 20 CORR. TO 20/

60. REFRACTION: BY S. CX; BY S. CX

61. NEAR VISION: 20/20 CORR. TO BY; 20/20 CORR. TO BY

62. HETEROPHORIA (Specify distance): ES EX R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION: RIGHT LEFT

64. COLOR VISION (Test used and result): PIP 3 14 Passed

65. DEPTH PERCEPTION (Test used and score): VERHOEFF

UNCORRECTED / CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING: RIGHT WV /15 SV /15; LEFT WV /15 SV /15

71. AUDIOMETER (ANSI 69)

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | ● | 0 | 0 | 0 | 5 | 5 | 5 | ● |
| LEFT | | 0 | 0 | 0 | 0 | 5 | 20 | ● |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) FOR MEPS USE ONLY

| WK | ST | DATE | INITIAL |
|---|---|---|---|
| 1 | 1 | 22 Aug 84 | [illegible] |
| 2 | 1 | 24 Aug 84 | [illegible] |

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

ITEM 64:

RED/GREEN (ARMY ONLY)

FALANT PASS

PHYSICAL INSPECTION

| DATE | HT | WT | RPR | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 30 NOV 1984 | 69½ | 137 | N.R | | X | | [signature] |
| | | | | | | | |

John O. Mansfield, M.D.

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

THIS EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY

[signature] SIGNATURE GRADE 20 SEP 1984

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

X

77. EXAMINEE (Check)

A. [X] IS QUALIFIED FOR SERVICE AS IN ITEM 5 — USN

B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| X | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY John O. Mansfield, M.D. | SIGNATURE [signature] | NUMBER OF ATTACHED SHEETS

*U.S. GPO:1980-000-021

OFFICIAL RECORD COPY

0 0

10 Aug 89

[redacted] 81

39. Tatto[illegible]

NAME: MEASUREMENTS AND OTHER FINDINGS SSN:

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 69 | 147 | Brown | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | |

57. BLOOD PRESSURE (Arm at heart level): A. SITTING SYS. 110 DIAS. 70; B. RECUMBENT SYS. DIAS.; C. STANDING (3 min.) SYS. DIAS.

58. PULSE (Arm at heart level): A. SITTING 72; B. AFTER EXERCISE; C. 2 MIN. AFTER; D. RECUMBENT; E. AFTER STANDING 3 MIN.

59. DISTANT VISION: RIGHT 20/20 CORR. TO 20/; LEFT 20/20 CORR. TO 20/

60. REFRACTION: BY S CX; BY S CX

61. NEAR VISION: 20/20 CORR. TO BY; 20/20 CORR. TO BY

62. HETEROPHORIA (Specify distance): ES° EX° R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

ACCOMMODATION: RIGHT LEFT

64. COLOR VISION (Test used and result): PIP Passed 4/14

65. DEPTH PERCEPTION (Test used and score): VERHOEFF — UNCORRECTED / CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

HEARING: RIGHT WV /15 SV /15; LEFT WV /15 SV /15

| 71. AUDIOMETER ANSI-69 | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | ● | 8 | 8 | 8 | 8 | 8 | 8 | ● |
| LEFT | | | | | | | | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR FOR MEPS USE ONLY

| WK | ST | DATE | INITIAL |
|---|---|---|---|
| 5 | 8 | May 88 | |
| 3 | 7 | | JB |

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY
ITEM 64:
RED/GREEN (ARMY ONLY)
FALANT

| PHYSICAL INSPECTION DATE | HT | WT | RPS | HOSPITAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|
| 30 SEP 1988 | 69 | 141 | | X | | E B Werkheiser MD |
| 23 NOV 1988 | 67 | 147 | | X | X | W E Lotterhos, M.D. |

ONLY INITIALS: 77 23 Nov 88 JB; 8 P 25 Nov 88

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

23 NOV 1988 34. Urinary Tract Infection - Under treatment. R.B.J. until cleared - 25 NOV 1988

THIS EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY

SIGNATURE 10 AUG 1988 DATE

25 NOV 1988

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

A. PHYSICAL PROFILE

| P | U | L | H | E | S | X |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | |

25 NOV 1988

77. EXAMINEE (Check)
A. IS QUALIFIED FOR 23 NOV 1988 SERVICE AS IN ITEM 5
B. IS NOT QUALIFIED FOR

23 NOV 1988

B. PHYSICAL CATEGORY 25 NOV 1988

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER
23 NOV 1988 - 34 25 NOV 1988

79. TYPED OR PRINTED NAME OF PHYSICIAN
Wm. E. LOTTERHOS M.D.

SIGNATURE 23 NOV 1988 W E Lotterhos MD

80. TYPED OR PRINTED NAME OF PHYSICIAN

SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)
E. B. WERKHEISER, M.D.

SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY
CURTIS D. ROBERTS M.D.

NUMBER OF ATTACHED SHEETS

*U.S.GPO:1987-0-704-037

OFFICIAL RECORD COPY

# REPORT OF MEDICAL HISTORY

[illegible]

1. [illegible]: LUCAS ERIC VAN D[illegible]

2. [illegible]

3. [illegible]

4. [illegible]: CIVILIAN —

5. [illegible]

6. [illegible]: 27 Sep. 84

7. [illegible] P.O. Box [illegible]

8. [illegible]

[illegible]: I am in good health.

[illegible]: I am taking no medication.

[illegible]: no known allergies.

9. [illegible] — all items checked NO.

10. [illegible] — one item checked YES; all other items checked NO.

11. [illegible] — all items checked NO.

12. [illegible]

13. [illegible]: Mechanic

14. [illegible]: [X] [illegible] [ ] [illegible]

OFFICIAL RECORD COPY

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. |
| | ✓ | B. Inability to perform certain motions. |
| | ✓ | C. Inability to assume certain positions. |
| | ✓ | D. Other medical reasons (If yes, give reasons.) |
| | ✓ | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) |
| | ✓ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) |
| ✓ | | 19. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

(19) 1968
Get tons. taken out

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| ERIC VAN DREW LUCAS | Eric Van Drew Lucas |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

18, 19 Tonsillectomy 1968, [illegible].

| QUESTIONING REVEALS | YES | NO | DETAILS |
|---|---|---|---|
| MARIJUANA USE | | ✓ | |
| OTHER DRUG ABUSE | | ✓ | |
| ALCOHOL ABUSE | | ✓ | |
| HOMOSEXUALITY | | ✓ | |

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| John O. Mansfield, M.D. | 27 SEP 1984 | J. Mansfield | |

REVERSE OF STANDARD FORM 93

☆U.S. GOVERNMENT PRINTING OFFICE

OFFICIAL RECORD COPY

# REPORT OF MEDICAL HISTORY

1. [illegible] AVILES ERIC VAN

4. [illegible] CIVILIAN

6. [illegible] 10 AUG 88

8. [illegible]

PRESENT HEALTH: GOOD

CURRENT MEDICATIONS: NONE

ALLERGIES (INCLUDING TO INSECT BITES/STINGS AND TO COMMON FOODS): NONE

9. HAVE YOU EVER (Please check each item)

10. DO YOU (Please check each item)

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

"Trick" or locked knee

[illegible]

12. FEMALES ONLY: HAVE YOU EVER

[illegible]

OFFICIAL RECORD COPY

ORIGINAL RECORD COPY

| | | |
|---|---|---|
| ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| ✓ | B. Inability to perform certain motions. | |
| ✓ | C. Inability to assume certain positions. | |
| ✓ | D. Other medical reasons (If yes, give reasons.) | |
| ✓ | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | |
| ✓ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) | |
| ✓ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | |
| ✓ | 19. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | |
| ✓ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | |
| ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | |
| ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) | |
| ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) | ETS HONORABLE NAVY APRIL 7 88 |
| ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| ERIC J. LUCAS | [signature] |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Denies all Illness or Injury
ETS Discharge USN 07 April 88

23 NOV 1988 U.T.I. 11/16/88. Still taking medication "Doxycycline" 100 mg - b.i.d. - [signature] M.D.

| QUESTIONING REVEALS | YES | NO | DETAILS |
|---|---|---|---|
| MARIJUANA USE | | ✓ | |
| OTHER DRUG ABUSE | | ✓ | |
| ALCOHOL ABUSE | | ✓ | |
| HOMOSEXUALITY | | ✓ | |

