Lucas

| | YES | NO |
|---|---|---|
| a. Have you ever traveled to, or resided in, a foreign country except as a member of the United States Armed Forces (including dependent travel) performing official duties? (If "YES," give details in item 38, "REMARKS.") | | Lvl |
| b. Are you the only living child of your parents? | | Lvl |
| c. Are you now drawing, or do you have an application pending, or approved for: retired pay, disability allowance, [illegible] or pension from the government of the United States? | | Lvl |
| d. Have you been enrolled in ROTC, Junior ROTC, Sea Cadet Program, or have you been a member of the Civil Air Patrol? (If "YES," enter organization and the address in item 38, "REMARKS.") | | Lvl |

| | b. APPLICANT'S INITIALS |
|---|---|
| a. I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged. | Lvl |

SECTION IV - REMARKS

38. REMARKS (Enter item(s) being continued)

DATE ADMINISTERED: 88JUN22

ASVAB 11B GS:37 AR:38 WK:44 PC:53 NO:58 CS:53 AS:51 MK:41 MC:[illegible] EI:44 VE:47

R.L. YOUNG,PFC,USM [redacted]
ENL CLASSIFIER,MEPS JACKSON,MS

ITEM 41, BLOCKS 42a, 42b, 42c, CONTINUED:
BIRTH CERTIFICATE ISSUED BY MS. STATE DEPT. OF HEALTH FILE # 123-42846 FILE DATE 12-12-66

ITEM 41, BLOCK 42 d, CONTINUED:
SSAN CARD ISSUED BY SOCIAL SECURITY ADMINISTRATION

ITEM 41, Block 42e CONTINUED:
HIGH SCHOOL DIPLOMA ISSUED BY NEWTON HIGH SCHOOL, NEWTON, MS. DATED [illegible] 1984.

CITED COMNAVCRUITCOM LTR SERIAL V185 DTD 27SEP88 AS ENLISTMENT AUTHORITY.

OFFICIAL RECORD COPY

Previous editions are obsolete.

LOPES

[illegible]

a. [illegible] (If "YES," give details in Item 38, "REMARKS.")

b. [illegible]

c. [illegible]

d. [illegible] (If "YES," enter organization and its address in Item 38, "REMARKS.")

a. I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged.

b. APPLICANT'S INITIALS

SECTION IV - REMARKS

ITEM 39 DD FORM 1966 CONTINUED:

ITEM 42, BLOCK 42 F, CONTINUED:
DD FORM 214 ISSUED BY USS DULUTH (LPD 6) AT SAN DIEGO CA. DATED 88 APR 07

DD 369 NOT SENT TO LAW ENFORCEMENT AGENCIES. APPLICANT DID NOT SELF-ADMIT TO PAST CRIMINAL ACTIVITY AND IS CONSIDERED A GOOD RISK FOR THE ENLISTMENT.

PAGE 2 OF 3 PAGES

OFFICIAL RECORD COPY

Lucas [redacted]

| | YES | NO |
|---|---|---|
| a. Have you ever traveled to, or resided in, a foreign country except as a member of the United States Armed Forces (including dependent travel) performing official duties? (If "YES," give details in item 38 "Remarks.") | | |
| b. Are you the only living child of your parents? | | |
| c. Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from the government of the United States? | | |
| d. Have you been enrolled in ROTC, Junior ROTC, Sea Cadet Program, or have you been a member of the Civil Air Patrol? (If "YES," enter organization and its address in item 38 "Remarks.") | | |

| | b. APPLICANT'S INITIALS |
|---|---|
| a. I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged. | |

## SECTION IV - REMARKS

38. REMARKS (Enter item(s) being continued.)

Item 39 DD Form 1966/4 Continued:

APPLICANT STATEMENT;

TO WHOM IT MAY CONCERN

I RESPECTFULLY REQUEST TO REENLIST IN THE NAVY FULL TIME BECAUSE OF THE OPPORTUNITY I'VE BEEN OFFERED. I ONLY GOT OUT TO EXPERIENCE CIVILIAN LIFE. I KNOW NOW THAT THE NAVY IS THE BEST CAREER CHOICE FOR ME.

Eric Von Dean Franklin Lucas

ITEM 43 BLOCK 43B AND 45C CONTINUED:

19b/43A (88NOV23) CH [illegible] TO 881123. CH ACTIVE DUTY DATE TO 88NOV23.

Page 3 of 3

DD Form 1966/3, AUG 85 [illegible] Previous editions are obsolete.

OFFICIAL RECORD COPY

34

NAME Lucas | SOCIAL SECURITY NUMBER [redacted]

## SECTION V - CERTIFICATION

**40. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document: that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. SIGNATURE | d. DATE SIGNED (YYMMDD) |
|---|---|---|
| LUCAS ERIC VANDREW FRANKLIN | Eric Vandrew Franklin Lucas | 880809 |

**41. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME (X one) | b. AGE (X one) | c. CITIZENSHIP (X one) |
|---|---|---|
| X (1) BIRTH CERTIFICATE | X (1) BIRTH CERTIFICATE | X (1) BIRTH CERTIFICATE |
| (2) OTHER (Explain) | (2) OTHER (Explain) | (2) OTHER (Explain) |
| **d. SOCIAL SECURITY NUMBER (X one)** | **e. EDUCATION (X one)** | **f. OTHER DOCUMENTS USED** |
| X (1) SSN CARD | X (1) DIPLOMA | SEE ITEM 39 |
| (2) OTHER (Explain) | (2) OTHER (Explain) | |

**42. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED (YYMMDD) |
|---|---|---|---|---|
| WILLIAMS SAMUEL | E-6 | 587140427 | Samuel Williams | 880809 |

**43. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION / PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liason NCO, etc., as specified by sponsoring service - use clear text English.)* NAVET TWO YEAR ENLISTMENT WITH NO GUARANTEE. PRIDE CONTROL NUMBER: 75938607 RECRUIT TRAINING COMMAND FOR INDOC: ORLANDO, FL ACTIVE DUTY DATE:89FEB01 RATE:BM3 SEE 45

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 43a above and annexes attached to my Enlistment/Reenlistment Document *(DD Form 4)*.

c. APPLICANT'S INITIALS: Eric L.

**44. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States *(Enter Branch of Service)* NAVY, and certify that I have not made any promises or guarantees other than those listed in Item 43 above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. OR | e. SIGNATURE | f. DATE SIGNED (YYMMDD) |
|---|---|---|---|---|
| COTHERMAN, K. M. BY DIR<br>FREEMAN, HELEN S. | O3<br>E7 | [redacted] | K M Cotherman<br>H S Freeman | 880930<br>880930 |

## SECTION VI - RECERTIFICATION

**45. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 45" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| 19b/19e/43a | CH FM 890201 TO 881123/CH FM C7999 TO C7P99/CH TO READ:PRISE 1 4YR ENLISTMENT WITH ORDERS TO USS JESSE L. BROWN HP:CHARLESTON, SC. PCN:89052576 ADSD:88NOV23 |
| 25b 26b | CH FM PRES TO 8811 |
| | |
| | SEE ITEM 39 |

| d. WITNESS (1) TYPED OR PRINTED NAME | (2) PAY GRADE | e. APPLICANT (1) SIGNATURE | (2) DATE SIGNED (YYMMDD) |
|---|---|---|---|
| TAYLOR JR | E6 | Eric Vandrew Franklin Lucas | |
| (3) SIGNATURE: H S Freeman | | ERIC VANDREW FRANKLIN LUCAS | 881123 |

DD Form 1966/5, AUG 85 S/N 0102-LF-001-9670 *Previous editions are obsolete.*

1966;

[illegible] Lucas [redacted]

SECTION III – VERIFICATION OF PERSONAL DATA

[illegible] (List all high schools and colleges attended. If none attended, show last school attended.)

| MONTH & YEAR FROM | TO | NAME AND LOCATION OF SCHOOL | GRADUATE NO | YES | DEGREE RECEIVED |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] [redacted] | | X | H.S. Diploma |
| | | | | | |
| | | | | | |

CITIZENSHIP (You must provide your recruiter with the necessary documents to confirm your answers.)

| a. PLACE OF BIRTH (City, County, State, & Country) | | b. CERTIFICATE ISSUED BY (County & State) |
|---|---|---|
| Natchez, [illegible] MS. | | [illegible] MS. |
| c. BIRTH CERTIFICATE FILE NO. 123-42846 | d. NATURALIZATION CERTIFICATE NO. N/A | e. IF CITIZENSHIP IS DERIVED, GIVE PARENTS' CERTIFICATE NOS., DATE, PLACE, & COURT: N/A |
| f. IF AN ALIEN, GIVE ALIEN REGISTRATION NO. N/A | g. NATIVE COUNTRY N/A | |
| h. DATE AND PORT OF ENTRY INTO THE U.S.A. N/A | | i. DATE AND PLACE LAST REGISTERED N/A |

MILITARY SERVICE

a. ARE YOU NOW OR HAVE YOU EVER BEEN IN ANY REGULAR OR RESERVE BRANCH OF THE ARMED FORCES OR IN THE ARMY NATIONAL GUARD OR IN THE AIR NATIONAL GUARD?

☒ NO (Go on to question 26)

☐ YES (Complete the following and give your recruiter the appropriate DD Form 214 or DD Form 215 for his review.)

| b. PAY GRADE | c. SERVICE NUMBER | d. SERVICE COMPONENT | e. DATE OF ENTRY | f. DATE OF DISCH/REL | g. TYPE OF DISCH/REL CERTIFICATE | h. DAYS LOST (if any) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

i. IF YOU ARE NOW A MEMBER OF ANY RESERVE OR NATIONAL GUARD UNIT, GIVE THE UNIT NAME, ITS ADDRESS, AND TELEPHONE NUMBER:

DO NOT WRITE IN THIS SPACE – COMPLETED BY RECRUITER

| VERIFICATION OF SERVICE | | YRS | MOS | DAYS | b. PEBD | c. ADSD | d. LAST RE-CODE | e. SPN/SPD |
|---|---|---|---|---|---|---|---|---|
| | [illegible] | 00 | 00 | 00 | 840927 | 841126 | NA | NA |
| | [illegible] | 00 | 0[illegible] | [illegible] | | | | |

SECTION IV – OTHER BACKGROUND DATA

COMMERCIAL LIFE INSURANCE POLICIES (OPTIONAL ENTRY)

(Information, if provided, is used to assist your survivors in filing claims should you die while on active duty.)

| a. NAME OF COMPANY ISSUING POLICY | b. POLICY NUMBER |
|---|---|
| None | None |

EMPLOYMENT (Show all periods of employment and unemployment.)

| MONTH & YEAR FROM | TO | NAME AND ADDRESS OF COMPANY | JOB TITLE | NAME OF SUPERVISOR |
|---|---|---|---|---|
| | | None | | |
| | | | | |
| | | | | |

OFFICIAL RECORD COPY

1316 [redacted] [redacted] [redacted]

[illegible] NAME: [illegible] [redacted]

**SECTION III – VERIFICATION OF PERSONAL DATA**

**[illegible] EDUCATION (List all high schools and colleges attended. If none attended, show last school attended.)**

| a. MONTH & YEAR FROM | TO | b. NAME AND LOCATION OF SCHOOL | c. GRADUATE NO | YES | d. DEGREE RECEIVED |
|---|---|---|---|---|---|
| [illegible] | [illegible] | New [illegible] [redacted] | | X | H.S. Diploma |
| | | | | | |
| | | | | | |

**[illegible] CITIZENSHIP (You must provide your recruiter with the necessary documents to confirm your status.)**

a. PLACE OF BIRTH (City, County, State, & Country): New Bedford, New [illegible] MA.

b. CERTIFICATE ISSUED BY (County & State): New [illegible] MA.

c. BIRTH CERTIFICATE FILE NO.: 123-42346

d. NATURALIZATION CERTIFICATE NO.: NA

e. IF CITIZENSHIP IS DERIVED, GIVE PARENTS' CERTIFICATE NO(S), DATE, PLACE, & COURT: NA

f. IF AN ALIEN, GIVE ALIEN REGISTRATION NO.: NA

g. NATIVE COUNTRY: NA

h. DATE AND PORT OF ENTRY INTO THE U.S.A.: NA

i. DATE AND PLACE LAST REGISTERED: NA

**[illegible] MILITARY SERVICE**

a. ARE YOU NOW OR HAVE YOU EVER BEEN IN ANY REGULAR OR RESERVE BRANCH OF THE ARMED FORCES OR IN THE ARMY NATIONAL GUARD OR IN THE AIR NATIONAL GUARD?