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ... ROBERTS M.D. | ... AUG 1988 | [signature] | |

# COURT MEMORANDUM

1. DATE SUBMITTED 03/11/2002
2. SHIP OR STATION AND LOCATION BUPERS CBRIG OT
3. DATE OF REFERRAL
4. TYPE OF COURT GENERAL
5. DATE OF COURTMAST 02/14/2002
6. UCMJ ARTICLE(S) 128,134
7. DATE OF ACTION 02/28/2002
8. TYPE OF ACTION & REPORT OF ACTION [X]
9. MODIFICATION OF ACTION [ ]
10. CORRECTION TO PREVIOUS 1070/607 [ ]
11. DATE OF ACTION ON 1070/607 MOD OR CORRECTED
12. RATE ADJUSTMENT [X]
13. FROM BM1
14. TO BMSR
15. TIR 02/28/2002
16. FORFEITURE [X]
17. MONTHLY AMT. $ ALL
18. NO. MONTHS
19. FINE [ ]
20. AMOUNT $.
21. CONSENT TO CHECKAGE [ ]
22. DOES NOT CONSENT TO CHECKAGE [ ]
23. MO. AMT. OF CHECKAGE $.
24. NO. MOS.
25. DETENTION [ ]
26. MONTHLY AMT. $
27. NO. MONTHS
28. DETENTION REFUND DATE
29. DESERTION MARK REMOVED [ ]
30. ADJUDGED [ ]
31. ADJUDGED AND DIS-APPROVED [ ]

PRE-TRIAL CONFINEMENT

32. FROM
33. TO
34. DAYS LOST TIME (30 DAY BASIS)
35. DAYS LOST TIME (DAY FOR DAY)

CONFINEMENT ORDERED AND COMPLETED

36. FROM 02/14/2002
37. TO
38. DAYS LOST TIME (30 DAY BASIS)
39. DAYS LOST TIME (DAY FOR DAY)
40. CHANGE EAOS TO:
41. CHANGE EXP. ENL. TO:
42. SYNOPSIS OF OFFENSE(S), DATE(S), AND SENTENCE ADJUDGED ALSO AMPLIFYING REMARKS, MAY BE CONTINUED ON REVERSE )

**CO CNET PENSACOLA FL GCM DTD 14 FEBRUARY 2002.**
**SENTENCE ADJUDGED: CONFINEMENT FOR 1 YEAR, RIR TO E1, FOP ALL, & BAD CONDUCT DISCHARGE.**

DATE IDENTIFICATION AND RESUME OF CONVENING, SUPERVISORY, OR OTHER AUTHORITY INCLUDING ACTION UNDER ARTICLES 65, 66, 67, 69,72, 73, 74 OR IS (D) OR (E). UCMJ. (ALSO ANY APPEAL)

43. 1070/607DTD 02/14/2002
44. AUTHORITY TYPE
45.

46. SIGNATURE/DIRECTION B. L. BREWSTER, GS-7 — GRADE GS7
47. UNIT I.D. CODE 47999
48. RATE BMSR
49. NAME (LAST, FIRST, MIDDLE) LUCAS,ERIC VANDREW F
50. SSN
51. BRANCH/CLASS USNR

COURT MEMORANDUM NAVPERS 1070/607

OFFICIAL RECORD COPY

# COURT MEMORANDUM

| | | | | |
|---|---|---|---|---|
| 1. DATE SUBMITTED 02Dec10 | 2. SHIP OR STATION AND LOCATION BUPERS CBRIG OT | | | |
| 3. DATE OF REFERRAL 02Jan14 | 4. TYPE OF COURT GENERAL | | 5. DATE OF COURT/MAST 02Feb14 | |
| 6. UCMJ ARTICLE(S) 128,134 | | | | |
| 7. DATE OF ACTION 02Dec03 | 8. TYPE OF ACTION & REPORT OF ACTION [X] | 9. MODIFICATION OF ACTION [ ] | 10. CORRECTION TO PREVIOUS 1070/607 [ ] | 11. DATE OF ACTION ON 1070/607 MOD OR CORRECTED |
| 12. RATE ADJUSTMENT [ ] | 13. FROM | 14. TO | 15. TIR | |
| 16. FORFEITURE [ ] | 17. MONTHLY AMT. $ | | 18. NO. MONTHS | |
| 19. FINE [ ] | 20. AMOUNT $. | 21. CONSENT TO CHECKAGE [ ] | 22. DOES NOT CONSENT TO CHECKAGE [ ] | 23. MO. AMT. OF CHECKAGE $. / 24. NO. MOS. |
| 25. DETENTION [ ] | 26. MONTHLY AMT. $ | 27. NO. MONTHS | 28. DETENTION REFUND DATE | |
| 29. DESERTION MARK REMOVED [ ] | 30. ADJUDGED [ ] | 31. ADJUDGED AND DIS-APPROVED [ ] | | |
| PRE-TRIAL CONFINEMENT | | 34. DAYS LOST TIME (30 DAY BASIS) | 35. DAYS LOST TIME (DAY FOR DAY) | |
| 32. FROM | 33. TO | | | |
| CONFINEMENT ORDERED AND COMPLETED | | 38. DAYS LOST TIME (30 DAY BASIS) | 39. DAYS LOST TIME (DAY FOR DAY) | |
| 36. FROM 02Feb14 | 37. TO 02Dec03 | 289 | 292 | |
| 40. CHANGE EAOS TO: 04Dec19 | | | 41. CHANGE EXP. ENL. TO: 04Dec19 | |

42. ( SYNOPSIS OF OFFENSE(S), DATE(S), AND SENTENCE ADJUDGED ALSO AMPLIFYING REMARKS, MAY BE CONTINUED ON REVERSE )

**RELEASED FROM CONFINEMENT AND PLACED ON MANDATORY APPELLATE LEAVE.**

DATE IDENTIFICATION AND RESUME OF CONVENING, SUPERVISORY, OR OTHER AUTHORITY INCLUDING ACTION UNDER ARTICLES 65, 66, 67, 69,72, 73, 74 OR IS (D) OR (E), UCMJ, (ALSO ANY APPEAL)

| | |
|---|---|
| 43. 1070/607DTD 02Dec03 | 44. AUTHORITY TYPE |

45.

R E Brewster

| | | |
|---|---|---|
| 46. (SIGNATURE) BY DIRECTION R. E. BREWSTER, GS-7 | | GRADE GS7 |
| 47. UNIT I.D. CODE 47999 | 48. RATE BMSR | |
| 49. NAME (LAST, FIRST, MIDDLE) LUCAS ERIC ANDREW F | 50. SSN | 51. BRANCH/CLASS USNR |

X

COURT MEMORANDUM NAVPERS 1070/607

OFFICIAL RECORD COPY

# COURT MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| 1. DATE SUBMITTED 02Dec04 | 2. SHIP OR STATION AND LOCATION BUPERS CBRIG OT | | | | |
| 3. DATE OF REFERRAL 02Jan14 | 4. TYPE OF COURT GENERAL | | 5. DATE OF COURT/MAST 02Feb14 | | |
| 6. UCMJ ARTICLE(S) 128,134 | | | | | |
| 7. DATE OF ACTION 02Nov27 | 8. TYPE OF ACTION & REPORT OF ACTION [X] | 9. MODIFICATION OF ACTION [ ] | 10. CORRECTION TO PREVIOUS 1070/607 [ ] | 11. DATE OF ACTION ON 1070/607 MOD OR CORRECTED | |
| 12. RATE ADJUSTMENT [ ] | 13. FROM | 14. TO | 15. TIR | | |
| 16. FORFEITURE [X] | 17. MONTHLY AMT. $ ALL | | 18. NO. MONTHS | | |
| 19. FINE [ ] | 20. AMOUNT $. | 21. CONSENT TO CHECKAGE [ ] | 22. DOES NOT CONSENT TO CHECKAGE [ ] | 23. MO. AMT. OF CHECKAGE $. | 24. NO. MOS. |
| 25. DETENTION [ ] | 26. MONTHLY AMT. $ | 27. NO. MONTHS | 28. DETENTION REFUND DATE | | |
| 29. DESERTION MARK REMOVED [ ] | 30. ADJUDGED [ ] | 31. ADJUDGED AND DIS-APPROVED [ ] | | | |
| PRE-TRIAL CONFINEMENT | | 34. DAYS LOST TIME (30 DAY BASIS) | | 35. DAYS LOST TIME (DAY FOR DAY) | |
| 32. FROM | 33. TO | | | | |
| CONFINEMENT ORDERED AND COMPLETED | | 38. DAYS LOST TIME (30 DAY BASIS) | | 39. DAYS LOST TIME (DAY FOR DAY) | |
| 36. FROM 02Feb14 | 37. TO | | | | |
| 40. CHANGE EAOS TO: 04Mar02 | | | 41. CHANGE EXP. ENL. TO: 04Mar02 | | |