☒ NO (Go on to question [illegible])

☐ YES (Complete the following and give your recruiter the appropriate DD Form 214 or DD Form 215 for his review.)

| b. PAY GRADE | c. SERVICE NUMBER | d. SERVICE COMPONENT | e. DATE OF ENTRY | f. DATE OF DISCH/REL | g. TYPE OF DISCH/REL CERTIFICATE | h. DAYS LOST (If any) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

i. IF YOU ARE NOW A MEMBER OF ANY RESERVE OR NATIONAL GUARD UNIT, GIVE THE UNIT NAME, ITS ADDRESS, AND TELEPHONE NUMBER:

**DO NOT WRITE IN THIS BLOCK – COMPLETED BY RECRUITER**

| [illegible] VERIFICATION OF SERVICE | a. | YRS | MOS | DAYS | b. PEBD | c. ADSD | d. LAST RE-CODE | e. SPN/SPD |
|---|---|---|---|---|---|---|---|---|
| | [illegible] ACT [illegible] SVC | 00 | 00 | 00 | 840927 | 841126 | NA | NA |
| | [illegible] SVC | 00 | 01 | [illegible] | | | | |

**SECTION IV – OTHER [illegible] DATA**

**[illegible] COMMERCIAL LIFE INSURANCE POLICIES (OPTIONAL ENTRY)**

(Information, if provided, is used to assist your survivors in filing claims should you die while on active duty.)

| a. NAME OF COMPANY ISSUING POLICY | b. POLICY NUMBER |
|---|---|
| NONE | NONE |

**[illegible] EMPLOYMENT (Show all periods of employment and unemployment.)**

| a. MONTH & YEAR FROM | TO | b. NAME AND ADDRESS OF COMPANY | c. JOB TITLE | d. NAME OF SUPERVISOR |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |

[illegible] WILL BE [illegible] THE PREVIOUS [illegible] PAGE 3

OFFICIAL RECORD COPY

1465

# APPLICATION FOR ENLISTMENT – ARMED FORCES OF THE UNITED STATES

Form Approved OMB No. [illegible]

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 10, United States Code, Sections 504, 505, 508, and 510, and Executive Order 9397.

**PRINCIPAL PURPOSE:** To determine your eligibility for enlistment.

**ROUTINE USES:** If you are enlisted, this form becomes the original source document for, and a part of, your military personnel records which are used to make decisions related to your training, promotion, assignment, and other personnel management actions.

**DISCLOSURE:** Voluntary; failure to answer all questions on this form except 12, 20, 22, and 28 may result in denial of your enlistment.

## WARNING

Information provided by you on this form is FOR OFFICIAL USE ONLY and will be maintained and used in strict compliance with Federal law and regulation. The information provided by you becomes the property of the United States Government and it may be consulted throughout your military service career, particularly whenever either favorable or adverse administrative or disciplinary actions related to you are involved.

YOU CAN BE PUNISHED BY FINE, IMPRISONMENT OR BOTH IF YOU ARE FOUND GUILTY OF MAKING A KNOWING AND WILLFUL FALSE STATEMENT ON THIS APPLICATION.

## INSTRUCTIONS (Read carefully BEFORE filling out this form)

1. Type or print LEGIBLY all answers; if the answer is "None" or "Not Applicable," so state.
2. Questions 12, 20, and 28 are optional and may be left blank. Question 30 may be answered orally.
3. If additional space is needed for any answer, continue it in Item 37, "REMARKS."

## SECTION I – PERSONAL DATA

SERVICE: D IV

1. SOCIAL SECURITY ACCOUNT NUMBER: [redacted]

2. NAME (Last - First - Middle ...): LUCAS ERIC DANDREW FRANKLIN

3. CURRENT ADDRESS (Street, City, County, State, & ZIP Code): [redacted] 28101 39345

4. HOME OF RECORD (City, County, State, & ZIP Code): SAME AS ITEM 3 — 28101 39345

CITIZENSHIP: CA

SEX: M (MALE)

POPULATION GROUP: W

ETHNIC GROUP: NONE — N

MARITAL STATUS: SINGLE — S

NO. OF DEPENDENTS: NONE (0) — 0

DATE OF BIRTH: [redacted]

EDUCATION: 10 — 122

SELECTIVE SERVICE INFORMATION: —

PENDING CHARGES: NONE

DRIVER'S LICENSE INFORMATION — STATE: MS; NUMBER: [redacted]; EXPIRES: NOV. 1986

DO NOT WRITE IN THIS SECTION (Go on to Item 28)

## SECTION II – EXAMINATION AND ENLISTMENT DATA PROCESSING CODES – FOR OFFICE USE ONLY –

MENTAL TEST RESULTS

| TEST ID | | | | | | | | | | | | | TEST SITE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 | 42 | 11 | 15 | 22 | 72 | 44 | 45 | 12 | 13 | 15 | 07 | 34 | 2101 |

MEDICAL RESULTS: 139 | 1312 | 01710 | HAIR COLOR: DLK | EYE COLOR: BRN | VISUAL ACUITY: RT 20/20, LT 20/20 | COLOR VISION: PAS

ENLISTED DATA: 8 4 0 9 2 7 | 8 4 1 1 2 6 | 3 | 0 3 4 7 0 0 0 0 0 0 | R X 0 J 9 | S R

ACCESSION DATA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 840927 | 841126 | 8409278 | YYY | E01 | 8409272 | 1122 | |
| 5R7K4042 | 7 | RX0J9 | SR | | YY9 | WY | N30646 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 9 | 4 | 4 | 7 | 2 | 5 | 8 | 8 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0 | 1 | 0 | 3 | 2 | 4 | 2 | 8 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | Y | Y | Y | Y | Y | Y | 0 | X | 0 | 0 | | | | | | 0 |
| 0 | 0 | 9 | 1 | 5 | 8 | 8 | 8 | 7 | 3 | | | | | | | |

DD FORM 1966/1 — PREVIOUS EDITIONS ARE OBSOLETE. — PAGE 1

S/N 0102-LF-[illegible]

1487

LAST NAME: Lucas [redacted]

SECTION III – OTHER BACKGROUND DATA (Continued from page 2)

RESIDENCES (List all for the last ... years or since ... birthday whichever is shorter)

| FROM | TO | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 01/92 | Present | [redacted] | Newton | MS | 39345 |
| 11/79 | 01/92 | [redacted] | Newton | MS. | 39345 |
| | | | | | |

MARITAL STATUS AND DEPENDENCY

| | NO | YES |
|---|---|---|
| a. Are you now, or have you ever been, married? | Cml | |
| b. If you have been married, are you now living with your spouse? | Cml | |
| c. Have you ever been divorced or legally separated? *(If "yes", enter date, place and court which granted the divorce or legal separation in item 37, "REMARKS".)* | Cml | |
| d. Is any court order or judgment in effect that directs you to provide support for children or alimony? *(If "yes", enter date, place and court which granted alimony or support, including orders resulting from paternity suits, in item 37, "REMARKS".)* | Cml | |
| e. Is any person dependent on you for their support? *(If "yes", list them in item 30 below and check "DEPN/YES" block.)* | Cml | |

RELATIVES

| a. NAME (Last - First - Middle) | b. DEPN NO | DEPN YES | c. DATE OF BIRTH | d. PLACE OF BIRTH | PRESENT ADDRESS | CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER Lucas Willie Anthony | X | | [redacted] | Oakland, North Carolina | DESEASED | U.S. |
| MOTHER (Maiden Name) Ellis, Carolyn Bell | X | | [redacted] | Newton, MS. | [redacted] | U.S. |
| SPOUSE (Maiden Name) NA | | | | | | |
| CHILDREN None | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHERS (Brothers, Sisters, etc.) Lucas LaTonya Willie | | | [redacted] | Newton, MS. | [redacted] | U.S |
| (SIS) Moore Latricia [illegible] | X | | [redacted] | Meridian, MS. | [redacted] | U.S. |

RELATIVES AND FRIENDS LIVING IN FOREIGN COUNTRIES (List anyone with whom you had or have a close relationship who lives in a foreign country.)

| a. NAME | b. RELSHIP | c. AGE | d. OCCUPATION | e. ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |

OFFICIAL RECORD COPY

1468

LAST NAME: Lucas [redacted]

**SECTION IV – OTHER BACKGROUND DATA (Continued from page 3)**

| 33. MEMBERSHIP IN YOUTH PROGRAMS | NO | YES |
|---|---|---|
| Have you ever been enrolled in an ROTC, Junior ROTC, or Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(Optional entry - you may be entitled to a higher enlistment grade based on that membership and participation. If "yes", enter organization and its address in item 37.)* | Evl | |

| 34. DECLARATIONS *(Answer by placing your initials in the appropriate block; explain "yes" answers in item 37, "REMARKS".)* | NO | YES |
|---|---|---|
| a. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | Evl | |
| b. Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | Evl | |
| c. Are you now drawing, or do you have an application pending, or approval for: Retired pay, disability allowance, severance pay, or a pension from the Government of the United States? | Evl | |
| d. Are you a conscientious objector? That is, do you now have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | Evl | |
| e. Are you the only living child of your parents? | Evl | |
| f. Have you been a draft evader or participated in an amnesty program? | Evl | |
| g. Do you now have, or have you had within the past ten years, knowing membership with the specific intent of furthering the aims of, or adherence to, and active participation in any foreign or domestic organization or association or movement or group or combination of persons which unlawfully advocates or practices the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or the Laws of the United States, or of any State, or which seeks to overthrow the Government of the United States or subdivision thereof by unlawful means? *(If "yes", give the name(s) of the organization(s) and inclusive dates of your membership in item 37.)* | Evl | |
| h. Have you ever visited a foreign country except as a member of the United States Armed Forces performing official duties? *(If "yes", give year and month, country visited and purpose of travel in item 37.)* | Evl | |
| i. Have you ever worked for a foreign government? *(If "yes", give dates of employment, name of the government you worked for, and description and location of your duties in item 37.)* | Evl | |

| 35. UNDERSTANDINGS | INITIALS |
|---|---|
| a. I UNDERSTAND THAT IF I AM REJECTED FOR ENLISTMENT BECAUSE OF A DISQUALIFICATION THAT I HAVE CONCEALED, I MAY NOT BE PROVIDED RETURN TRANSPORTATION FROM THE PLACE OF EXAMINATION TO MY HOME. | Evl |
| b. I UNDERSTAND THAT ~~IF I HAVE NOT REACHED MY 26th BIRTHDAY~~, AN ORIGINAL ENLISTMENT OBLIGATES ME TO SERVE IN THE ARMED FORCES FOR A PERIOD OF ~~SIX (6)~~ Eight 8 YEARS *(ACTIVE AND RESERVE)* UNLESS SOONER DISCHARGED. | Evl |