42. ( SYNOPSIS OF OFFENSE(S), DATE(S), AND SENTENCE ADJUDGED ALSO AMPLIFYING REMARKS, MAY BE CONTINUED ON REVERSE )

**CNET PCOLA FL GCM ORD NO. 15-02. CHG I VUCMJ ART 128: SPEC 1: P:NG F:G; SPEC 2:P:G F:G; SPEC 3: P:NG F:G. CHG II VUCMJ ART 134: SPEC 1: P:G F:G; SPEC 2: P:NG F:G SPEC 3: P:NG F:G: SPEC 4: P:NG F:G; SPEC 5: P:NG F:G. SENTENCE ADJ ON 14FEB02: CHL X 1 YEAR; RIR TO E-1; FORF ALL PAY AND ALLOW; AND A BCD.**

DATE IDENTIFICATION AND RESUME OF CONVENING, SUPERVISORY, OR OTHER AUTHORITY INCLUDING ACTION UNDER ARTICLES 65, 66, 67, 69,72, 73, 74 OR IS (D) OR (E), UCMJ, (ALSO ANY APPEAL)

| | |
|---|---|
| 43. 1070/607DTD 02Nov27 | 44. AUTHORITY TYPE |

45.

**CNET PCOLA FL CA DTD 27NOV02. THE SENTENCE IS APPROVED, AND EXCEPT FOR THAT PART OF THE SENTENCE EXTENDING TO A BAD CONDUCT DISCHARGE, WILL BE EXECUTED.**

| | | |
|---|---|---|
| | 46. (SIGNATURE) BY DIRECTION R. E. BREWSTER, GS-7 | GRADE GS7 |
| | 47. UNIT I.D. CODE 47999 | 48. RATE BMSR |
| 49. NAME (LAST, FIRST, MIDDLE) LUCAS ERIC VANDREW F | 50. SSN | 51. BRANCH/CLASS USNR |

X

COURT MEMORANDUM NAVPERS 1070/607

OFFICIAL RECORD COPY

1979

[illegible]

Eric V. D.F. Lucas CI | [illegible] 6-54 | 27 Sep 79

**INSTRUCTIONS TO SERVICEMEMBER** – This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty, and, to designate beneficiaries for certain benefits if you die. IT IS YOUR RESPONSIBILITY to keep your Record of Emergency Data up to date to show your desires as to beneficiaries to receive certain death payments, and to show changes in your family or other dependents listed; for example, as a result of marriage, civil court action, death, or address change. Regarding your designation in item 11, allotment if missing (if used by your Service), please read the following statement carefully, and sign on the line provided:

I fully understand that, if I am captured, missing, or interned, my designation of allotments to dependents from my pay and allowances serves only as a guide to the Secretary of my Service. The Secretary may alter my designated allotment in the best interests of myself, my dependents, or the United States Government.

Eric V. D.F. Lucas
SIGNED

OFFICIAL RECORD COPY

Rel 10 3/P

[illegible], LA [redacted]

[illegible]

[illegible], SC

[redacted] 3 YES

YES

[redacted] [illegible]

NO

[illegible]

NO

MOTHER

MOTHER 100

80

MOTHER 100

[redacted]

[redacted]

RECORD COPY

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] ☒ [illegible] ☐ [illegible] | [illegible] 930C726

[illegible]

[illegible] | [illegible]

[signature] 11-17-93 | [signature]

[illegible] | [illegible]

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

DCN 2299800799P

EVENT: W/S RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN:
RANK/RATE: MM2
USN OR USNR: USN
SHIP OR STATION: SIMA
TOTAL NUMBER OF DEPENDENTS: 07

NAME: LUCAS ERIC WANDREW
UIC-ACTUAL: 92983
DEPNS CHG EFFECTIVE DATE:
INITIAL/CHANGE:

NAME OF SPOUSE: LISA ANN GRASS LUCAS
SPOUSE DATE OF BIRTH: [redacted]
SPOUSE RELATIONSHIP: WIFE
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE: NO
SPOUSE CITIZENSHIP: US
PLACE OF MARRIAGE: CHARLESTON SC

SPOUSE SSN: - -
IS SPOUSE DEPENDENT: YES
BRANCH:
DATE OF MARRIAGE: 13JUN01

ADDRESS OF SPOUSE: [redacted]

WAS SPOUSE PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: VAN M LUCAS DECEASED
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER:

NAME OF MOTHER: CAROLYN A MUNE
IS MOTHER DEPENDENT: NO
ADDRESS OF MOTHER: [redacted]

CHILD AND/OR DEPENDENT
NAME: ERIC CORTEZ GRASS
IS PERSON DEPENDENT: YES
RELATIONSHIP: SON
DEPENDENT DATE OF BIRTH: [redacted]
ADDRESS: [redacted]

NAME OF CUSTODIAN OTHER THAN CLAIMANT:

NAVPERS 1070/602R PAGE: 01 OF 03

OFFICIAL RECORD COPY

34

DCN: [illegible]79P

EVENT: 079 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: NAME: LUCAS ERIC VANDREW F

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME:
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME: SALLY M GRASS
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: CAROLYN A MOORE
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION
NAME: CAROLYN A MOORE
ADDRESS: [redacted]

PERCENTAGE: 000
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: CAROLYN A MOORE
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY:
ADDRESS:

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS: RESIDENCE
RELIGION: [redacted]
NO BENEFICIARY DESIGNATION OF SGLI ON FILE: YES DESIGNATION DATE: 930CT26

NAVPERS 1070/602R



OFFICIAL RECORD COPY

000056

EVEWF: NPR RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/60[illegible]R

SSN: NAME: LUCAS ERIC [illegible]

REMARKS:

ADDRESS CHANGE
17

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

SIGNATURE OF DESIGNATOR

[illegible] SIGNATURE OF WITNESS

[illegible] TITLE

[illegible] DATE

NAVPERS 1070/602

[illegible]: [illegible]

OFFICIAL RECORD COPY

[illegible]

USS SHAUNA AO-18

[redacted]

LISA ANN GRASS LUCAS

WIFE

CHARLESTON SC

71JUN01

US

[redacted]

YES

ERIC CORTEZ GRASS

[redacted]

DEP SON

17. DEP YES

22. DEP

27. DEP

32. DEP

[redacted]

VAN M LUCAS (DECEASED)

35. DEP NO

CAROLYN A MOORE

38. DEP NC

SALLY M GRASS

[redacted]

MOTHER

CAROLYN A MOORE

[redacted]

MOTHER

100

CAROLYN A MOORE

[redacted]

80

CAROLYN A MOORE

[redacted]

MOTHER

100

[redacted]

1 1

[redacted]

ORIGINAL RECORD COPY

000058

[illegible]

[illegible]

Is beneficiary designation of S.G.L.I. on file? ☐ YES ☐ NO | DATE (If Yes)

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

| SIGNATURE OF DESIGNATOR | SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
|---|---|
| *Eric Vandiver Franklin Lucas* | [illegible signature] |
| ERIC VANDIVER FRANKLIN LUCAS | CAPPS ... (SG) ... PERSOFF BYDIRCO ... MAY11 |

CERTIFICATION OF DESIGNATOR

[illegible]