**36. CHARACTER AND SOCIAL ADJUSTMENT**

*(Read and consider the following instructions carefully BEFORE answering questions a through f on top of page 5.)*

1. If your answer to every question is truthfully "NO", initial in the appropriate space.

2. You are not required to answer or explain your responses to these questions in writing if your answer is "YES" or you have reservations about answering questions of this nature. Instead, you may request a personal interview in which you may provide the required information for each question orally.

a. If you choose the personal interview, the information you give may be investigated; however, any written record of the interview itself will not be retained more than six months after your entry on active duty and will not become a part of your permanent military personnel service record.

b. This information may be requested from you again at some future date if you enlist and may become a part of your security investigative file at that time. This could occur as a result of your being considered for duties involving access to classified information or other types of duty requiring a personnel security investigation.

3. A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation involved.

INITIAL HERE IF YOU PREFER A PERSONAL INTERVIEW: ________

**DO NOT WRITE IN THIS BLOCK — TO BE COMPLETED BY INTERVIEWER**

APPLICANT HAS BEEN INTERVIEWED AND IS

☐ ELIGIBLE FOR ENLISTMENT ☐ INELIGIBLE FOR ENLISTMENT

| DATE OF INTERVIEW | GRADE, NAME, ORG & TITLE OF INTERVIEWER | SIGNATURE OF INTERVIEWER |
|---|---|---|
| | | |

1469

LAST NAME: Lucas [redacted]

**SECTION IV - OTHER BACKGROUND DATA (Continued from page 4)**

| | NO | YES |
|---|---|---|
| a. Have you ever taken any narcotic substance, sedative, stimulant, or tranquillizer drugs, except as prescribed by a licensed physician? | X | X |
| b. Have you ever intentionally sniffed glue, paint, airspray, or other chemical fumes? | X | X |
| c. Have you ever been involved in the use, purchase, possession, or sale of marijuana, LSD, or any other harmful or habit-forming drugs and/or chemicals, except as prescribed by a licensed physician? | X | X |
| d. Has your use of alcoholic beverages (such as liquor, beer, wine) ever resulted in the loss of a job, arrest by police, or treatment for alcoholism? | Evf | |
| e. Have you ever been a patient (whether or not formally committed) in any institution primarily devoted to the treatment of mental, nervous, emotional, psychological, or personality disorders? | Evf | |
| f. Have you ever engaged in homosexual activity (sexual relations with another person of the same sex)? | Evf | |

**INVOLVEMENT WITH POLICE OR JUDICIAL AUTHORITIES**

YOUR ANSWERS TO THE FOLLOWING QUESTIONS WILL BE VERIFIED WITH THE FEDERAL BUREAU OF INVESTIGATION (FBI) AND OTHER AGENCIES TO DETERMINE ANY PREVIOUS RECORDS OF ARREST OR CONVICTIONS OR JUVENILE COURT ADJUDICATIONS. IF YOU CONCEAL SUCH RECORDS AT THIS TIME, YOU MAY, UPON ENLISTMENT, BE SUBJECT TO DISCIPLINARY ACTION AND/OR DISCHARGE/SEPARATION FROM THE MILITARY SERVICE WITH OTHER THAN AN HONORABLE DISCHARGE.

*(Answer by placing your initials in the appropriate block.)*

| | NO | YES |
|---|---|---|
| a. Have you ever been arrested, charged, cited (*including traffic violations*) or held by any law-enforcement or juvenile authorities in the United States or in a foreign country regardless of whether the citation or charge was dropped or dismissed or you were found not guilty? | Evf | |
| b. As a result of being arrested, charged, cited, or held by law-enforcement or juvenile authorities, have you ever been convicted, fined, or forfeited bond, or adjudicated a youthful offender or juvenile delinquent (*regardless of whether the record in your case has been "sealed", expunged, or otherwise stricken from the court record*)? | Evf | |
| c. Have you ever been detained, held in, or served time in, any jail or prison or reform or industrial school or any juvenile facility or correctional institution in the United States or in a foreign country? | Evf | |
| d. Have you been released from parole, probation, juvenile supervision, or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? | Evf | |
| e. Are you now involved in, or a party to, or connected with, any court action or civil suit? (*Explain a "yes" answer in item 37.*) | Evf | |

f. Explain below "yes" answers given in "a" through "d" above. (*Include all incidents with law-enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.*)

| OFFENSE (1) | DATE (2) | PLACE (3) | AGE (4) | DISPOSITION (5) | COURT (6) |
|---|---|---|---|---|---|
| None Evf | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

OFFICIAL RECORD COPY

1470

Lucas [redacted]

SECTION IV - OTHER BACKGROUND DATA (Continued from page 4)

ASVAB 9 ADMINISTERED ON 26SEP84. AFQT: 42 School: 88

GS-40,AR-46,WK-45,PC-54,NO-58,CS-51,AS-42,MK-51,MC-49,EI-37,VE-48

H.J. Barnes
H. J. BARNES, PHC, USN, 427083122
ENLISTED CLASSIFIER FN-2612
MEPS JACKSON, MS

I have seen the movie welcome aboard and drug abuse not in navy navy.

Eric Van Drew Franklin Lucas

ITEM 40, Block 40d, 40b, 40c, CONTINUED: BIRTH CERTIFICATE ISSUED BY MS STATE BOARD OF HEALTH OFFICE OF PUBLIC HEALTH STATISTICS VITAL RECORDS, JACKSON, MS. CERT #123-42846 CERT DATE 12 ___ 1966.

ITEM 40D. CONTINUED: HIGH SCHOOL DIPLOMA ISSUED BY NEWTON HIGH SCHOOL, NEWTON MS. ___ July 1984.

42. I APPLY FOR ___ IN THE FOLLOWING MILITARY SKILLS. I FULLY UNDERSTAND THAT I WILL NOT BE GUARANTEED ANY SPECIFIC MILITARY SKILL OR ASSIGNMENT TO A GEOGRAPHICAL AREA UNLESS IT IS INCLUDED IN SECTION VI OF THIS FORM ___ IN MY DD FORM 4 AND ATTACHED ANNEXES OR IF MY RECRUITER LISTED IT IN ITEM 37 ABOVE.

OFFICIAL RECORD COPY

1472

LUCAS [redacted]

SECTION VI - [illegible] (Continued from page 3)

ITEM 37 DD FORM 1966 CONTINUED:

ITEM 40b, CONTINUED: DEATH CERTIFICATE ISSUED BY MS. STATE BOARD OF HEALTH OFFICE OF PUBLIC HEALTH STATISTICS VITAL RECORDS JACKSON MS. FILE # 08217 FILE DATE 25 August 1968

DD FORM 369 REQUESTED 26 SEPTEMBER 1984 FROM JUVENILE AUTHORITIES, CHIEF OF POLICE, SHERIFF'S DEPARTMENT, NEWTON COUNTY, NEWTON MS., STATE POLICE OF MS., MERIDIAN, MS.
Applicant Shipped 20 NOV 84 ~~without Authorizing Agency.~~ All PREV REC'D.

ITEM 46b,
My Name is Carolyn Lucas Means, my son Eric Lucas. My Name is different from his last Name, because I remarried May 19[illegible].

Carolyn Lucas Means

Page 2 of 2 Pages

[illegible] I AM [illegible] IN THE FOLLOWING MILITARY SKILLS. I FULLY UNDERSTAND THAT I WILL NOT BE GUARANTEED ANY SPECIFIC MILITARY SKILL OR ASSIGNMENT TO A GEOGRAPHICAL AREA UNLESS IT IS INCLUDED IN SECTION VI OF THIS FORM [illegible] IN MY DD FORM 4 AND ATTACHED ANNEXES OR IF MY RECRUITER LISTED IT IN ITEM 37 ABOVE.

OFFICIAL RECORD COPY

1472

LAST NAME: Lucas | SSN: [redacted]

**SECTION V – CERTIFICATIONS**

I CERTIFY THAT THE INFORMATION GIVEN BY ME IN THIS DOCUMENT IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT I AM BEING ACCEPTED FOR ENLISTMENT BASED ON THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT; THAT IF ANY OF THE INFORMATION IS KNOWINGLY FALSE OR INCORRECT, I COULD BE TRIED IN A CIVILIAN OR MILITARY COURT AND COULD RECEIVE A LESS THAN HONORABLE DISCHARGE WHICH COULD AFFECT MY FUTURE EMPLOYMENT OPPORTUNITIES.