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

**DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA**

1. UNIT I.D.: 20067
2. [illegible]: USS JESSE L BROWN FF1089
3. [illegible]
5. NAME OF SPOUSE: LISA ANN GRASS LUCAS
6. DATE OF BIRTH OF SPOUSE:
7. RELATIONSHIP: WIFE
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY): CHARLESTON SC
9. DATE MARRIED: 13JUN81
10. CITIZENSHIP OF SPOUSE: US
11. ADDRESS OF SPOUSE:
12. DEP: YES
13. NAME OF CHILD OR DEPENDENT: ERIC CORTEZ GRASS
14. [redacted]
15. RELATIONSHIP: DEP SON
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
17. DEP: YES
18. NAME OF CHILD OR DEPENDENT:
19. DATE OF BIRTH:
20. RELATIONSHIP:
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
22. DEP:
23. NAME OF CHILD OR DEPENDENT:
24. DATE OF BIRTH:
25. RELATIONSHIP:
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
27. DEP:
28. NAME OF CHILD OR DEPENDENT:
29. DATE OF BIRTH:
30. RELATIONSHIP:
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
32. DEP:
33. NAME OF FATHER: VAN M LUCAS DECEASED
34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38):
35. DEP: NO
36. NAME OF MOTHER: CAROLYN A MOORE
37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38):
38. DEP: NO
39. WERE YOU PREVIOUSLY MARRIED? ☐ YES ☐ NO
40. PRIOR MARRIAGE DISSOLVED BY: ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
41. DATE:
42. PLACE (CITY & STATE OR COUNTRY):
43. WAS SPOUSE PREVIOUSLY MARRIED? ☐ YES ☐ NO
44. PRIOR MARRIAGE DISSOLVED BY: ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
45. DATE:
46. PLACE (CITY & STATE OR COUNTRY):
47. OTHER:
48. ADDRESS:
49. RELATIONSHIP:
50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD): SALLY M. GRASS
51. ADDRESS:
52. RELATIONSHIP: MOTHER
53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES: LISA ANN LUCAS
54. ADDRESS:
55. RELATIONSHIP: WIFE
56. %: 100
57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION: LISA ANN LUCAS
58. ADDRESS:
59. %: 80
60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING): CAROLYN A MOORE
61. ADDRESS:
62. RELATIONSHIP: MOTHER
63. %: 100
64. LIFE INSURANCE DATA (NAME OF CO) (DO NOT INCLUDE SGLI): NONE
65. ADDRESS:
66. POLICY NUMBER:
67. RELIGION: 10
68. [illegible]
69. [illegible]
70. RANK/RATE: [illegible]
71. PAGE: 3
72. OF PAGES: 3
73. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE): LUCAS, ERIC VANDREE FRANKLIN
74. SSN:
75. USN: ☐
76. USNR: ☐

28303698

ORIGINAL RECORD COPY

PART B

NAVPERS 1070/602 (REV) [illegible]

BUREAU OF NAVAL PERSONNEL

U.S. GOVERNMENT PRINTING OFFICE [illegible]

79. [illegible] OF WILL [illegible] OTHER VALUABLE PAPERS

78. REMARKS

COPY OF INSURANCE CERTIFICATE FORWARDED

Is beneficiary designation of S.G.L.I. on file? [ ] YES [X] NO DATE (If Yes)

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

79. SIGNATURE OF DESIGNATOR

[signature]

[illegible] LUCAS

80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE

[signature]

[illegible] 1LT [illegible] OFFICER [illegible]

CERTIFICATION OF DESIGNATOR

I have [illegible] entered on this form and certify that it is correct.
[illegible] if data is not [illegible]

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

[redacted]

[redacted]

VAN R LUCAS (DECEASED)

CAROLYN A (KILLED) MOORE

NO

| | | | |
|---|---|---|---|
| CAROLYN A MOORE | SAME AS BLK 39 | MOTHER | 100 |
| CAROLYN A MOORE | SAME AS BLK 39 | | 40 |
| CAROLYN A MOORE | SAME AS BLK 39 | MOTHER | 100 |

[redacted]

LUCAS ERIC VAN [illegible]

[redacted]

RECORD COPY

[illegible]

[illegible]

[illegible]

| [illegible] | [X] YES | [ ] NO | DATE (If Yes) 87JUN27 |
|---|---|---|---|

[illegible]

| [illegible] | [illegible] |
|---|---|
| [illegible signature] | [illegible signature] |
| [illegible] | [illegible] 87JUN28 |

[illegible]

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

P602R

# DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

1. UNIT I.D.: 21054
2. SHIP OR STATION: USS STEPHEN W. GROVES (FFG 29)
3. INITIAL:
4. CHANGE:
5. NAME OF SPOUSE:
6. DATE OF BIRTH OF SPOUSE:
7. RELATIONSHIP:
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY):
9. DATE MARRIED:
10. CITIZENSHIP OF SPOUSE:
11. ADDRESS OF SPOUSE:
12. DEPENDENT:
13. NAME OF CHILD OR DEPENDENT: ERIC CORTEZ GRASS
14. DATE OF BIRTH:
15. RELATIONSHIP: SON
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
17. DEPENDENT: YES
18. NAME OF CHILD OR DEPENDENT: ERIKA SHYANNA TONYE LUCAS
19. DATE OF BIRTH: [redacted]
20. RELATIONSHIP: DAUGHTER
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
22. DEPENDENT: YES
23. NAME OF CHILD OR DEPENDENT:
24. DATE OF BIRTH:
25. RELATIONSHIP:
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
27.
28. NAME OF CHILD OR DEPENDENT:
29. DATE OF BIRTH:
30. RELATIONSHIP:
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
32. DEPENDENT:
33. NAME OF FATHER: VAN "M" LUCAS (DECEASED)
34. DEPENDENT: NO
35. ADDRESS OF FATHER:
36. NAME OF MOTHER: CAROLYN "A" MOORE
37. DEPENDENT: NO
38. ADDRESS OF MOTHER:
39. WERE YOU PREVIOUSLY MARRIED? [X] YES [ ] NO
40. PRIOR MARRIAGE DISSOLVED BY: [ ] DEATH [ ] ANNULMENT [X] DIVORCE
41. DATE: 94MAR25
42. PLACE (CITY & STATE OR COUNTRY): NEWTON, MS
43. WAS SPOUSE PREVIOUSLY MARRIED? [ ] YES [ ] NO
44. PRIOR MARRIAGE DISSOLVED BY: [ ] DEATH [ ] ANNULMENT [ ] DIVORCE
45.
46. PLACE (CITY & STATE OR COUNTRY):
47. OTHER: NONE
48. ADDRESS:
49. RELATIONSHIP:
50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD):
51. ADDRESS:
52. RELATIONSHIP:
53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES: CAROLYN MOORE
54. ADDRESS:
55. RELATIONSHIP: MOTHER
56. %: 100
57. PERSON TO RECEIVE ALLOTMENT WHEN IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION: CAROLYN MOORE
58. ADDRESS:
59. %: 80
60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD OR SURVIVING): CAROLYN MOORE
61. ADDRESS:
62. RELATIONSHIP: MOTHER
63. %: 100
64. LIFE INSURANCE DATA (NAME OF CO) (DO NOT INCLUDE SGLI): NONE
65. ADDRESS:
66. POLICY NUMBER:
67. RELIGION: 10
68. TOTAL NO DEPENDENTS THIS: 02
69. EFFECTIVE DATE:
70. RANK/RATE: BM2/E5
71. PAGE: 01
72. OF PAGES: 01
73. NAME OF APPLICANT (LAST, FIRST, MIDDLE): LUCAS, ERIC ANDREW "F"
74. SSN:
75. USN: XX
76. USNR:

NAVPERS 1070/602

NAVPERS 1070/602

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS

NONE

78. REMARKS

SUBMITTED DUE TO PAGE CHANGE IN DEPENDENT'S ADDRESS

**NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE**

| 79. SIGNATURE OF DESIGNATOR | 80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
| --- | --- |
| Eric vanDrew Lucas | E. R. B[illegible] |
| ERIC ANDREW "F" LUCAS | E. R. BETTON, PN1, USN, PERSOFF BYDIRCO 97JAN04 |