(Your signature in this block must be witnessed by your recruiter.)

| a. DATE SIGNED | b. NAME OF APPLICANT (Type or print) | c. SIGNATURE OF APPLICANT |
|---|---|---|
| [redacted] | ERIC VAN DREW FRANKLIN LUCAS | Eric Van Drew Franklin Lucas |

DATA VERIFICATION BY RECRUITER (Enter a description of the actual documents used to verify data below.)

| | | |
|---|---|---|
| a. NAME: "SEE ITEM 37" | b. [illegible]: ITEM 37 | c. CITIZENSHIP: SEE ITEM 37 |
| d. EDUCATION: "SEE ITEM 37" | e. SOCIAL SECURITY ACCOUNT NUMBER: [illegible] | |
| f. PRIOR MILITARY SERVICE: None | g. OTHER (Specify): SEE ITEM 37 | |

I CERTIFY THAT I HAVE WITNESSED APPLICANT'S SIGNATURE ABOVE AND THAT I HAVE VERIFIED THE DATA IN SECTIONS I, III, AND IV OF THIS DOCUMENT AND THE DOCUMENTS LISTED ABOVE AS PRESCRIBED BY MY DIRECTIVES. I FURTHER CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES OTHER THAN THOSE LISTED AND SIGNED BY ME IN ITEM 37. I UNDERSTAND MY LIABILITY TO TRIAL BY COURTS-MARTIAL UNDER THE UNIFORM CODE OF MILITARY JUSTICE SHOULD I EFFECT OR CAUSE TO BE EFFECTED THE ENLISTMENT OF ANYONE KNOWN BY ME TO BE INELIGIBLE FOR ENLISTMENT.

| a. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION (Type or print) | c. SIGNATURE OF RECRUITER |
|---|---|---|
| 26 SEPT 1984 | SAMUEL WILLIAMS [illegible] STN 0427 | Samuel Williams |

**SECTION VI – ENLISTMENT OPTIONS ACCEPTED**

(COMPLETED BY GUIDANCE COUNSELOR, [illegible] LIAISON NCO, ETC., AS SPECIFIED BY SPONSORING SERVICE)

| a. ENL COMP | b. GRADE/RANK | c. DATE OF RANK | d. TERM ENL |
|---|---|---|---|
| USNR | [illegible] | 840927 | 8 |

| e. [illegible] | f. PAYGRADE | g. WAIVER CODE | h. OPT ANAL | i. PROG ENL FOR |
|---|---|---|---|---|
| [illegible] | | YYY | [illegible] | [illegible] |

j. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Write in clear text English)

PRIDE CONTROL NUMBER: [illegible]

PROGRAM: SEA AND AIR MARINER/[illegible] APPRENTICESHIP TRAINING ON-THE-JOB TRAINING [illegible]

SHIP DATE/PLACE: [illegible] RTC GREAT LAKES, IL

I CERTIFY THAT I HAVE EXAMINED ALL INFORMATION CONTAINED IN THIS DOCUMENT AND, TO THE BEST OF MY JUDGMENT AND BELIEF, APPLICANT FULFILLS ALL LEGAL AND POLICY REQUIREMENTS FOR ENLISTMENT. I ACCEPT [illegible] ON BEHALF OF THE UNITED STATES NAVY AND CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES EXCEPT AS LISTED IN ITEM 43j ABOVE. I FURTHER CERTIFY THAT SERVICE REGULATIONS GOVERNING SUCH ENLISTMENT HAVE BEEN STRICTLY COMPLIED WITH AND ANY [illegible] TO EFFECT APPLICANT'S ENLISTMENT HAVE BEEN SECURED AND ARE ATTACHED TO THIS DOCUMENT.

| a. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION (Type or print) | c. SIGNATURE OF [illegible] |
|---|---|---|
| [illegible] | C P PORTILLAS [illegible] USN 537566262 [illegible] | C P Portillas |

**SECTION VII – [illegible] PROCESSING**

(COMPLETED BY ARMED [illegible] INTERVIEWER)

[illegible] INTERVIEW COMPLETED ON 27 Sep 84. ADDITIONAL INFORMATION

☒ WAS NOT DISCLOSED. ☐ WAS DISCLOSED AND REPORTED TO THE SPONSORING SERVICE REPRESENTATIVE.

| a. DATE SIGNED | b. [illegible] | c. SIGNATURE OF [illegible] |
|---|---|---|
| 27 Sep 84 | [illegible] JACKSON, MS [illegible] | [illegible] |

DD FORM 1966/4, 1 SEP 79 (previous editions replacement note illegible) PAGE 7

1473

| LAST NAME | SSAN |
|---|---|
| Lucas | [redacted] |

**SECTION VIII – RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

44. I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT THIS DATE; THAT INFORMATION IS STILL CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. IF CHANGES WERE REQUIRED, THE ORIGINAL ENTRY HAS BEEN MARKED "SEE VIII" AND THE CORRECT INFORMATION IS PROVIDED BELOW.

| a. QUESTION | b. CHANGE REQUIRED |
|---|---|
| 28A | CH PRES TO NOV84. |
| | |
| | |
| | |

| c. GRADE, NAME, & SSAN OF WITNESS (Type or print) | d. SIGNATURE OF APPLICANT | e. DATE |
|---|---|---|
| PN1 C P PONTILLAS USN 537544262 | Eric von Drew Franklin Lucas | |
| f. SIGNATURE OF WITNESS: C P Pontillas | ERIC VAN DREW FRANKLIN LUCAS | 841126 |

**SECTION IX – PARENTAL/GUARDIAN CONSENT FOR ENLISTMENT**

45. a. I/WE CERTIFY THAT Eric Van Drew Franklin Lucas HAS NO OTHER LEGAL GUARDIAN OTHER THAN ME/US AND I/WE CONSENT TO HIS/HER ENLISTMENT IN THE UNITED STATES Navy. I/WE CERTIFY THAT *NO PROMISES OF ANY KIND* HAVE BEEN MADE TO ME/US CONCERNING ASSIGNMENT TO DUTY, TRAINING OR PROMOTION DURING HIS/HER ENLISTMENT *AS AN INDUCEMENT* TO ME/US TO SIGN THIS CONSENT. I/WE HEREBY AUTHORIZE THE ARMED FORCES REPRESENTATIVES CONCERNED TO PERFORM MEDICAL EXAMINATIONS, OTHER EXAMINATIONS REQUIRED, AND TO CONDUCT RECORDS CHECKS TO DETERMINE HIS/HER ELIGIBILITY. I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGE OR COMPENSATION FOR SUCH SERVICE.

b. *FOR ENLISTMENT IN A RESERVE COMPONENT:* I/WE UNDERSTAND THAT, AS A MEMBER OF A RESERVE COMPONENT, HE/SHE MUST SERVE MINIMUM PERIODS OF ACTIVE DUTY FOR TRAINING UNLESS EXCUSED BY COMPETENT AUTHORITY. IN THE EVENT HE/SHE FAILS TO FULFILL THE OBLIGATIONS OF HIS/HER RESERVE ENLISTMENT, HE/SHE MAY BE RECALLED TO ACTIVE DUTY AS PRESCRIBED BY LAW. I/WE FURTHER UNDERSTAND THAT WHILE HE/SHE IS IN THE READY RESERVE, HE/SHE MAY BE ORDERED TO EXTENDED ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS OR THE PRESIDENT OR WHEN OTHERWISE AUTHORIZED BY LAW.

c. I/WE CERTIFY THAT HIS/HER BIRTHDAY IS November 23 1966

| 46a. NAME OF WITNESS (Type or print) | b. NAME OF PARENT (Type or print) | c. DATE |
|---|---|---|
| Samuel Williams, NC2, USN | Carolyn Lucas Moore | 26Sep84 |
| d. SIGNATURE OF WITNESS: Samuel Williams | e. SIGNATURE OF PARENT: Carolyn L. Moore | |
| f. NAME OF WITNESS (Type or print): NA | g. NAME OF PARENT (Type or print): NA | h. DATE |
| i. SIGNATURE OF WITNESS: NA | j. SIGNATURE OF PARENT: NA | NA |

47. VERIFICATION OF SINGLE SIGNATURE CONSENT: SEE ITEM 37

**SECTION X – STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS**

48. IF THE PREFERRED ENLISTMENT NAME *(name given in block 2)* IS NOT THE SAME AS ON YOUR BIRTH CERTIFICATE AND IT HAS NOT BEEN CHANGED BY LEGAL PROCEDURE PRESCRIBED BY STATE LAW, COMPLETE THE FOLLOWING:

a. ERIC VANDREW FRANKLIN LUCAS
*(Enter name as shown on your Birth Certificate)*

b. I HEREBY STATE THAT I HAVE NOT CHANGED MY NAME THROUGH ANY COURT OR OTHER LEGAL PROCEDURE. THAT I PREFER TO USE THE NAME OF ERIC VAN DREW FRANKLIN LUCAS BY WHICH I AM KNOWN IN THE COMMUNITY AS A MATTER OF CONVENIENCE AND WITH NO CRIMINAL INTENT. I FURTHER STATE THAT I AM THE SAME PERSON AS THE PERSON WHOSE NAME IS SHOWN IN BLOCK 2.

c. MY SOCIAL SECURITY ACCOUNT NUMBER REFLECTS THE NAME. ERIC V LUCAS

| d. GRADE & NAME OF WITNESS (Type or print) | e. SIGNATURE OF APPLICANT | f. DATE |
|---|---|---|
| PN1 C. P. PONTILLAS | Eric von Drew Franklin Lucas | 840927 |
| g. SIGNATURE OF WITNESS: C P Pontillas | | |

OFFICIAL RECORD COPY

1474

[illegible]
[illegible]
This form is affected by the Privacy Act of 1974. See Section VIII of this form for Privacy Act statement.

I. INTRODUCTION

Drug abuse by Navy personnel is prohibited. The purpose of this certificate is to obtain information which will help you and the Navy determine your [illegible] and program eligibility. You should be completely honest in completing this certificate. If you are truthful now, no action can or will be taken against you as the result of any information you may reveal. Your statement will be used only by the Navy and will not be released to any outside agency or person not authorized by you. [illegible] punitive action may be taken [illegible]

II. DEFINITIONS

**Alcohol Abuse.** The use of alcohol to an extent that it has an adverse effect on the user's health or behavior, family, community, or the Navy, or leads to unacceptable behavior as evidenced by an alcohol-related incident (or incidents).

**Alcohol/Drug Dependence.** Having a psychological and/or physiological reliance on alcohol or drugs resulting from use on a periodic or continuing basis. (See also "Physical/Psychological Dependence.")

**Alcohol-related Incident.** Any incident in which alcohol is a factor. Examples include driving while intoxicated (DWI), driving under the influence (DUI), drunk-in-public and other types of alcohol-related incidents, particularly those requiring medical care, or involving a public or domestic disturbance.

**Alcoholic.** An individual who is alcohol dependent.

**Depressants.** Sedative-hypnotic drugs of diverse chemical structure, all capable of inducing varying degrees of behavioral depression. Depending on dose, can cause sedative, tranquilizing, hypnotic (sleep) or anesthetizing effect. Most common categories of depressants include barbiturates (e.g., phenobarbital, secobarbital), tranquilizers or the benzodiazepines and methaqualone.

**Drug Abuse.** Any illicit use or possession of drugs.

**Drug Abuser.** One who has illicitly used, or possessed, any narcotic substance, marijuana, or other drug.

**Drugs.** Marijuana, narcotics and all other controlled substances as listed in Schedules I-V established by Section 202 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Title 21, U.S.C. Section 812 as updated and republished under the provisions of the Act.

**Drug Trafficking (Dealing).** The wrongful distribution (includes sales or transfer) of a controlled substance, and/or the wrongful possession or introduction into a military unit, base, station, ship, or aircraft of a controlled substance with the intent to distribute.

**Hallucinogens/Psychedelics.** A group of diverse, heterogeneous compounds all with the ability to induce visual, auditory, or other hallucinations and to separate the individual from reality. Depending on substance and dose, can cause disturbances in cognition and perception. Most common categories are: LSD; mescaline and peyote; psilocybin; and psychedelic amphetamine variants (STP, MDA). Although a unique drug, for purposes of this certificate phencyclidine (PCP) will be included in this general designation.

[illegible] A TO DD FORM 1966 [illegible] 84-09-26.

OFFICIAL RECORD COPY

1412

1475

DOD ALCOHOL AND DRUG ABUSE SCREENING CERTIFICATE - Page 2
NAVCRUIT 1130/7 (Rev. 11/81)

DEFINITIONS (continued)

**Marijuana.** Any intoxicating product of the hemp plant, cannabis (including hashish), or any synthesis thereof. For purpose of this certificate the term marijuana and cannabis are used interchangeably.