OFFICIAL RECORD COPY

CERTIFICATION OF DESIGNATOR

I HAVE REVIEWED THE DATA ENTERED ON THIS FORM AND CERTIFY THAT IT IS CORRECT.
EXECUTE A NEW NAVPERS 1070/602 IF DATA IS NOT CORRECT.

| DATE | SIGNATURE OF DESIGNATOR |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

OFFICIAL RECORD COPY

BEST DOCUMENT AVAILABLE

OFFICIAL RECORD COPY

Sr. Maint Supv 950802

BEST DOCUMENT AVAILABLE

0

FC12/39/
DCN: 4125500046P

EVENT: R29 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN:
RANK/RATE: BM2
SN OR USNR: USN
SHIP OR STATION: NAVSUPPACT NOLA
TOTAL NUMBER OF DEPENDENTS: 01

NAME: LUCAS ERIC VANDREW F
UIC-ACTUAL: N1205
DEPNS CHG EFFECTIVE DATE: 94MAR26
INITIAL/CHANGE: CHANGE

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH: -
SPOUSE RELATIONSHIP:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE:
SPOUSE CITIZENSHIP:
PLACE OF MARRIAGE:

SPOUSE SSN: -
IS SPOUSE DEPENDENT:
BRANCH:
DATE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: YES
PRIOR MARRIAGE DISSOLVED BY: DIVORCE
DATE PRIOR MARRIAGE DISSOLVED: MAR25
PLACE PRIOR MARRIAGE DISSOLVED: NEWTON, MIS

NAME OF FATHER: VAN M LUCAS DECEASED
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER:

NAME OF MOTHER: CAROLYN A. MOORE
IS MOTHER DEPENDENT: NO
ADDRESS OF MOTHER:

CHILD AND/OR DEPENDENT
NAME: ERIC CORTEZ GRASS
IS PERSON DEPENDENT: YES
RELATIONSHIP: SON DEPENDENT DATE OF BIRTH:
ADDRESS:

NAME OF CUSTODIAN OTHER THAN CLAIMANT: LISA ANN GRASS LUCAS

OFFICIAL RECORD COPY

ULN [illegible] 25100462

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: NAME: LUCAS ERIC VANDREW F

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME:
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME:
RELATIONSHIP:
ADDRESS:

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: CAROLYN A. MOORE
RELATIONSHIP: MOTHER
ADDRESS:

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS; SUBJECT TO SECNAV DETERMINATION
NAME: CAROLYN A. MOORE
ADDRESS:

PERCENTAGE: 100
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: CAROLY A. MOORE
RELATIONSHIP: MOTHER
ADDRESS:

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY:
ADDRESS:

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS:
RELIGION: 10
[illegible] DESIGNATION OF SGLI ON FILE: YES DESIGNATION DATE: 94MAY05



OFFICIAL RECORD COPY

DCN: 412700046P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: NAME: LUCAS ERIC VANDREW E

REMARKS:

MEMBER RECENTLY DIVORCED. MEMBER PAYS 155.50 PER MONTH CHILD SUPPORT.

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

Eric V Lucas
SIGNATURE OF DESIGNATOR

P.J. Gavda
SI[illegible] J. GAVDA, [illegible] USNR (TAR)

SERVICE RECORD MAINT SUPVR 5 MAY 94
TITLE DATE

OFFICIAL RECORD COPY

(PLEASE READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING AND SUBMITTING THIS FORM)

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION AND CERTIFICATE

**IMPORTANT** – *This form is for use by ACTIVE DUTY AND RESERVE MEMBERS. This form does not apply to and cannot be used for any other Government Life Insurance.*

**USE THIS FORM FOR** ▶ 1. ELECTING, REDUCING OR REFUSING INSURANCE 2. STATING TO WHOM AND HOW INSURANCE SHOULD BE PAID

*(Do not make erasures, corrections or changes; complete a new form)*

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE OR SOCIAL SECURITY NO. |
|---|---|---|
| LUCAS ERIC VAN | E-5 BM2 | |

| BRANCH OF SERVICE (Do not abbreviate) | CURRENT DUTY LOCATION |
|---|---|
| USN | NSA |

## 1. AMOUNT OF INSURANCE

By law, you are automatically insured for $100,000. An additional $100,000 of coverage is available for you to select and would provide you with a maximum coverage of $200,000. Should you wish to be covered for the full $200,000 of insurance please initial the appropriate line below. If you want to elect an alternate amount of insurance please fill in the amount desired on the "Amount of Insurance" line and initial it. The following amounts are available: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. If you do not want any insurance write in your own handwriting "I want no insurance". Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

______ (Initial) $200,000 EVL (Initial) $ 100,000 (Amount of Insurance) (Print Clearly)

BE SURE TO COMPLETE PART 2

## 2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) *(Read instructions below and on reverse)*

a. Name the primary and contingent beneficiaries below. There are no restrictions on the number of principal and contingent beneficiaries you may name. In some family situations, such as if you are a step-child or step-parent, or if you were abandoned by a parent or adopted, or if you are separated from your spouse, you will, by naming specific beneficiaries, include or exclude certain persons, as you desire.

b. A named beneficiary will *not* be changed automatically by any event occurring after you complete this form (e.g., divorce, annulment). To change a beneficiary you must complete a new SGLV 8286.

c. A last will and testament, a power of attorney, or any other document will not and cannot change or cancel any beneficiary on this form. You must complete a new SGLV 8286 to change a beneficiary.

d. If you want to name a minor child or minor children as beneficiaries, it is very important that you read the instructions on the reverse side of this form.

I DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:

| COMPLETE NAME AND ADDRESS OF BENEFICIARY *(If married woman, give her own first and middle names) for ex, Mary Lisa Smith, not Mrs. John Smith* | SOCIAL SECURITY # *(If known, See 1.D. on back)* | RELATIONSHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY *(See 1.B. on back)* | PAYMENTS OPTIONS TO BENEFICIARY 36 PMTS/LUMP SUM *(See 1.I. on back)* |
|---|---|---|---|---|
| **PRINCIPAL** *(First)* | | | | |
| 1. CAROLYN MOORE | | MOTHER | ALL | LUMP SUM |
| 2. | | | | |
| **CONTINGENT** *(Second - If principal beneficiary(ies) dies before me or before completion of installment payments to the principal beneficiary(ies))* | | | | |
| 1. LATONIA LUCAS | | SISTER | ALL | 36 MONTHS |
| 2. | | | | |

**NOTE:** If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries (For another option, see 1.C. on the back). If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount in force unless a new designation is made.

**I HAVE READ AND UNDERSTAND THE INSTRUCTIONS ON THE FRONT AND REVERSE OF THIS FORM. I UNDERSTAND THAT THIS FORM CANCELS ANY PRIOR BENEFICIARY OR PAYMENT INSTRUCTIONS. I UNDERSTAND THAT IF I HAVE LEGAL QUESTIONS ABOUT THIS FORM I MAY CONSULT WITH A MILITARY ATTORNEY AT NO EXPENSE TO ME.**

**I UNDERSTAND** that I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000.

**SIGN HERE IN INK** ▶ Eric V Lucas (Signature of member) (Do not print) DATE COMPLETED 05 MAY 94

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

OFFICIAL RECORD

SGLV 8286, NOV 1992 SUPERSEDES SGLV 8286, SEPT 1991, WHICH WILL NOT BE USED. FOR THE UNIFORMED SERVICES' AND RESERVES USE

*(PLEASE READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING AND SUBMITTING THIS FORM).*

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION AND CERTIFICATE

**IMPORTANT** – *This form is for use by ACTIVE DUTY AND RESERVE MEMBERS. This form does not apply to and cannot be used for any other Government Life Insurance.*

**USE THIS FORM FOR** **1. ELECTING, REDUCING OR REFUSING INSURANCE** **2. STATING TO WHOM AND HOW INSURANCE SHOULD BE PAID**

*(Do not make erasures, corrections or changes; complete a new form)*

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE OR SOCIAL SECURITY NO. |
|---|---|---|
| LUCAS ERIC V | E-5 BM2 | |

| BRANCH OF SERVICE (Do not abbreviate) | CURRENT DUTY LOCATION |
|---|---|
| USN | SIMA CHASN SC |