**Narcotics.** Any opiate or opiate derivatives, including their synthetic equivalents. Included as opiates are morphine, codeine, heroin, Methadone, Demerol, Percodan, Darvon, etc.

**Physical/Physiological Dependence.** An alteration to an individual's physiology or state of adaptation to a drug or alcohol that manifests itself in continued use, the development of tolerance, leads to a state of impaired capability to perform normal functions, and results in withdrawal symptoms when the drug is discontinued abruptly.

**Psychological Dependence.** The craving or need for the mental or emotional effects of a drug that manifests itself in repeated use and leads to a state of impaired capability to perform normal functions.

**Stimulant.** Widely diverse category made up of central nervous system stimulant drugs that increase the behavioral activity of an individual. Most common categories of abused stimulants include cocaine and amphetamines.

III. CERTIFICATION

Immediately before commencement of active duty in the Regular Navy or active duty/active duty for training Naval Reserve, all personnel must complete Section V of this certificate.

| IV. CERTIFICATION | INITIALS YES | INITIALS NO |
|---|---|---|
| 1. I have used narcotics; stimulant, depressant, or hallucinogens/psychedelics drugs; (as defined on this certificate). | | EVF |
| 2. I have used marijuana in the past. | | EVF |
| 3. I am presently using marijuana or other drugs. | | EVF |
| 4. I have used stimulant, depressant, or hallucinogens/psychedelics drugs over one year ago. | | EVF |
| 5. I have been convicted of a drug abuse offense. | | EVF |
| 6. I have been convicted of an alcohol related offense. | | EVF |
| 7. I have used stimulant, depressant, or hallucinogens/psychedelics drugs between six months and one year ago. | | EVF |
| 8. I have used stimulant, depressant, or hallucinogens/psychedelics drugs within the past six months. | | EVF |
| 9. I have used narcotics over one year ago. | | EVF |
| 10. I have been psychologically or physically dependent upon drugs or alcohol. | | EVF |
| 11. I have been a trafficker (supplier) of illegal drugs. | | EVF |
| 12. I have used narcotics within the past year. | | EVF |
| | YES | NO |
| I understand that some forms of pre-service drug abuse (use) may be waiverable. I request an individual evaluation for waiver consideration. | | EVF |

| Typed/printed Name of Applicant (Last, first, middle) | SSN |
|---|---|
| LUCAS ERIC VAN DREW FRANKLIN | [redacted] |

OFFICIAL RECORD COPY

**USN ALCOHOL AND DRUG ABUSE SCREENING CERTIFICATE - Page 3**
NAVCRUIT 1133/7 (Rev. 12/84)

Knowing and understanding all the information contained above, and realizing that this document will be used to determine my enlistment and program eligibility, I hereby state that the above information as to my previous alcohol and drug involvement is true and complete to the best of my knowledge. I will not abuse any illegal drugs or controlled substances while in the service of my country. I certify that I have completed this form honestly, without concealing any information, and of my own free will.

| Date | Typed/printed Name of Applicant and SSN | Signature |
|---|---|---|
| 26 SEPT 1994 | ERIC VAN DREW FRANKLIN LUCAS [illegible] | Eric Van Drew Franklin Lucas |

RECRUITER (AND WITNESSES): I certify that the above individual signed this certificate of his/her own free will after telling me/us his/her answers are true.

| Date | Typed/printed Name of Recruiter (and Witnesses) and Title | Signature(s) |
|---|---|---|
| 26 SEPT 1994 | SAMUEL WILLIAMS, AC1, USN | Samuel Williams |
| | (witnesses) | Signature |
| 26 SEPT 1994 | MICHAEL J ROBINSON AOU2 USN | Michael J. Robinson |

V. RECERTIFICATION. Pre-service alcohol and drug abuse recertification for personnel enlisting Regular Navy or entering ACDU/ACDUTRA Naval Reserve from the Delayed Entry Program and/or completing enlistment processing.

| | | INITIALS YES | INITIALS NO |
|---|---|---|---|
| 1. | I have reread and fully understand all the information contained in the USN Alcohol and Drug Abuse Screening Certificate. | EVFL Yes | |
| 2. | I hereby state that there has been no change in my status since I provided original drug abuse information on ... DATE OF ORIGINAL INFORMATION 26SEP94 | EVFL | |
| 3. | I request an individual evaluation. | | EVFL |
| 4. | I recertify that I have completed this form honestly, without concealing any information, and of my own free will. | EVFL | |

| Date | Typed/printed Name of Enlistee and SSN | Signature |
|---|---|---|
| 941126 | ERIC VAN DREW FRANKLIN LUCAS [redacted] | Eric van Drew Franklin Lucas |

MEPS LIAISON P.O. (AND WITNESSES): I certify that the above individual signed this certificate of his/her own free will after telling me/us the answers in this section are true.

| Date | Typed/printed Name of MEPS LPO (and witnesses) and Title | Signature(s) |
|---|---|---|
| 941126 | C P FONTILLAS PN1 USN MLPO | C Fontillas |
| | (witnesses) | Signature |
| 941126 | D L BLISSETT YN2 USN PROCESSOR | DL Blissett |

VI. PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER INFORMATION

PRE-SERVICE ALCOHOL AND DRUG ABUSE WAIVER (check one) ☐ REQUIRED ☒ NOT REQUIRED

| Date | Typed/printed Name of Recruiter and SSN | Signature |
|---|---|---|
| 26 SEPT 1994 | SAMUEL WILLIAMS, [illegible] | Samuel Williams |

OFFICIAL RECORD COPY

1456

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Sections 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071, through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and in Executive Orders 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U. S. Armed Forces. This information becomes a part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U. S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U. S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U. S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

**A. ENLISTEE / REENLISTEE IDENTIFICATION DATA**

1. NAME *(Last, First, Middle)*: LUCAS ERIC VAN DREU FRANKLIN

2. SOCIAL SECURITY NUMBER: [redacted]

3. HOME OF RECORD *(Street, City, State, ZIP Code)*: [redacted] MS 39345

4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil. Installation, City, State)*: JACKSON MEPS MS

5. DATE OF ENLISTMENT/REENLISTMENT *(YYMMDD)*: 84 SEP 27

6. DATE OF BIRTH *(YYMMDD)*: [redacted]

| 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | | | |
| b. Total Inactive Military Service | | | 3 |

**B. AGREEMENTS**

8. I am enlisting/reenlisting in the United States *(list branch of service)* NAVAL RESERVE this date for 8 years and ____ weeks beginning in paygrade E-1. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A & B.

a. **FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):** I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* ____ for enlistment in the Regular component of the United States *(list branch of service)* ____ for not less than ____ years and ____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is creditable for pay purposes upon entry into a pay status. I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any change in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state)* THE 8-YEAR SERVICE OBLIGATION STIPULATED IN ITEM 10A, REVERSE SIDE, IS APPLICABLE TO PERSONS WHO INITIALLY ENTER INTO THE ARMED FORCES ON OR AFTER 1 JUNE 1984.

OFFICIAL RECORD COPY

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.

*(Initials of Enlistee/Reenlistee)* SVL

*(Continued on reverse side.)*

DD Form 4/1, 84 FEB *Previous editions are obsolete.*

1923

1457

**B. PARTIAL STATEMENT OF ... UNITED STATES LAWS**

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces REGARDLESS of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES/REENLISTEES IN THE NAVY OR MARINE CORPS:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** This form registers me under the Military Selective Service Act. The Department of Defense may transmit information from my personnel records, including name, social security number, birthdate, and address to the Selective Service System to meet registration and information reporting requirements.

DD Form 4/1 Reverse, ...

1/2

1458

| NAME OF ENLISTEE/REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| LUCAS ERIC VAN DEEN FRANKLIN JR | [redacted] |

## C. CERTIFICATION AND ACCEPTANCE

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: (If none, X "NONE" and initial)

[X] NONE ______ (Initials of enlistee / reenlistee)

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED (YYMMDD) |
|---|---|
| Eric Van Deen Franklin Lucas | 84 SEP 27 |

14a. On behalf of the United States (the branch of service) NAVY

I accept this applicant for enlistment. I have witnessed the signature in item 13b of this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

### SERVICE REPRESENTATIVE INFORMATION

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| PONTILLAS C P | E-6 | NAVY RECRUITING DISTRICT |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT/COMMAND ADDRESS (City, State, ZIP Code)** |
| [signature] | 84 SEP 27 | MEMPHIS TN 38103 |

## D. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):

I, ERIC VAN DEEN FRANKLIN LUCAS, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

16. IN THE NATIONAL GUARD (ARMY OR AIR):

I, ______, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations. So help me God.

17. IN THE NATIONAL GUARD (ARMY OR AIR):

I do hereby acknowledge to have voluntarily enlisted/reenlisted this ______ day of ______ 19____ in the ______ National Guard and as a Reserve of the United States (the branch of service) ______ with membership in the ______ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED (YYMMDD) |
|---|---|
| Eric Van Deen Franklin Lucas | 84 SEP 27 |

19a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

### ENLISTMENT / REENLISTMENT OFFICER INFORMATION

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| [illegible] | O-2 | JACKSON MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT/COMMAND ADDRESS (City, State, ZIP Code)** |
| [signature] | 84 SEP 27 | JACKSON MS [illegible] |

Previous editions are obsolete.

CHECKED RECORD

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-82)

ENLISTMENT REMARKS TO BE NAVY LIAISON MEPS JACKSON, MS

**APPRENTICESHIP TRAINING PROGRAM GUARANTEE (CONSECUTIVE TRAINING)**

27MAR04 : I am enlisting into the Naval Reserve in the Sea and Air Mariner (SAM) Program. I understand that my Initial Active Duty for Training (IADT) will consist of approximately 9 weeks of recruit training, followed by my guaranteed assignment to a AIRMAN Apprenticeship Training course. My recruit training class is scheduled to begin 28MAR04. I must at all times meet the physical qualifications of the Navy.

a. If I have withheld information which I knew and did not include on my Application for Enlistment (DD Form 1966), I may be separated from the Naval Reserve, based on the needs of the Naval Reserve.

b. If I become ineligible for Naval Reserve service because of a personal fact(s) which I did not know, or which I knew and included in my application for enlistment, I will be honorably discharged from the Naval Reserve.

c. If I become ineligible because of disciplinary reasons or failure to meet the Navy's academic or professional standards, during any phase of my training, I will be made available for general assignment as the needs of the Naval Reserve require.

C. P. FONTENOT, PO1, USN
NAVY LIAISON MS DETACHMENT
Signature of Enlisting Officer

ERIC VON DREW FRANKLIN LUCAS
Signature in Full of Enlistee

OFFICIAL RECORD COPY

ANNEX A TO DD FORM 4 DATED 27MAR04

LUCAS, ERIC VON DREW FRANKLIN [redacted]

1460

[illegible]

[illegible]

ACKNOWLEDGEMENT: In connection with my enlistment in the Naval Reserve under the [illegible] Incentive Program, I hereby acknowledge that:

1. I meet the eligibility criteria as follows.

a. I have not served 180 days or more of consecutive active duty/active duty for training.

b. I meet one or more of the following qualifications:

(1) I am a High School Diploma Graduate (HSDG) of a secondary school or am currently attending a secondary school in the senior year or have completed requirements for Senior status (which includes Juniors who have been verified by a school official to be eligible for Senior status upon completion of current school year) and expect to graduate with a diploma.