## 1. AMOUNT OF INSURANCE

By law, you are automatically insured for $100,000. An additional $100,000 of coverage is available for you to select and would provide you with a maximum coverage of $200,000. Should you wish to be covered for the full $200,000 of insurance please initial the appropriate line below. If you want to elect an alternate amount of insurance please fill in the amount desired on the "Amount of Insurance" line and initial it. The following amounts are available: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. If you do not want any insurance write in your own handwriting "I want no insurance". **Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.**

______ $200,000 *(Initial)*   EVL *(Initial)*   $ 100,000 *(Amount of Insurance) (Print Clearly)*

BE SURE TO COMPLETE PART 2

## 2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) *(Read instructions below and on reverse)*

a. Name the primary and contingent beneficiaries below. There are no restrictions on the number of principal and contingent beneficiaries you may name. In some family situations, such as if you are a step-child or step-parent, or if you were abandoned by a parent or adopted, or if you are separated from your spouse, you will, by naming specific beneficiaries, include or exclude certain persons, as you desire.

b. A named beneficiary will *not* be changed automatically by any event occurring after you complete this form (e.g., divorce, annulment). To change a beneficiary you must complete a new SGLV 8286.

c. A last will and testament, a power of attorney, or any other document will not and cannot change or cancel any beneficiary on this form. You must complete a new SGLV 8286 to change a beneficiary.

d. If you want to name a minor child or minor children as beneficiaries, it is very important that you read the instructions on the reverse side of this form.

**I DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:**

| COMPLETE NAME AND ADDRESS OF BENEFICIARY *(If married woman, give her own first and middle names) for ex, Mary Lisa Smith, not Mrs. John Smith* | SOCIAL SECURITY # *(If known, See 1.D. on back)* | RELATIONSHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY *(See 1.B. on back)* | PAYMENTS OPTIONS TO BENEFICIARY 36 PMTS/LUMP SUM *(See 1.I. on back)* |
|---|---|---|---|---|
| **PRINCIPAL** *(First)* | | | | |
| 1. CAROLYN A. MOORE | | MOTHER | ALL | LUMP SUM |
| **CONTINGENT** *(Second - If principal beneficiary(ies) dies before me or before completion of installment payments to the principal beneficiary(ies))* | | | | |
| 1. ERIC CORTEZ GRASS | | SON | ALL | 36 |
| 2. | | | | |

**NOTE:** If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries (For another option, see 1.C. on the back). If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount in force unless a new designation is made.

**I HAVE READ AND UNDERSTAND THE INSTRUCTIONS ON THE FRONT AND REVERSE OF THIS FORM. I UNDERSTAND THAT THIS FORM CANCELS ANY PRIOR BENEFICIARY OR PAYMENT INSTRUCTIONS. I UNDERSTAND THAT IF I HAVE LEGAL QUESTIONS ABOUT THIS FORM I MAY CONSULT WITH A MILITARY ATTORNEY AT NO EXPENSE TO ME.**

**I UNDERSTAND** that I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000.

**SIGN HERE IN INK** Eric V L[signature] *(Signature of member) (Do not print)*   DATE COMPLETED 26 OCT 93

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [signature] | PN3/E4 | 350 TMB | 93 OCT 21 |

RECORD COPY

43

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION

IMPORTANT - [illegible]

| | |
|---|---|
| 1. [illegible] | 2. [illegible] |

LUCAS ERIC VAN DREW [illegible] | SA/E3

NAVY | USS DULUTH (LPD-6) HP: SAN DIEGO, CA

1. [illegible] INSURANCE

By law you are automatically insured for $[illegible]. If you do not want $[illegible] insurance write [illegible] in your own handwriting "I want only $[illegible] ... or $[illegible] insurance" or "I want no insurance" as you prefer. Reduced or refused insurance can be renewed only by written request with proof of good health and compliance with other requirements.

BE SURE TO COMPLETE PART 2

2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) [illegible]

IMPORTANT – You must write in the spaces below

(1) "By Law" in your own handwriting if you wish the law to apply (as explained on reverse) or,

(2) The names and other information for persons you want to receive your insurance [illegible] ... beneficiary(ies). If you insert "36" under "Payments to Beneficiary," payment will be made only in 36 equal monthly installments.

I DESIGNATE THE FOLLOWING BENEFICIARY(IES) TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY (If married woman, give her own first and maiden name and husband's last name) | RELATION-SHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY (Use fractions such as 1/2, 2/3 or 3/4) | PAYMENT TO BENEFICIARY (Insert "36" if only monthly payments desired. See II on reverse) |
|---|---|---|---|
| All By Law | | | |
| | | | |
| | | | |
| CONTINGENT (Second - If principal beneficiary dies before ... of installment payments to the principal beneficiary) | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries. If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount of insurance unless a new designation is made.

I UNDERSTAND that this form cancels any prior beneficiary or payment instructions and that unless I have named the beneficiary(ies) above, my insurance will be paid under the "Provisions of the Law" as explained on the reverse of this form.

SIGNATURE [signature] DATE COMPLETED 6/27/87

| [illegible] | GRADE TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [illegible] | PNC [illegible] | USS DULUTH LPD 6 | 27JUN87 |

OFFICIAL RECORD COPY

**Please read the instructions on the back before completing this form.**

# Servicemembers' Group Life Insurance Election and Certificate

Use this form to: (check all that apply)
- ☐ Name, change or update your beneficiary
- ☐ Reduce the amount of your insurance coverage
- ☐ Decline insurance coverage

*Important:* This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance.

| Last Name | First name | Middle name | Rank, title, or grade | Social Security Number |
|---|---|---|---|---|
| LUCAS | ERIC | VAN | E-5 BM2 | |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES NAVY | USS SIMON L. HALL |

## Amount of Insurance

By law, you are automatically insured for $200,000. *If you want $200,000 of insurance, skip to Beneficiary(ies) and Payment Options. If you want less than $200,000 of* insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in the following amounts: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. *If you do not want any insurance*, check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

☒ I want coverage in the amount of $ 200,000 Your initials EVL

☐ ______________________________

(Write "I do not want insurance at this time.")

Note: Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (*first, middle, last*) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (*Use %, $ amounts or fractions*) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1 CAROLYN L. MOORE | | MOTHER | 100 % | LUMP |
| 2. | | | | |
| **Contingent** | | | | |
| 1. LATONYA LUCAS | | SISTER | 50 % | 36 |
| 2. LATRICIA MOORE | | SISTER | 50 % | 36 |
| 3. | | | | |
| 4. | | | | |

I HAVE READ AND UNDERSTAND the instructions on the front and back of this form. I ALSO UNDERSTAND that:
- *This form cancels any prior beneficiary or payment instructions*
- The proceeds will be paid to beneficiaries as stated in #6 on the back of this form, unless otherwise stated above
- If I have legal questions about this form, I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000

SIGN HERE IN INK ▶ Eric Van Lucas Date: MAY-12-1998

(Your signature. Do not print).

Do not write in space below – For official use only.