(2) I have completed all requirements for HSDG status at midyear and have obtained a certificate of graduation, a final transcript, a statement of completion, or a letter dated and signed by the principal, vice principal or custodian of records which states that I am a high school graduate.

(3) I have been accepted by an accredited college for full-time attendance and have successfully completed at least one semester (15 semester hours or 22.5 quarter hours) and have obtained an official transcript of credits dated and signed by the registrar or custodian of records.

(4) I have graduated from an accredited secondary or post secondary technical/vocational school.

c. I have been classified as Test Score Category (AFQT Category) I, II or III.

d. I am not obligated for voluntary assignment in full-time training duty or Active Duty for Training (ACDUTRA) [illegible] in excess of 90 days in support of the Reserve Program.

e. I am enlisting into the Selected Reserve to be trained in the rating of [illegible] which is approved for bonus/educational [illegible] and agree to serve my entire initial enlistment term in that rating unless removed from it for the Convenience of the Government, to include normal career progression.

Applicant's Initial

[illegible]

ORIGINAL RECORD COPY

f. I am not selected for an optional active duty enlistment program.

g. I am selecting the enlistment incentive option as follows (knowing that only one may be selected).

(1) Enlistment Bonus ____ (initial).

(2) Educational Assistance NA ____ (initial).

2. I incur the obligations of this enlistment as follows:

a. I enlist for a period of eight (08) years.

b. I will serve satisfactorily, as prescribed by the regulations of the Naval Reserve, the complete six year term in the Selected Reserve of the Naval Reserve according to my DD Form 4 and my written agreement, and in the rating for which enlisted, unless excused for the convenience of the Government.

3. I will receive an enlistment incentive as follows (initial one subparagraph only):

a. Enlistment Bonus ____ (initial) with an initial payment of $1,000.00 (one half of total bonus) upon satisfactory completion of IADT, including military occupational specialty qualification or sufficient training to be deployable; and subsequent payment(s) of $500.00 at the satisfactory completion of 4 & 6 year (prorate anniversary payments). In the event that I elect to convert from the Enlistment Bonus to Educational Assistance, payments made under the Enlistment Bonus will be deducted from payments made under Educational Assistance and an amended agreement signed.

b. Educational Assistance NA (initial) which provides for educational expenses, including tuition, fees, books, laboratory fees and shop fees for consumable material used as part of classroom or shop instruction, until I complete a course of instruction up to a baccalaureate degree or the equivalent evidence of completion of study in a non-degree program. The amount of Educational Assistance may not exceed $1,000 in any 12 month period nor a total of $4,000. In the event that I terminate Educational Assistance, have received less than the total amount of the Enlistment Bonus for my specialty and otherwise meet the eligibility criteria established for the Enlistment Bonus, I am eligible for payment under the Enlistment Bonus. The amount of the Enlistment Bonus payment will be based on the difference between that received in Educational Assistance and the total amount of the Enlistment Bonus payable so that the bonus received does not exceed the 6 year cumulative bonus for enlistment. I will sign an amended agreement if I elect to convert to the Enlistment Bonus. I understand that administrative support personnel at the Naval Reserve activity to which I am assigned will assist me in the preparation of the amended agreement.

[redacted]

RECORD COPY

1482

4. In the event that my entitlement to an enlistment incentive is terminated for any reason prior to fulfillment of my contract and obligation, I will not be eligible to receive any further bonus payments or educational assistance.

a. Enlistment Bonus. If such termination is for unsatisfactory participation, separation from the Selected Reserve as an enlisted person for any reason (including enlistment or voluntary recall into the Active Forces) other than to accept an immediate appointment as an officer in the Ready Reserve (if accepting an immediate appointment as an officer in the Ready Reserve, recoupment is required if less than one year of the term has been served); or if I move out of my bonus-qualified rating, unless expressly directed by the Navy, I will refund a pro rata amount to the Government. The refund will be computed as follows:

(1) The number of months I served satisfactorily during the initial enlistment period for which the bonus was paid will be multiplied by (total amount of the bonus divided by 72 months).

(2) That amount will be subtracted from the total amount of bonus paid to me (initial) and any subsequent payments.

(3) If the calculation indicates overpayment to me, I will refund that amount to the Government of the United States.

If the calculation indicates that I have earned more than I have been paid at the pro rata share, I will receive a final payment in that amount.

b. Educational Assistance. If such termination is for unsatisfactory participation, or if I move out of my educational assistance-qualified rating, unless expressly directed by the Navy, I will refund a portion of the amount (not to exceed 100%) of the Educational Assistance received to date, calculated as follows: The number of months of obligated service remaining on my contractual term of service divided by the total number of months of obligated service according to my term of enlistment will be multiplied by the total amount of educational assistance I have received to date.

5. If I incur a period of authorized non-availability, I will extend my period of enlistment in the Ready Reserve in order to be able to serve the full contract period in the Selected Reserve. I will not be eligible for subsequent payments during the period of non-availability. Entitlement to subsequent payments will resume on the anniversary date of satisfactory, creditable Selected Reserve service, as appropriate.

UNDERSTANDING. I have read and understand each of the statements above and the statements contained in DD Form 4 (if applicable) signed by me, and understand that they are intended to constitute all promises or agreements

(Page 3 of 4)

Applicant Initial

[redacted]

1463

[illegible]

[illegible]

whatsoever concerning my enlistment. Any other promise, representation, or commitment made to me in connection with my enlistment is written below in my own handwriting or is hereby waived (if none, write "None").

None

AUTHENTICATION

C. P. Fontillas (signature) — Eric von Drew Franklin Lucas (signature)

C. P. FONTILLAS, PO1, USN
NAVY LIAISON IN DIRECTION
SIGNATURE OF ENLISTING OFFICER/DATE

ERIC VON DREW FRANKLIN LUCAS
SIGNATURE OF ENLISTEE

27SEP94
DATE

OFFICIAL RECORD COPY



ANNEX B TO DD FORM 4 DEP 27SEP

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Sections 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071, through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and Executive Orders 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U. S. Armed Forces. This information becomes part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U. S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U. S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U. S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

**A. ENLISTEE / REENLISTEE IDENTIFICATION DATA**

| | |
|---|---|
| 1. NAME *(Last, First, Middle)*: LUCAS ERIC VAN DREW FRANKLIN | 2. SOCIAL SECURITY NUMBER: [redacted] |
| 3. HOME OF RECORD *(Street, City, State, ZIP Code)*: [redacted] | 4. PLACE OF ENLISTMENT / REENLISTMENT *(Mil. Installation, City, State)*: JACKSON MEPS JACKSON MS 39201-4417 |

| 5. DATE OF ENLISTMENT/ REENLISTMENT *(YYMMDD)* | 6. DATE OF BIRTH *(YYMMDD)* | 7. PREVIOUS MIL SVC UPON ENL / REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 88 SEP 30 | [redacted] | a. Total Active Military Service | | | |
| | | b. Total Inactive Military Service | | | |

**B. AGREEMENTS**

8. I am enlisting/reenlisting in the United States *(list branch of service)* NAVAL RESERVE this date for 5 years and ______ weeks beginning in pay grade E-4. The additional details of my enlistment / reenlistment are in Section C and Annex(es) A & B.

a. **FOR ENLISTMENT IN A DELAYED ENTRY ENLISTMENT PROGRAM (DEP):** I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* 0650 89 FEB 01 for enlistment in the Regular component of the United States *(list branch of service)* NAVY for not less than 2 years and ______ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.
*(Initials of Enlistee/Reenlistee)* ELVDF

*(Continued on reverse side.)*



OFFICIAL RECORD COPY

C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

9. FOR ALL ENLISTEES OR REENLISTEES. Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces REGARDLESS of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.

a. FOR ALL ENLISTEES: If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

11. FOR ENLISTEES / REENLISTEES IN THE NAVY OR MARINE CORPS: I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

12. FOR ALL MALE APPLICANTS: This form registers me under the Military Selective Service Act. The Department of Defense may transmit information from my personnel records, including name, social security number, birthdate, and address to the Selective Service System to meet registration and information reporting requirements.



ORIGINAL RECORD COPY

| NAME OF ENLISTEE / REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| LUCAS ERIC VAN DREW FRANKLIN | [redacted] |

**D. CERTIFICATION AND ACCEPTANCE**

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

**I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW:** *(If none, X "NONE" and initial.)* [X] NONE EVDF (Initials of enlistee / reenlistee)

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED (YYMMDD) |
|---|---|
| Eric van Drew Franklin Lucas | 88 SEP 30 |

**14a.** On behalf of the United States *(list branch of service)* NAVY, I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| FREEMAN H S | E-7 | NAVY RECRUITING DISTRICT |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT / COMMAND ADDRESS (City, State, ZIP Code)** |
| H S Freeman | 88 SEP 30 | MEMPHIS TN 38103 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, ERIC VAN DREW FRANKLIN LUCAS, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, ______, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted / reenlisted this ______ day of ______ 19____ in the ______ National Guard and as a Reserve of the United States *(list branch of service)* ______ with membership in the ______ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED (YYMMDD) |
|---|---|
| Eric van Drew Franklin Lucas | 88 SEP 30 |

**18c.** The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT / REENLISTMENT OFFICER INFORMATION

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| KALINICH KENNETH M | O-4 | JACKSON MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT / COMMAND ADDRESS (City, State, ZIP Code)** |
| Kenneth M. Kalinich | 88 SEP 30 | JACKSON MS 39201-4417 |

OFFICIAL RECORD COPY

NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)*: LUCAS ERIC VANDREW FRANKLIN

SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE: [redacted]

**F. DISCHARGE FROM DELAYED ENTRY / ENLISTMENT PROGRAM**

**20a.** I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular Component of the United States *(list branch of service)* NAVY for a period of 4 years and ______ weeks. No changes have been made to my enlistment options OR if changes were made they are recorded on Annex(es) C ______ which replace(s) Annex(es) B.

b. SIGNATURE OF DELAYED ENTRY / ENLISTMENT PROGRAM ENLISTEE: Eric Vandrew Franklin Lucas (signature)

c. DATE SIGNED *(YYMMDD)*: 88 NOV 25

**G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE**

**21a.** This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the Regular Component of the United States *(list branch of service)* NAVY in pay grade E-4.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| FREEMAN H S | E-7 | NAVY RECRUITING DISTRICT |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| H S Freeman (signature) | 88 NOV 25 | MEMPHIS TN 38103 |

**H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

**22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, ERIC VANDREW FRANKLIN LUCAS do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

b. SIGNATURE OF ENLISTEE / REENLISTEE: [illegible] Vandrew Franklin Lucas (signature)

c. DATE SIGNED *(YYMMDD)*: 88 NOV 25

[illegible] oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT OFFICER INFORMATION

| b. NAME | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| [illegible] VANESSA | O-3 | JACKSON MEPS |

f. DATE SIGNED *(YYMMDD)*

ORIGINAL RECORD COPY

[illegible]

[illegible], [illegible] NAVY LIAISON MEPS JACKSON, MS

**CONTINGENT ENLISTMENT STATEMENT OF UNDERSTANDING**

[illegible]: I understand that my enlistment in the U.S. Navy or Naval Reserve (including the Delayed Entry [illegible] Training (DET) Program and the Delayed Enlistment Program (DEP)) and my ultimate assignment to active duty or active duty for training, is contingent on the return of negative results of blood tests which screen for HIV antibody and a drug [illegible] analysis which screens for the presence of cocaine and THC (marijuana). I understand that if the tests indicate the presence of the HIV antibody, cocaine or THC, I will receive an Entry Level Separation (ELS) or discharge, as appropriate from the Navy or Naval Reserve and my enlistment contract will be voided.