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [illegible signature] | PNLCS | USS Simon L Hall | 12 MAY 98 |

OFFICIAL RECORD COPY

000074

DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

1. UNIT I.D.: 21054
2. SHIP OR STATION: USS STEPHEN W. GROVES (FFG 29)
3. [redacted] 4. [redacted]
5. NAME OF SPOUSE:
6. DATE OF BIRTH OF SPOUSE:
7. RELATIONSHIP:
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY):
9. DATE MARRIED:
10. CITIZENSHIP OF SPOUSE:
[redacted]
11. ADDRESS OF SPOUSE:
12. DEP:
13. NAME OF CHILD OR DEPENDENT: ERIC C. GRASS
14. DATE OF BIRTH:
15. RELATIONSHIP: SON
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
17. DEP: YES
18. NAME OF CHILD OR DEPENDENT: ERIKA S. LUCAS
19. DATE OF BIRTH:
20. RELATIONSHIP: DAUGHTER
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
22. DEP: YES
23. NAME OF CHILD OR DEPENDENT:
24. DATE OF BIRTH:
25. RELATIONSHIP:
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
27. DEP:
28. NAME OF CHILD OR DEPENDENT:
29. DATE OF BIRTH:
30. RELATIONSHIP:
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
32. DEP:
[redacted]
33. NAME OF FATHER: VAN M. LUCAS (DECEASED)
34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 35):
35. DEP: NO
36. NAME OF MOTHER: CAROLYN MOORE
37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38): [redacted]
38. DEP: NO
39. WERE YOU PREVIOUSLY MARRIED: [X] YES [ ] NO
40. PRIOR MARRIAGE DISSOLVED BY: [ ] DEATH [ ] ANNULMENT [X] DIVORCE
41. DATE: 94MAR25
42. PLACE (CITY & STATE OR COUNTRY):
43. WAS SPOUSE PREVIOUSLY MARRIED: [ ] YES [ ] NO
44. PRIOR MARRIAGE DISSOLVED BY: [ ] DEATH [ ] ANNULMENT [ ] DIVORCE
45. DATE:
46. PLACE (CITY & STATE OR COUNTRY):
47. OTHER:
48. ADDRESS:
49. RELATIONSHIP:
50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD): LATONYA LUCAS
51. ADDRESS: JACKSON, MS
52. RELATIONSHIP: SISTER
53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES: CAROLYN MOORE
54. ADDRESS:
55. RELATIONSHIP: MOTHER
56. %: 100
57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS. SUBJECT TO SECNAV DETERMINATION: LATRICIA MOORE
58. ADDRESS: JACKSON, MS
59. %: 100
60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING): CAROLYN MOORE
61. ADDRESS:
62. RELATIONSHIP: MOTHER
63. %: 100
64. LIFE INSURANCE DATA (NAME OF CO)(DO NOT INCLUDE SGLI): NONE
65. ADDRESS:
66. POLICY NUMBER:
67. RELIGION: BAPTIST
68. [redacted] 69. [redacted]
BM2/E-5
71. PAGE: 1
72. OF PAGES: 2
73. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE): LUCAS ERIC V. *Eric V. [signature]*
75. USN [ ] 76. USNR [X]

OFFICIAL RECORD COPY

NAVPERS 1070/602 (Rev. 7-72) (PART II) (BACK)

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS
NONE

78. REMARKS
SUBMITTED DUE TO CHANGE IN DEPENDENTS ' S ADDRESS

Is beneficiary designation of S. G. L. I. on file? ☐ YES ☐ NO DATE (IF YES)

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

| 79. SIGNATURE OF DESIGNATOR | 80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
|---|---|
| ERIC V. LUCAS | A. R. TERRY, PNC (SW),USNR (TAR), 00MAY12<br>PERSOFF, RYDIRCO |

CERTIFICATION OF DESIGNATOR

I have reviewed the data entered on this form and certify that it is correct.
Execute a new NAVPERS 1070/602 if data is not correct.

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

**Please read the instructions on the back before completing this form.**

# Servicemember's Group Life Insurance Election and Certificate

Use this for to: (check all that apply)
- ☑ Name, change or update your beneficiary
- ☐ Reduce the amount of your insurance coverage
- ☐ Decline insurance coverage

***Important:*** This form is for use by Active Duty and Reserve members. This form does no apply to and cannot be used for any other Government Life Insurance.

| Last name | First name | Middle name | Rank, title, or grade | Social Security Number |
|---|---|---|---|---|
| LUCAS | ERIC | VAN | E-5 BM2 | |

| Branch of Service (Do no abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES NAVY | USS STEPHEN W. GROVES (FFG 29) |

## Amount of Insurance

By law, you are automatically insured for $200,000. ***If you want $200,000 of insurance,*** skip to *Beneficiary(ies) and Payment Options*. ***If you want less than $200,000 of insurance,*** please check the appropriate block below and write the amount desired and your initials. Coverage is available in the following amounts: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. ***If you do not want any insurance,*** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

☑ I want coverage in the amount of $ 200,000 Your initials EVL

☐ ______________________

(Write "I do not want insurance at this time.")

**Note: Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.**

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (*first, middle, last*) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts of fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. CAROLYN L. MOORE | | MOTHER | 80% | LUMP SUM |
| 2. | | | 20% | LUMP SUM |
| **Contingent** | | | | |
| 1. LOTONYA LUCAS | | SISTER | 100% | LUMP SUM |
| 2. LATRICIA MOORE | | SISTER | 100% | LUMP SUM |
| 3. | | | | |
| 4. | | | | |

**I HAVE READ AND UNDERSTAND the instruction on the front and back of this form. I ALSO UNDERSTAND that:**
- ***This form cancels any prior beneficiary or payment instructions***
- The proceeds will be paid to beneficiaries as stated in #6 on the back of this form, unless otherwise stated above
- If I have legal questions about this form, I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000

SIGN HERE IN INK > Eric V. L[signature] Date: 4-26-00

(Your signature. Do not print.)

**Do not write in space below - For official use only.**

| WITNESSED AND RECEIVED BY: | RANK, TITLE, OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| ANTHONY R. TERRY | PNC, PERS SUPERVISOR | USS STEPHEN W. GROVES | 05/04/00 |

SGLV 8286, April 1996 (EO)

Supersedes SGLV 8286, March 1994 Which Will Not Be Used
LOCAL REPRODUCTION AUTHORIZED

MEMBER'S OFFICIAL PERSONNEL FILE 1
TO MEMBER (Certificate of Coverage) 2
UNIFORMED SERVICES COPY 3

ORIGINAL RECORD COPY

# RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES

A. SERVICE PROCESSING FOR: NAVY
B. STATUS: Yes
C. SELECTIVE SERVICE CLASSIFICATION: NONE
D. SELECTIVE SERVICE REGISTRATION NO.: NO

## SECTION I - PERSONAL DATA

1. SOCIAL SECURITY NUMBER: [redacted]
2. NAME (Last, First, Middle Name): [illegible] MICHAEL BRADLEY
3. HOME OF RECORD ADDRESS: [redacted]
4. HOME OF RECORD ADDRESS (Street, City, County, State, ZIP Code): SAME AS ENTRY

6. CITIZENSHIP (X one)
- [X] a. U.S. AT BIRTH
  - [X] (1) NATIVE BORN
  - (2) BORN ABROAD OF U.S. PARENT(S)
- b. U.S. NATURALIZED
- c. U.S. DERIVED THROUGH NATURALIZATION OF PARENT(S)
- d. U.S. NON-CITIZEN NATIONAL
- e. IMMIGRANT ALIEN (Specify)
- f. NON-IMMIGRANT FOREIGN NATIONAL (Specify)

7. SEX: [X] a. MALE / b. FEMALE
8. POPULATION GROUP: a. WHITE / [X] b. BLACK / c. ASIAN / d. AMERICAN INDIAN / e. OTHER (Specify)
9. ETHNIC GROUP (Specify): NONE
10. MARITAL STATUS (Specify): SINGLE — S
11. NUMBER OF DEPENDENTS: 0
12. DATE OF BIRTH (YYMMDD): [redacted]
13. RELIGIOUS PREFERENCE (Optional): BAPTIST CHURCHES [illegible]
14. EDUCATION (Highest Grade Completed): 12
15. PROFICIENT IN FOREIGN LANGUAGE (Yes or No) (If yes, specify language): NO
16. VALID DRIVER'S LICENSE (Yes or No) (If yes, list state, number, and expiration date): YES MS
17. PLACE OF BIRTH (City, State and Country): NEWTON, MS. USA

## SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES

FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - GO ON TO PAGE 2, QUESTION 23

18. APTITUDE TEST RESULTS
a. TEST ID / b. TEST SCORES: GS, AR, WK, PC, NO, CS, AS, MK, MC, EI, VE [illegible]
c. AFQT PERCENTILE: 34 — GI, NO, AD, WK, AR, MK, EI, MC, GS, SI, AI

19. DEP ENLISTMENT DATA — SEE II
| a. DATE OF DEP ENLISTMENT (YYMMDD) | b. PROJ ACTIVE DUTY DATE (YYMMDD) | c. ES | d. RECRUITER IDENTIFICATION | e. PROGRAM ENLISTED FOR | f. T-E MOS/AFS |
|---|---|---|---|---|---|
| 880930 | 890201 | 3 | 4747000000 | C7999 | BM3 |