The HIV antibody is the body's response to the virus believed to cause Acquired Immune Deficiency Syndrome (AIDS). Presence of the HIV antibody implies past exposure to the virus that causes AIDS but does not indicate the presence of the disease AIDS.

I understand that upon my ELS or discharge from the DET, DEP, U.S. Navy or Naval Reserve because of positive HIV results; I may obtain a written consultation at my own expense from a private physician in order to be evaluated as to my potential for infection with the HIV virus (does not apply to drug test results). If results are negative, I may provide this consultation to my Navy recruiter for further evaluation of my eligibility to reenter the U.S. Navy or Naval Reserve.

(Signature of Enlisting Officer) (Signature of Enlistee)
[illegible] [illegible]

[illegible] A TO DD FORM 4 DATED [illegible]

OFFICIAL RECORD COPY

[illegible]

[illegible] [redacted]

I. I have been guaranteed one of the following programs:

__ 1. [illegible] Option. See Section [illegible] below. Assignment to [illegible] duty [illegible]

[illegible]

NA 2. [illegible] Option. Assignment to Class "A" School or training in the following: NA

NA 3. [illegible] Option. Assignment to NA Class "A" school within 12 months of my reenlistment with duty performed in the [illegible] at a command as the needs of the Navy dictate.

NA 4. [illegible] Program. I have been guaranteed one of the following within the [illegible] Program:

I will be converted to the NA rating via:

NA a) Direct conversion to the authorized conversion rating immediately after reenlistment.

-OR-

NA b) Assignment to Class "A" School. I understand that advanced training is not available and is not guaranteed.

-OR-

NA c) Assignment to Class "A" School and upon completion of not less than one year of satisfactory performance during on-the-job training, I may request a Class "C" School, or Class "C" School packages or Advanced First Term Avionics (AFTA) training for the AT, AQ, AX ratings.

NA d) Assignment to a Class "C" School, or Class "C" School package, or Advanced First Term Avionics (AFTA) training for the AT, AQ, AX ratings, after two (2) years on-the-job-training in the rating of NA as soon as a quota becomes available provided that I agree to reenlist in the Navy upon completion of not less than twenty-one (21) months continuous active service for a period of four (4) or more years in order to have sufficient obligated service which equals or exceeds six (6) years.

XX 5. No promise or guarantee of any kind had been made to me prior to enlistment or reenlistment regarding school assignment or duty assignment.

II. [illegible]

1. The following conditions apply to [illegible] Class "A" School [illegible]:

a. In consideration of my being assigned to Class "A" School, I agree to reenlist for a period of not less than six (6) years upon satisfactory completion of "A" School (if this requirement adversely affects my eligibility for Selective Reenlistment Bonus, I may delay reenlistment until my [illegible]).

[illegible] (Rev. [illegible])
Page 1

ANNEX [illegible]

[illegible]

ANNEX "F" IS HEREBY SUPERSEDED AND REPLACED BY ANNEX "C".

OFFICIAL RECORD COPY

000111

NAME (Last, First, Middle) [illegible]

LUCAS, ERIC [illegible] FRANKLIN [redacted]

b. If, for any reason I do not complete the Class "A" School for which I enlisted, I may be administratively reduced in rate to non-designated SN/AN/FN and required to serve the remainder of my two (2) year enlistment or I may be offered an alternate training program or discharge. I understand that the decision for retention as SN/AN/FN, or reassignment to alternate training, or discharge will be made by the Navy, based on my qualifications and the needs of the Navy. In no case is discharge considered automatic.

c. If I am required to serve the remainder of my two (2) year enlistment, I understand that I will not be authorized to reenlist without prior approval from Commander, Naval Military Personnel Command.

2. The following condition applies to RESCORE Class "C" School guarantees:

If my guaranteed Class "C" School training is extensive or requested late in the RESCORE enlistment, I may be required to further extend my enlistment to meet the obligated service requirements for entry into school.

3. The following conditions apply to all RESCORE guarantees:

a. My conversion in rating is from RA to RA.

b. If any requested school has been disestablished, assignment to another school, as determined by the Commander, Naval Military Personnel Command, is guaranteed, provided equivalent training is available.

c. I will be eligible only for the Selective Reenlistment Bonus award level in effect, if any, on the date of reenlistment, if otherwise eligible. I understand that the payment of a bonus (Selective Reenlistment Bonus or Regular Reenlistment Bonus) cannot be guaranteed under the RESCORE Program.

III. NAVETS reenlisting under PRISM I for six years with 15 years or more total active service who are not eligible for initial shore duty assignment (24 months minimum) in accordance with normal sea/shore rotation policy are guaranteed shore duty after completing a four year tour at sea or when shore duty eligible in accordance with sea/shore rotation policy, whichever comes first. Exact billet and location of the shore duty assignment will be negotiated with the rating detailer at the appropriate time prior to completion of sea duty.

(Signature of Enlisting Officer/Date)

[illegible]

(Signature of Enlistee/Date)

ERIC [illegible] FRANKLIN LUCAS [illegible]

OFFICIAL RECORD COPY

# REVIEW OF MEDICAL DOCUMENTS STATEMENT

I, ERIC [illegible] FRANKLIN LUCAS ______, this date reviewed the Report of Medical History SF-93 completed by me in connection with my enlistment in the U.S. Naval Reserve/U.S. Navy and verify the information furnished is true, complete, and accurate, to the best of my knowledge and belief, except as noted below. I understand that I am being accepted for enlistment based on the information provided by me. I understand that if I procure my enlistment by means of false statement, willful misrepresentation or concealment of the information stated herein, I am liable to trial by Courts-Martial or discharge under other than honorable conditions, that I may be deprived of virtually all the rights as a Veteran under both federal and state law and can expect to encounter substantial prejudice in civilian life because of such discharge. (Identify any changes below by the corresponding SF 93 block number, as appropriate).

S. S. [illegible], PNC, USN, EPSS
WITNESS: BY DIRECTION OF [illegible] CO

ERIC [illegible] FRANKLIN LUCAS
(SIGNATURE OF ENLISTEE)

I acknowledge the following change(s) to the report of medical history SF-93:

Changes: ______ YES ______ NO
(Enlistee initials correct response)

CHANGES INDICATED WERE:

( ) REFERRED TO MEPS MEDICAL OFFICER
( ) REFERRED TO HIGH AUTHORITY FOR CONSIDERATION OF A WAIVER.

______
(SIGNATURE OF ENLISTING OFFICER)

OFFICIAL RECORD COPY

[redacted]

[illegible]

[illegible] IN BY NAVY LIAISON MEPS JACKSON, MS

APPRENTICESHIP TRAINING PROGRAM GUARANTEE (CONSECUTIVE TRAINING)

[redacted] : I am enlisting into the Naval Reserve in the Sea and Air Mariner (SAM) Program. I understand that my Initial Active Duty for Training (IADT) will consist of approximately 8 weeks of recruit training, followed by my guaranteed assignment to a [redacted] Apprenticeship Training Course. My recruit training class is scheduled to begin [redacted]. I must at all times meet the physical qualifications of the Navy.

a. If I have withheld information which I knew and did not include on my Application for Enlistment (DD Form 1966), I may be separated from the Naval Reserve according the needs of the Naval Reserve.

b. If I become ineligible for Naval Reserve service because of a personal fact(s) which I did not know, or which I knew and included in my application for enlistment, I will be honorably discharged from the Naval Reserve.

c. If I become ineligible because of disciplinary reasons or failure to meet the Navy's academic or professional standards, during any phase of my training, I will be made available for general assignment as the needs of the Naval Reserve require.

C. P. FONTILLAS, PN1, USN
NAVY LIAISON BY DIRECTION
Signature of Enlisting Officer

[redacted]
Signature in full of enlistee

OFFICIAL RECORD COPY

ANNEX A TO DD FORM 4 DATED [redacted]

[redacted]

[illegible]

[redacted]

EVENT: C01 REENLISTMENT CONTRACT
IMMEDIATE REENLISTMENT CONTRACT NAVPERS 1070/601

NAME: LUCAS ERIC VANDREW F SSN: 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 BR/CL USN

FIRST: I am reenlisting in the UNITED STATES NAVY/NAVAL RESERVE for 3 years to 99SEP30, unless sooner discharged by proper authority. My new contract expiration date is 99SEP29.

SECOND: I have read and understand SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE: (a) the senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section: (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay 25 percent. (c) the substance of this section shall be included in the enlistment contract of each person enlisting in the naval service.

THIRD: I understand that I may be extended on, or ordered to active duty for the duration of any war or national emergency declared by Congress, and for 6 months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me, I understand it and certify that no promise of any kind has been made to me concerning assignment, duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated: BENEFITS OF HA

UIC: 03205 STATUS: ACTIVE X INACTIVE RADU MONTHS/DAYS: DOB: 6611
PLACE OF REENLISTMENT: NEW ORLEANS, LA. ADSD: 870506 PEBD: 8409
HOME OF RECORD: NEWTON, MS RATE: BM2 DATE OF PAYGRADE: 9106
CITIZENSHIP: US CITIZEN COUNTRY: DATE LAST DISCHARGE: 960
TOTAL ACTIVE SERVICE: 06/10/05 TOTAL PRIOR INACTIVE SERVICE: 00/01/25
YEARS/MONTHS/DAYS YEARS/MONTHS/DAYS

OATH OF ENLISTMENT: I, ERIC VAN DREW FRANKLIN LUCAS solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me according to regulation and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting.

SIGNATURE OF REENLISTEE: Eric Vandrew F. Lucas
FIRST MIDDLE LAST

Subscribed and sworn before me this 30th DAY OF SEPTEMBER, A.D. 1996

SIGNATURE AND GRADE: D. Haines OFFICIAL TITLE:

NAVPERS 1070/601

OFFICIAL RECORD COPY

# IMMEDIATE REENLISTMENT CONTRACT

[illegible] [illegible] [illegible] [redacted] [illegible] [illegible]

[illegible]

[illegible] [illegible] [illegible] the naval service [illegible] United States. [illegible] active [illegible] United States. [illegible] (1) shall be discharged not later than [illegible] days after his arrival in the United States; and (2) except in time of war [illegible] entitled to an increase in basic pay of 25 percent. (c) The substance of [illegible] shall be included in the enlistment contract of each person enlisting in the naval service."