20. ACCESSION DATA
| a. ENLISTMENT DATE (YYMMDD) | b. ACTIVE DUTY SERVICE DATE (YYMMDD) | c. PAY ENTRY DATE | d. TOE | e. WAIVER | f. PAY GRADE | g. DATE OF GRADE (YYMMDD) | h. ES | i. HIGHEST ED GR COMPL |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 4 | XX3 | E24 | [illegible] | 1 | 12 |

| j. RECRUITER IDENTIFICATION | k. PROGRAM ENLISTED FOR | l. T-E MOS/AFS | m. PMOS/AFS | n. YOUTH | o. OA | p. TRANSFER TO |
|---|---|---|---|---|---|---|
| [illegible]4042747 | P99 | BM3 | | YY | 9CY | N31155 |

21. SPECIAL PROCESSING CODES

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 4 | 4 | 7 | 4 | 2 | 0 | 0 | | 8 | 8 | 1 | 1 | 2 | | | |
| 3 | 2 | 2 | 1 | 1 | 1 | 7 | 2 | 8 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | Y | Y | Y | Y | Y | Y | 1 | X | 0 | D | | | | | | | 0 |
| 0 | 5 | 8 | 9 | 0 | 5 | 2 | 5 | 7 | 6 | | | | | | | | |

DD FORM 1966, [illegible] — Previous editions are obsolete.

OFFICIAL [illegible]

SECTION III - OTHER PERSONAL DATA

**29. CITIZENSHIP** (Be prepared to verify your responses with the necessary documents to confirm your answers.)

| a. BIRTH CERTIFICATE (1) FILE NUMBER | (2) ISSUING COUNTY | (3) ISSUING STATE | b. NATIVE COUNTRY |
|---|---|---|---|
| See Item 44 | See Item 44 | See Item 44 | NA |
| c. IF ALIEN, GIVE ALIEN REGISTRATION NUMBER AND LAST ADDRESS FURNISHED TO IMMIGRATION AND NATURALIZATION SERVICE (INS): NA | | | d. DATE/PORT OF ENTRY INTO THE U.S. (if applicable): NA |

**30. EDUCATION** (List all high schools and colleges attended. If none attended, show last school attended.)

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF SCHOOL | d. LOCATION | e. GRADUATE YES | NO |
|---|---|---|---|---|---|
| 9108 | 9405 | Newton High School | | X | |
| | | | | | |
| | | | | | |

**31. RESIDENCES** (List all for the last five years or since 13th birthday, whichever is shorter.)

| a. FROM (YYMM) | b. TO (YYMM) | c. STREET ADDRESS | d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|---|---|---|
| 9804 | PRESENT | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**32. EMPLOYMENT** (Show all periods of employment and unemployment during the last five years.)

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF EMPLOYER | d. ADDRESS (Include Zip Code) | e. NAME OF IMMEDIATE SUPERVISOR | f. JOB TITLE |
|---|---|---|---|---|---|
| 9808 | PRESENT | Lazy Boy | Newton, MS | Kent Bishop | [illegible] |
| 9804 | 9808 | U.S. NAVY | USS Duluth (LPD-6) San Diego, CA | BM1 Duck | BMSN |
| | | | | | |
| | | | | | |

**33. RELATIVES**

| a. NAME (Last, First, Middle Initial) | b. DEPENDENT YES | NO | c. DATE OF BIRTH (YYMMDD) | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER: Lucas Vaden | | X | Unknown | [illegible], TX | DECEASED | U.S. |
| MOTHER (Maiden Name): Gilles Carolyn Ann | | X | [illegible]415 | Newton, MS | Rt. Box 84 Newton, MS. 39345 | U.S. |
| SPOUSE (Maiden name, if applicable): | | | | | | |
| CHILDREN: NONE | | | | | | |
| | | | | | | |
| | | | | | | |

OFFICIAL RECORD COPY

NAME: Lucas | SOCIAL SECURITY NUMBER

| Item | Question | YES | NO |
|---|---|---|---|
| 28. | Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or the Air National Guard? *(Give your recruiter the appropriate DD Form 214 and/or DD Form 215 or NGB Form 22 for review.)* | | ✓ |
| 29. | Are you now or have you ever been divorced or legally separated? If "YES," enter in Item 39, "REMARKS," the date, place and court which granted divorce or legal separation. | | ✓ |
| 30. | Is any court order or judgment in effect that directs you to provide support for children or alimony? If "YES," enter in Item 39, "REMARKS," the date, place, and court which granted alimony or support, including orders resulting from paternity suits. | | ✓ |
| 31. | Have you ever been arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, regardless of whether the citation was dropped or dismissed or you were found not guilty? Include all courts-martial or non-judicial punishment while in military service. If "YES," enter details in Item 35. | | ✓ |
| 32. | As a result of being arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, have you ever been convicted, fined by or forfeited bond to a Federal, State or other judicial authority or adjudicated a youthful offender or juvenile delinquent (regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record); or have you been released from parole, probation, juvenile supervision or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? If "YES," enter details in Item 35. | | ✓ ✓ |
| 33. | Have you ever been detained, held in, or served time in any jail or prison, reform or industrial school, or a juvenile facility or institution under the jurisdiction of any city, state, Federal, or foreign country? If "YES," enter details in Item 35. | | ✓ |
| 34. | Have you ever been a ward, or are you now under suspended sentence, parole, or probation or awaiting any action on criminal/civil charges against you? If "YES," enter details in Item 35. | | ✓ |

**35. LAW VIOLATIONS.** Explain below "YES" answers given in Items 31 through 34 above. (Include all incidents with law enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)

| a. DATE (YYMMDD) | b. NATURE OF OFFENSE OR VIOLATION | c. PLACE OF OFFENSE | d. NAME AND LOCATION OF COURT | e. PENALTY IMPOSED OR OTHER DISPOSITION IN EACH CASE |
|---|---|---|---|---|
| | None | Excel | | |
| | | | | |
| | | | | |
| | | | | |

**36. CHARACTER AND SOCIAL ADJUSTMENT:** If your answer to every question is truthfully "NO," indicate so in the appropriate space. If your answer is "YES," indicate so in the appropriate space and give details in Item 39, "REMARKS." A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation.

| Item | Question | YES | NO |
|---|---|---|---|
| a. | Questions (1), (2), and (3) below concern possession, supply, use without a prescription of marijuana, narcotics, LSD or other dangerous drugs. A "Yes" answer to (3) has no bearing on your eligibility to enlist or be commissioned but is essential to accurate job classification. Additional screening will occur during basic training or officer training school. | | |
| | (1) Have you ever used narcotics, LSD or other dangerous drugs? | | |
| | (2) Have you ever been a supplier of narcotics, LSD or other dangerous drugs or marijuana? | | |
| | (3) Have you used marijuana at any time in the past six months? | | |
| b. | Has your use of drugs or alcoholic beverages (such as liquor, beer, wine), ever resulted in your loss of a job, arrest by police, or treatment of alcoholism? | | ✓ |
| c. | Are you a homosexual or a bisexual? ("Homosexual" is defined as: sexual desire or behavior directed at a person(s) of one's own sex. "Bisexual" is defined as: a person sexually responsive to both sexes.) | | ✓ |
| d. | Do you intend to engage in homosexual acts (sexual relations with another person of the same sex)? | | ✓ |
| e. | Are you a conscientious objector? That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | | ✓ |
| f. | [illegible] you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | ✓ |
| g. | [illegible] now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | | ✓ |
| h. | [illegible] or have you ever been, a member of the Communist Party or any Communist organization? Are you now, or have [illegible] affiliated with any organization, association, movement, group, or combination of persons which advocates the [illegible] our constitutional form of government or which has adopted the policy of advocating the commission of acts of [illegible] other persons their rights under the Constitution of the United States or which seeks to alter the form of [illegible] United States by unconstitutional means? *(If "YES," give details in Item 39, "REMARKS.")* | | ✓ |

S/N 0102-LF-001-[illegible] *Previous editions are obsolete.*

RECORD COPY