[illegible] I understand that I [illegible] to active [illegible] the duration of any war or national emergency [illegible] thereafter, and that [illegible] active service may be extended as otherwise authorized by law.

[illegible] I have had this contract fully [illegible] to me, I [illegible] and certify that no promise of any kind has been made to me concerning assignment to duty, [illegible] special program, assignment of government quarters, or transportation of dependents except as indicated [illegible] TO NEW ORLEANS, LA.

[illegible]

[illegible] LUCAS [illegible]

[illegible] 2nd [illegible] A.D. 1992

[illegible]



OFFICIAL RECORD COPY

OFFICIAL RECORD COPY

[illegible]

High School — 9/80-6/84

Academic

Biology 2yrs., HS

| | A.G. | [illegible] | [illegible] | [illegible] | TYPING |
|---|---|---|---|---|---|
| HIGH SCHOOL | 2 | - | - | - | - |
| COLLEGE | | | | | |

D.O.T. CODE 000.000-000

RE-ENLISTMENT AFTER BREAK IN SERVICE.

I understand what has been recorded hereon and the information is correct. I also accept and volunteer for the (apprenticeships) ratings and I volunteer for the following type(s) of duty:

SIGNATURE OF APPLICANT

[illegible]

000117

of the Navy in the performance of their official duties ... operation of personnel affairs and functions. ... of the form is mandatory. Failure to provide requested information may result in denial of your requests for training or duty assignments which you might desire later in your naval service, or in other administrative action being taken.

PERSUPPDET RTC GREAT LAKES IL

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | | 40 | 46 | 44 | 53 | 54 | 48 | 4[illegible] | 49 | 52 | 39 | 47 | |

HEPS-

ORIGINAL RECORD COPY

I understand what has been recorded hereon and the information is correct. I also accept and volunteer for the (apprenticeships) ratings and I volunteer for the following type(s) of duty:

[redacted]

SECTION 1. IDENTIFICATION INFORMATION

| | | | |
|---|---|---|---|
| 03NOV24 | LUCAS, ERIC VAN DREW FRANKLIN | [redacted] | |
| SN | USNR | 31155 | RTC ORLANDO FL |

SECTION 2. REPORTING FOR ACTIVE DUTY

| | | |
|---|---|---|
| 03NOV03 | 03NOV03 | NEWTON MS |

X

SUPERSINST 3400.07F

2X X

TDY FFA

CHAUFFEURS

J L MEYER PNC USN

SECTION 3. AGREEMENT TO REMAIN ON ACTIVE DUTY

CED: 03NOV03 OPRMT: NONE
EOS/EREN: 03SEP26 INDPEX: NONE
TERM: 20 MOS DOB: 03NOV73
PEBD: 04SEP87 ULTIMATE UIC: UNKNOWN
ADBSD: 01JUL??

[illegible] of active obligated service date.

[illegible]

[illegible] . No promises of any kind have been made to me except as noted above.

OFFICIAL RECORD COPY

01152

/FC30/
DCN: 005500026P

EVENT: C01 REENLISTMENT CONTRACT
IMMEDIATE REENLISTMENT CONTRACT NAVPERS 1070/601

NAME: LUCAS ERIC VANDREW F SSN: [redacted] BR/CL USNR

FIRST: I am reenlisting in the UNITED STATES NAVY/NAVAL RESERVE for 4 years from 00MAR03, unless sooner discharged by proper authority. My new contract expiration date is 04MAR02.

SECOND: I have read and understand SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE: (a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section: (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service.

THIRD: I understand that I may be extended on or ordered to active duty for the duration of any war or national emergency declared by Congress, and for 6 months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me, I understand it and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated: BENEFITS OF RATE

UIC: 68890 STATUS: ACTIVE X INACTIVE TRADO MONTHS/DAYS: 048/ DOB: 661123
PLACE OF REENLISTMENT: DESRON 6, PASCAGOULA MS ADSD: 870306 PEBD: 840927
HOME OF RECORD: NEWTON MS RATE: BM2 DATE OF PAYGRADE: 910616
CITIZENSHIP: US CITIZEN COUNTRY: US DATE LAST DISCHARGE: 000302
TOTAL ACTIVE SERVICE: 12/11/26 TOTAL PRIOR INACTIVE SERVICE: 00/00/00
LSL SELL BACK: . YEARS/MONTHS/DAYS YEARS/MONTHS/DAYS

OATH OF ENLISTMENT: I, ERIC VANDREW F LUCAS , do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting.

**** SIGNATURE OF REENLISTEE: Eric Vandrew F Lucas
FIRST MIDDLE LAST

Subscribed and sworn before me this 3rd DAY OF MARCH , A.D. 2000

SIGNATURE AND GRADE: ____________________ OFFICIAL TITLE: COMMANDER
DOZIER, L A, CDR

NAVPERS 1070/601

OFFICIAL RECORD COPY

| 1 TYPE AND DATE OF GAIN ENTRY | 2 ACTIVITY | 3 DUTIES | 4 TYPE AND DATE OF LOSS ENTRY | 5 INITIALS |
|---|---|---|---|---|
| NOV 2 5 | MEPS Jackson MS | RECRUIT | | |
| NOV 2 | RTC GREAT LAKES, IL | RECRUIT TRAINING (NO RICK) | TRAN MAR 01 | |
| REC DP 02 MAR 85 | NR NRC C 0905 JACKSON, MS | OF RATE SR | TRAN 03 MAR 85 | RAC RAC |
| REC DP 04 MAR 85 | NR FF1040 GARCIA 4009 JACKSON, MS | OF RATE SR, SA | TRAN 04AUG85 | RAC EDN |
| RECACDUTRA | USS GARCIA (FF 1040) | of rate SA | RELACDUTRA 16AUG85 | EDN EDN |
| REC DP 17AUG85 | NR FF1040 GARCIA JACKSON, MS | of rate SA, SN | TRAN 4NOV86 | EDN EDN |
| 01 JUL 86 | TOTAL CUMULATIVE SEA DUTY 00 YRS, 00 MOS, 12 DAYS | | | EDN |
| | CRUITRACOM NTC ORLANDO FL. | of rate SN | TRANS 20NOV86 | JLN |
| RECDUT | USS DULUTH LPD 6 PACFLT/HP, SAN DIEGO CA TOUR EXPIRES: JUL88 SDCD: 86DEC | OF RATE: SN | RELACDU 08APR07 | |
| 8 Sep 88 | NRPC NOZK (RECORDS ONLY) | | DISCH 29SEP88 | |

OFFICIAL RECORD COPY

COMPANY NUMBER | SOCIAL SECURITY NO [redacted]

000121

HISTORY OF ASSIGNMENTS

| 1. [illegible] | 2. [illegible] | 3. [illegible] | 4. [illegible] | 5. [illegible] | |
|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] |
| [illegible] 6 YRS<br>92OCT02 | USS SIERRA (AD-18) ADSR EXPIRES: 92NOV<br>LANTFLT/CHASN SC SDCD: 89JAN | 04638 | TRAN<br>92NOV[illegible] | [illegible] | [illegible] |
| [illegible]<br>[illegible] | NAVAL HOSPITAL<br>CHASN SC | 31647 | TRAN<br>92DEC[illegible] | [illegible] | [illegible] |
| [illegible]<br>[illegible] | TPU<br>CHASN SC C | 31990 | TRAN<br>93FEB24 | [illegible] | [illegible] |
| DUTY<br>93FEB24 | SIMA PRD:95MAY<br>CHARLESTON, SC ACC:105 | 52903 | TRAN<br>93OCT29 | [illegible] | [illegible] |
| DUTY<br>93NOV16 | NAVSUPPACT NOLA<br>SUBCD: 98NOV | 00205 | DISCHG<br>96SEP29 | [illegible] | [illegible] |

| [illegible] (Last, First, middle initial) | [illegible] SECURITY [illegible] | [illegible]/RATE |
|---|---|---|
| LUCAS, ERIC V.D.F. | [redacted] | RS/BM2, |

[illegible] (Rev. 10-[illegible]) [illegible]

OFFICIAL RECORD COPY

HISTORY OF ASSIGNMENTS

CODES: [illegible]

RECEIVED FOR DUTY · RECEIVED FOR TAD · RECEIVED FOR TEMPORARY DUTY · RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION · RECEIVED FOR DUTY UNDER INSTRUCTION · RELEASED FROM ACTIVE DUTY · DISCHARGED · TRANSFERRED [illegible]

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS |
|---|---|---|---|---|
| ENL | AFEES | RECRUIT | TRAN | |
| RECTRNDUINS 88NOV25 | CRUITRACOM NTC ORLANDO, FL | RECRUIT TRAINING | TRAN 88DEC22 | BKO |
| RECDUT 89JAN10 | USS JESSE L BROWN LANTFLT/CHASN | SDCD: 89JAN PRD: JAN 94 OF RATE: BM3 | TRAN 04NOV91 | RRH |
| DUTY 91NOV21 | USS SIERRA AD-18 LANTFLT/CHASN | SDCD:89JAN OF RATE:BM2 TOUR EXP: 94JAN | DISCH 01SEP92 | RC |

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | COMPONENT NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|---|
| LUCAS ERIC VANDREW | N000 | [redacted] | USN |

HISTORY OF ASSIGNMENTS [illegible]

CNPT NAVPERS REV. [illegible]

000125

[redacted] [redacted]

[illegible]

NAVCRUITDIST MEMPHIS TN BY NAVY LIAISON MEPS JACKSON MS

**STATEMENT OF UNDERSTANDING**

[illegible]

1. As a member of U. S. NAVAL RESERVE, I understand that:

a. This assignment is for the purpose of fulfilling my statutory military obligation incurred.

b. I understand that it is my responsibility to keep the custodian of my service record advised of a mailing address at which I may be reached and that I must reply promptly to all official correspondence requiring a reply.

c. Transfer between Naval Reserve units does not change the basis for computation of satisfactory performance of requirements.

d. Satisfactory participation in the Naval Reserve requires my attendance annually of at least 90% of 48 drills of the unit to which I am assigned and to perform not less than 14 days, exclusive of travel time, of Active Duty for Training (ACDUTRA) each fiscal year, unless excused by competent authority.

e. All authorized excused absences must be rescheduled and made-up.

f. Failure to meet prescribed standards for attendance at drills and performance of ACDUTRA each fiscal year, advancement qualifications, and/or performance of duty may subject me to the following action:

(1) Involuntary recall to active duty for a period not to exceed 24 months combined active duty and ACDUTRA.

(2) If I have insufficient obligated service remaining to warrant a period of active duty, my enlistment may be involuntarily extended in order to complete the prescribed period of active duty. I understand further that I may become eligible for a discharge under General conditions.

2. The details of my obligation, as recorded on this page, have been fully explained to me and I understand them.

C. W. FORTILLAS, PN1, USN
NAVY LIAISON MS [illegible]
Signature of Enlisting Officer/Date

Cais Jin Ann Franklin Lucas
[illegible] FRANKLIN LUCAS
Signature of Enlistee

[illegible]

LUCAS, ERIC [illegible] FRANKLIN [illegible]

[illegible]

OFFICIAL RECORD COPY