[illegible]

[illegible]

[illegible]

SUBJECT DID NOT ATTEND FIREFIGHTING SCHOOL DURING RECRUIT TRAINING DUE TO WEATHER CONDITIONS.

[illegible]

OFFICIAL RECORD COPY

| | | | |
|---|---|---|---|
| LUCAS ERIC VAN DREN FRANKLIN | C379 | [redacted] | [illegible] |

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 6-78)

NTC-GL 10.0/62 (11-81)

E-32

SEE INSTRUCTIONS

SHIP OR STATION
Recruit Training Command (ATD), Naval Training Center, Great Lakes, Illinois 60088

(DATE)

Attended Four (4.0) Week Seaman Apprentice Training upon completion of the basic military phase of Recruit Training. Received orientation and instruction on general topics listed below in preparation for assignment to the general ratings in Seamanship field.

A. SHIP'S INTERIOR COMMUNICATIONS - Ship's Interior Communications; Sound Powered Telephone Headset; Communicating by Means of Sound Powered Telephone; Sound Powered Telephone Talker Drill.

B. WATCH STANDING - Lookout Watches; Bridge Watch Team; Ship's Lights; Rules of the Road; Ship Control Equipment; Visual Signaling; Underway Watch Team Drill; Navigational Aids; Shipboard Seaman Watches.

C. MARLINSPIKE SEAMANSHIP - Knots and Splices; Hand and Power Tools; Hand and Power Tools Exercise; Deck Fittings and Deck Equipment; Ground Tackle; Mooring Lines and Mooring Line Drill; Surface Preparation; Painting.

D. SHIPBOARD SAFETY AND HAZARD AWARENESS - Personnel Safety Equipment for Working Aloft and Over the Side; Working Aloft and Over the Side Exercise.

E. BOAT SEAMANSHIP - Boat Identification; Boat Crew and Equipment; Boat Etiquette; Hoisting and Lowering Boats; Boat Compass.

F. UNDERWAY REPLENISHMENT - Common Procedures and Equipment for Underway Replenishment; Connected Replenishment; Vertical Replenishment; Highline Personnel Transfer and Exercise.

G. GUNNERY - Ship's Gun Ammunition; Gunnery Commands and Safety Precautions; Ship's Armament

H. SHIP'S FAMILIARIZATION - Ship Construction; Compartment Designation.

I. DAMAGE CONTROL AND FIRE FIGHTING.

J. INTRODUCTION TO THE 3-M/PQS.

K. GENERAL - Shipboard Orientation; Shipboard Chain of Command; Shipboard Departments; Ship Classification.

In accordance with SUPERSINST 1430.6A, P3-B paragraph 302.3.4a/page 1-2 paragraph 105.1/NAVEDTRA 10500 August 1978; The successful completion of this curriculum meets the criteria for advancement to E-3, and (deletes the requirement for the associated seaman correspondence course. Time-in-rate, time-in-service and BMR completions are required. Therefore, at the discretion of the Commanding Officer, the E-3 examination may be waived, in accordance with CNO ltr Ser 135P/292529 of 6 November 1979.

ASS'T ADMIN OFF BY DIR OF CO

NAME (Last, First, Middle)
Lucas Eric V D E

SSN [redacted]

BRANCH AND CLASS
USNR-R

OFFICIAL RECORD COPY

[illegible]
[illegible]
[illegible]
[illegible]
[illegible] CENTER, JACKSON, MS 39201

27 MAY 86 : SN Eric Van Drew Franklin LUCAS has been interviewed this date per [illegible] 5400.42F and desires to strike for the RM rating and meets all the requirements for the requested rating as per COMNAVMILPERSCOMINST 1236.1 series. DC-NEC 9720 has been assigned per NAVPERS 18068D, Section II.

x Eric Van Drew Franklin Lucas
Eric Van Drew Franklin LUCAS

E. D. NEAL, PN1, USNR-R(TAR)
Classification Coordinator

---

01 JUL 86: CREDIT SEA DUTY FOR PERIOD 5-16 AUGUST 1985, ACDUTRA ABOARD USS GARCIA (FF-1040), A PERIOD OF 12 DAYS. TOTAL CUMULATIVE SEA DUTY 00 YRS, 00 MOS, 12 DAYS.

E.D. Neal
E. D. NEAL, PN1, USNR-R(TAR)
ADMINISTRATIVE SUPERVISOR
BY DIRECTION OF THE C. O.

---

5 Nov 86: Naval Reserve Center, Jackson, MS order # 13-86 dated 6 Oct 86 requiring SN Eric Van Drew Franklin Lucas to report for 20 months active duty were delivered to SN Eric Van Drew Franklin Lucas by my hand this date.

E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor
By direction of the C.O.

5 Nov 86: I have received, read, and understand the orders referred to in the entry immediately above. I understand that I may not now enlist in a regular component of another service.

x Eric van Drew Franklin Lucas
ERIC VAN DREW FRANKLIN LUCAS

Witnessed: E.D. Neal
E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor

OFFICIAL RECORD COPY

| [illegible] | SSN | [illegible] |
|---|---|---|
| LUCAS, ERIC VAN DREW FRANKLIN | [redacted] | USNR-R |

[illegible]

7

[redacted]

[redacted] CENTER, JACKSON, MS

5 Nov 86: Naval Reserve Center, Jackson, MS order # 13-86 dated 6 Oct 86 requiring SN Eric Van Drew Franklin Lucas to report for 20 months active duty were delivered to SN Eric Van Drew Franklin Lucas by my hand this date.

E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor
By direction of the C.O.

5 Nov 86: I have received, read, and understand the orders referred to in the entry immediately above. I understand that I may not now enlist in a regular component of another service.

ERIC VAN DREW FRANKLIN LUCAS

Witnessed:
E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor

---

STATEMENT OF UNDERSTANDING

5 Nov 86: "I have been counseled that upon recall to an active duty recruit training command I will be required to take a locally prepared examination to determine my knowledge of basic military skills. I understand that if found to be lacking in basic skills and/or motivation, I may be assigned to the regular recruit training curriculum ("boot camp")."

x Eric Van Drew Franklin Lucas
ERIC VAN DREW FRANKLIN LUCAS

WITNESSED: E.D. Neal
E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor

OFFICIAL RECORD COPY

[redacted]
LUCAS, Eric Van Drew Franklin [redacted] USNR

[redacted]

NAVAL RESERVE CENTER, JACKSON MS

5 Nov 86: I, Eric Van Drew Franklin Lucas, do hereby voluntarily agree to remain on active duty for 20 months.

I understand that, except in time of war or national emergency hereafter declared by appropriate authority, or when otherwise authorized by law, I will be released from active duty upon expiration of this obligation and that I have no entitlement either stated or otherwise implied to an active duty retirement. Should I desire retention for the purpose of continuing my active duty, I will submit a request to COMNAVMILPERSCOM (NMPC-212) six months prior to my Expiration of Active Obligated Service and understand that I must receive authority from COMNAVMILPERSCOM (NMPC-212) for such retention prior to executing a new active duty agreement.

As a matter of information, I understand that in order to qualify for naval reserve retirement, as outlined in MILPERSMAN 3860520, I must be able to complete 20 years of qualifying service prior to age 60. I also understand that the last eight (8) qualifying years must be obtained as a member of a reserve component.

I have read, understand, and agree to the above conditions.

x Eric Van Drew Franklin Lucas
ERIC VAN DREW FRANKLIN LUCAS

WITNESSED: E.D. Neal
E.D. NEAL, PNC, USNR-R(TAR)
Administrative Supervisor

OFFICIAL RECORD COPY

[redacted] Eric Van Drew Franklin [redacted]

[illegible]

**ADMINISTRATIVE REMARKS**

[illegible]

**RECRUIT TRAINING COMMAND, ORLANDO, FL 32813**

14 NOV 84: I have been briefed this date of the following:

(1) Navy policy of drug and alcohol abuse as set forth in OPNAVINST 5350

(2) Legal consequences of illicit drug use

(3) Effects of drug and alcohol abuse on discipline and combat readiness

(4) Consequences of drug trafficking

(5) Physical and psychological effects of drug and alcohol abuse

(6) The Navy's urinalysis screening program

I have read the "drug and alcohol abuse statement of understanding" and certify that I understand all the information contained therein.

ERIC V. LUCAS

OFFICIAL RECORD COPY

LUCAS, ERIC V. [redacted] USN

4

[illegible]

RECRUIT TRAINING COMMAND (FSD RTC) ORLANDO FL 32813-5100

30 NOV 84 : DEERS ENROLLMENT VERIFIED THIS DATE

J [illegible] PNC USN
Receipts Division Officer
By direction OIC
FSD RTC Orlando Fl

OFFICIAL RECORD COPY

[illegible], ERIC VAN [illegible] FRANKLIN [redacted] [illegible]

[illegible]

RECRUIT TRAINING COMMAND, ORLANDO, FL 32813-5100

I certify that the following items were explained to me during the NAVET indoctrination course onboard RTC Orlando:

a. Code of Conduct for Members of the Armed Forces of the United States in accordance with U. S. Navy Regulations, 1973, and CNETINST 1500.2.

b. Article 2, 3, 7 through 15, 25, 27, 31, 37, 38, 77 through 134, and 137 through 139 of the Uniform Code of Military Justice in accordance with Article 137, UCMJ.

ERIC VAN DREW FRANKLIN LUCAS

Witnessed:

PN3 R T SIMKEN, USN

OFFICIAL RECORD COPY

| | | |
|---|---|---|
| LUCAS, ERIC VAN DREW FRANKLIN | [redacted] | USNR |

[illegible]

[illegible] : Completed Command Managed Equal Opportunity (CMEO) this date.

[illegible], PNC, USN
Personnel Officer
By direction of the Commanding Officer

OFFICIAL RECORD COPY

[illegible] [redacted]

[illegible]

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-78)
S/N 0106-LF-010-6991
SHIP OR STATION

5-32

SEE BUPERSMAN [illegible]

USS DULUTH (LPD-6) FPO San Francisco, CA. 96663-1709

IMPERIVM NEPTVNI REGIS

BE IT KNOWN to all Sailors, Marines, Mermaids, Whales, Sharks, Porpoises, Crabs, Lobsters and all other Living things of the sea: that the Officers and Crew of the USS DULUTH (LPD-6), bound for [illegible]lle, Australia, entered our domain by crossing the Equator at Longitude 95°59.3'E and having been inspected and passed on by the Royal Staff of NEPTUNUS REX, were found worthy of being numbered as Trusty Shellbacks. Be it also known that they have been duly initiated into the Solemn Mysteries of the Ancient Order of the Deep. By the virtue of the power vested in me, I do hereby command all of my subjects to show them due honor and respect wherever they may be. Given under our hand this 31st day of August 1987.

Davey Jones
His Majesty's Scribe

Neptunus Rex
Ruler of the Raging Main

WITNESSED:

[signature]
[illegible] PNC
PERSONNEL OFFICER

NAME (Last, First, Middle)
LUCAS, ERIC VAN [illegible]

[redacted]

[illegible]

OFFICIAL RECORD COPY

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-80)
[illegible]
[illegible]

[illegible] SUPERSEDED [illegible]

USS BULWARK (LPD 6) FPO SAN FRAN 96663-1709 HP: SAN DIEGO CA UIC: 07177

[illegible] : ERIC V D F LUCAS was interviewed this date in accordance with MILPERSMAN 3640470 and OPNAVINST 1160.5 and the advantages of immediate reenlistment were explained to him. [illegible] SN LUCAS states that he does not intend to reenlist on board. RECOMMENDED FOR [illegible]/REENLISTMENT.

R. O. BURDEOS, PNC(SW), USN
PERSONNEL OFFICE SUPERVISOR
BY DIRECTION OF THE CO

---

99APR06 : I acknowledge that I have been counseled on the provisions of MAJORCARE 90 and that it is my decision to accept/decline participation in MAJORCARE 90.

WITNESSED: R. O. BURDEOS, PNC(SW), USN
Personnel Office Supervisor

---

99APR06 : Armed Forces Identification Card No. 21489060, liberty card, mess pass, Geneva Convention Card, and any other card or pass that may be used to gain benefits or privileges to which member and his dependents are not entitled after separation obtained from MEMBER of this service record and destroyed this date.

R. O. BURDEOS, PNC(SW), USN
Personnel Office Supervisor
By direction of the Commanding Officer

---

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| LUCAS ERIC VAN DORN FRANKLIN | [redacted] | USNR |

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

DATE: 19 May 03 | E-3?

SHIP OR STATION
NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA

29SEP88 : DISCHARGED THIS DATE WITH AN HONORABLE DISCHARGE FOR CONVENIENCE OF THE GOVERNMENT. (ENLISTMENT IN THE UNITED STATES NAVAL RESERVE ).
AUTH: MILPERSMAN 3620200
DD FORM 256N ISSUED
[illegible]/RECOMMENDED

HOME ADDRESS: PO BOX 84
NEWTON, MS 39345

B. F. RILEY
BY DIRECTION

OFFICIAL RECORD COPY

NAME (Last, First, Middle)
LUCAS, ERIC VAN DREW FRANKLIN

SSN [redacted]

BRANCH AND CLASS
USNR-R

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (Rev. 1-78)
S/N 0106-LF-070-6970

SHIP OR STATION: RECRUIT TRAINING COMMAND, ORLANDO, FL 32813-6100

880EC22: I certify that the following items were explained to me during the NAVET indoctrination course onboard RTC Orlando:

a. Code of Conduct for members of the armed forces of the United States in accordance with U.S. Navy Regulations, 1973, and OPNAVINST 1500.2.

b. Article 2, 3, 7 through 15, 25, 27, 31, 37, 38, 77 through 134 and 137 through 139 of the Uniform Code of Military Justice in accordance with Article 137, UCMJ.

ERIC V. F. LUCAS

WITNESSED:

B.K. O'Neal

OFFICIAL RECORD COPY

NAME (Last, First, Middle): LUCAS, ERIC V. [redacted]

BRANCH AND CLASS: USN

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
USS JESSE L. BROWN (FF 1089) FPO MIAMI 34090-1449

89FEB27 : Attended Navy Rights and Responsiblities workshop this date.

R.R. HARMS, PNC(SW), Personnel Officer
By direction of the Commanding Officer

OFFICIAL RECORD COPY

NAME (Last, First, Middle)
DUCASE, ERIC VAN DREW FRANKLIN

SSN
[redacted]

BRANCH AND CLASS
USN

USS JESSE L BROWN FF-1089 FPO MIAMI FL 34090-1449

IMPERIVM NEPTVNI REGIS

To all Sailors wherever ye may be: [illegible]

[illegible] 7 AUGUST [illegible] 30 10 WEST [illegible]

[illegible] USS JESSE L BROWN [illegible]

Solemn Mysteries of the Ancient Order of the Deep

R.R. [illegible], PNC(SW), USN, ROYAL SCRIBE
BY DIRECTION OF THE COMMANDING OFFICER

[illegible] Franklin [redacted]

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

5-32

SHIP OR STATION: USS JESSE L. BROWN (FF 1089) FPO MIAMI 34090

## COUNSELING/WARNING

1. You are being retained in the naval service, however, the following deficiencies in your performance and/or conduct are identified: Violation of the UCMJ.

2. You have been counseled by the entire chain of command on board USS JESSE L. BROWN, and the following recommendations for corrective action are provided: No further violations of the UCMJ.

3. Assistance is available through: LPO, LCPO, Division Officer, Department Head.

4. A reasonable timeframe for corrective action is considered to be: Immediately.

5. You are advised that any further deficiencies in your performance and/or conduct may result in disciplinary action and in processing for administrative discharge. All deficiencies previously cited and/or misconduct during your current enlistment, both prior to and subsequent to the date of this action will be considered. Subsequent violation(s) of the UCMJ or conduct resulting in civilian conviction could result in an administrative separation under other than honorable conditions.

6. This counseling/warning entry is made to afford you an opportunity to undertake the recommended corrective action. Any failure to adhere to the guidelines cited above, which is reflected in your performance and/or conduct, will make you eligible for administrative separation action.

Signature: [signature]

Witnessed: [signature] YNSN

Date: 10/25/89

OFFICIAL RECORD COPY

NAME (Last, first, middle): LUCAS, ERIC, VAN

SSN: [redacted]

BRANCH AND CLASS: USN

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

5-32

SHIP OR STATION

USS JESSE L BROWN (FF 1089) FPO MIAMI 34090-1449

18NOV89: RECEIVED ALCOHOL PROTOCAL TRAINING FOR MANAGEMENT OF PERSONNEL RETURNING TO SHIP INTOXICATED. THIS TRAINING WAS CONDUCTED IN ACCORDANCE WITH ALNAVSURFLANT 113/89.

R.R. HARMS, PNC(SW), USN, PERSOFF
BY DIRECTION OF THE COMMANDING OFFICER

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC Vincent Franklin | [redacted] | USN |

5

U.S. GPO: 1985-640-086/30030

USS JESSE L. BROWN (FF 1089) FPO MIAMI 34093

**COUNSELING/WARNING**

1. You are being retained in the naval service, however, the following deficiencies in your performance and/or conduct are identified: Violation of the UCMJ.

2. You have been counseled by the entire chain of command on board USS JESSE L. BROWN, and the following recommendations for corrective action are provided: No further violations of the UCMJ.

3. Assistance is available through: LPO, LCPO, Division Officer, Department Head.

4. A reasonable timeframe for corrective action is considered to be: Immediately.

5. You are advised that any further deficiencies in your performance and/or conduct may result in disciplinary action and in processing for administrative discharge. All deficiencies previously cited and/or misconduct during your current enlistment, both prior to and subsequent to the date of this action will be considered. Subsequent violation(s) of the UCMJ or conduct resulting in civilian conviction could result in an administrative separation under other than honorable conditions.

6. This counseling/warning entry is made to afford you an opportunity to undertake the recommended corrective action. Any failure to adhere to the guidelines cited above, which is reflected in your performance and/or conduct, will make you eligible for administrative separation action.

Signature: [signature]

Witnessed: [signature]

Date: 12 APRIL 199[illegible]

OFFICIAL RECORD COPY

[redacted]

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
USS JESSE L BROWN (FF-1089)

**90MAY14:** I CERTIFY THAT I HAVE RECEIVED INSTRUCTION CONCERNING COMCRUDESGRU TWO MESSAGE 092000Z APR 90 AND OPNAVINST 5100.12E REGARDING THE OPERATION OF MOTORCYCLES. I UNDERSTAND THAT OPERATION OF A MOTORCYCLE EITHER ON OR OFF BASE WITHOUT COMPLETING THE REQUIRED MOTORCYCLE SAFETY COURSE IS A VIOLATION OF UCMJ ARTICLE 92.

Eric v. Lucas
MEMBER'S SIGNATURE

**WITNESSED:** R. R. Harms
R. R. HARMS, PNC(SW), USN
PERSONNEL OFFICER
BY DIRECTION OF THE CO

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| LUCAS ERIC [illegible] | [redacted] | USN |

13

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6631

E-32

SHIP OR STATION
USS JESSE L. BROWN (FF-1089)

16JAN91: SELECTEE FOR ADVANCEMENT TO BM2 FROM SUCCESSFUL PARTICIPATION IN THE CYCLE 128 NAVY WIDE EXAMINATIONS HELD IN SEPTEMBER 1990, AND FROCKED TO THAT RATING IN ACCORDANCE WITH BUPERSINST 1430.16C.

P. G. BOLATETE, PNC, USN
PERSONNEL OFFICER
BY DIRECTION OF THE CO

16JAN91: "I UNDERSTAND THAT THE FROCKED PAYGRADE IS AN ADMINISTRATIVE AUTHORIZATION ONLY WHICH AUTHORIZES ME TO WEAR THE UNIFORM AND INSIGNIA OF A HIGHER GRADE WITHOUT ENTITLEMENTS OR ALLOWANCES OF THE FROCKED PAYGRADE. I FURTHER UNDERSTAND THAT THE FROCKED PAYGRADE IS EFFECTED AT MY OPTION AND THAT NO INCREASED PAY AND ALLOWANCES ACCRUE TO ME AND THAT ANY COST FOR ADDITIONAL UNIFORMS OR INSIGNIA INCIDENT TO MY BEING FROCKED WILL BE DEFRAYED BY ME, AND THAT NO RETROACTIVE PAY, ALLOWANCES, OR REIMBURSEMENTS WILL BE AUTHORIZED. I VOLUNTEER TO BE FROCKED TO THE RATING OF BM2."

ERIC V. D. F. LUCAS

WITNESSED:
P. G. BOLATETE, PNC, USN
PERSONNEL OFFICER
BY DIRECTION OF THE CO

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| LUCAS, ERIC V. D. F. | [redacted] | USN |

13

U.S. GOVERNMENT PRINTING OFFICE: 1982-505-

[illegible]

**USS JESSE L. BROWN (FF 1089)**

1. You are being retained in the naval service, however, the following deficiencies in your performance and/or conduct have been identified:

ARRIVING LATE FROM LIBERTY CALL (4 min) (on 03 [illegible])

2. The following are recommendations for corrective action:

LEAVE HOME EARLY

3. Assistance and/or counseling is available through:

Chain of command

4. You are advised that any further deficiencies in your performance and/or conduct may result in disciplinary action and in processing for administrative separation. All deficiencies previously cited and/or subsequent during you current enlistment, both prior to and subsequent to the date of this action will be considered. Subsequent violations of the Uniform Code of Military Justice, or conduct resulting in civilian conviction, could result in an administrative separation from the naval service under other than honorable conditions.

5. This counseling/warning entry is made to afford you an opportunity to undertake the recommended corrective actions. Any failure to adhere to the guidelines cited above, which is reflected in your future performance and/or conduct, will make you eligible administrative separation action.

Service Member

Witness

OFFICIAL RECORD COPY

[illegible]

NAVAL SUPPORT ACTIVITY, NEW ORLEANS, LA

[illegible] : Evaluation ending [illegible] received and filed this date. NAVPERS 1070/609 entry pending creation of new form.

Promotion: [illegible]

Retention: RECOMMENDED

Performance Traits are as follows:

| | |
|---|---|
| Professional knowledge: | 3.0 |
| Quality of work: | 3.0 |
| Equal opportunity: | 3.0 |
| Military bearing: | 3.0 |
| Personal job accomplishment/ initiative: | 3.[illegible] |
| Teamwork: | 3.[illegible] |
| Leadership: | 3.0 |

[signature]
R. S. ROBBINS, PN1, USNR(TAR)
SERVRECMAINTSUPV, By direction

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC V | [redacted] | USN |

[illegible]

[illegible] NEW ORLEANS, LA BY PERSUPPDET NEW ORLEANS, LA

94JUN06: ON THIS DATE COMPLETED MANDATORY SEXUAL HARASSMENT TRAINING/PRAT
HELD AT NAVAL SUPPORT ACTIVITY NEW ORLEANS, LA.

[illegible], PNC, USNR(TAR)
BY DIRECTION

94AUG16: ON THIS DATE, ATTENDED HIV/PREVENTION EDUCATION, HELD AT NAVAL SUPPORT ACTIVITY, NEW ORLEANS.

[illegible], PNC USNR(TAR)
BY DIRECTION

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | [redacted] | BRANCH AND CLASS |
| --- | --- | --- |
| [illegible], [illegible] VAUGHAN P | | USN |

13

[illegible]

SHORE INTERMEDIATE MAINTENANCE ACTIVITY, CHARLESTON S.C.

DATE: 3-22-93 I have read and fully understand the principles and policies regarding sexual harassment which are delineated in ALNAV 003/93, SECNAV WASHINGTON, D.C. 132227Z JAN 93. I acknowledge that this command will not tolerate any form of sexual harassment, and that it is my right and my duty to report all incidents of sexual harassment to the chain of command, without fear of reprisal.

I further acknowledge that prejudice in any form is prohibited and will not be tolerated at this command.

Signature

Witness

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC V. | [redacted] | USN |

[redacted]

COMMANDING OFFICER, USS SIERRA AD-18 FPO AA 34084-2585

[redacted] SEA COUNTER STOPPED THIS DATE.

CAPPS PERSUPP [illegible]
ASSTPERSUPP SYDIRCO

OFFICIAL RECORD COPY

[redacted] ERIC [illegible]

[redacted]

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV 10-81)
S/N 0106-LF-010-6991

SHIP OR STATION USS SIERRA (AD 18), FPO AA [illegible]-2505

[illegible] : I hereby acknowledge and agree that I have the duty, as explained below, to establish and maintain an account with a United States financial institution for the direct deposit of my Navy net pay and allowances. I understand that I am required to execute the appropriate forms at my disbursing office to ensure that my Navy net pay and allowances are deposited directly into this account. I understand that I may freely choose or change U. S. financial institutions to satisfy this requirement. I understand that I will continue to have the duty to maintain such an account for direct deposit of my Navy net pay and allowances as long as I am on active/reserve duty, unless I receive a specific exemption from this requirement from the Navy. I understand that failure to perform the duty of establishing and maintaining such an account, in the absence of a specific exemption, may subject me to administrative and/or disciplinary action under the Uniform Code of Military Justice.

(Member's Signature)

Witnessed: M. K. [illegible] (SW), USN
By direction

OFFICIAL RECORD COPY

NAME (LAST, FIRST, MIDDLE): LUCAS, ERIC VAN DREW FRANKLIN
SSN NUMBER: [redacted]
BRANCH/CLASS: USN

2

[illegible]

642

USS SIERRA (AD-18), FPO AA 34084-2585

SUBJECT : THE FOLLOWING INFORMATION IS PROVIDED FOR FUTURE REENLISTMENT OR DISCHARGE:

ADSD: 87JUN05

PEBD: 84NOV22

| ENLISTED | DISCHARGED | BRANCH | STATUS | | | |
|---|---|---|---|---|---|---|
| PREVIOUS USNR INACTIVE SERVICE | | | | 02 YEARS | 04 MONTHS | 24 DAYS |
| 86NOV05 | 88APR07 | USNR | ACTIVE | 01 YEARS | 07 MONTHS | 03 DAYS |
| 88SEP30 | 88NOV24 | USNR | INACTIVE | 00 YEARS | 01 MONTHS | 25 DAYS |
| 88NOV25 | 92OCT01 | USN | ACTIVE | 03 YEARS | 10 MONTHS | 07 DAYS |

RATE AT REENLISTMENT: EM2
DATE OF RATE: 91JUN16
TIR DATE: 91[illegible]01

TOTAL INACTIVE FEDERAL MILITARY SERVICE: 02 YEARS 06 MONTHS 19 DAYS
TOTAL ACTIVE FEDERAL MILITARY SERVICE: 05 YEARS 05 MONTHS 10 DAYS

The above information is certified to be true and correct.

M. K. [illegible], EMC(SW), USN
By direction of the
Commanding Officer

OFFICIAL RECORD COPY

| NAME (LAST, FIRST, MIDDLE) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC VAN [illegible] FRANKLIN | [redacted] | USN |

OFFICIAL RECORD COPY

**ADMINISTRATIVE REMARKS**
**NAVPERS 1070/613**

SHIP OR STATION USS SIERRA (AD 18), FPO AA 34084-2505

020CT92 : Reenlisted this date for 6 years. Not entitled to reenlistment bonus.

M. K. Kempha
M. K. KEMPHA, NCC(SW), USN
By direction

020CT92 : I hereby certify that the following is my leave settlement.

| | |
|---|---|
| Cash settlement (fm lv bal on 31 Aug 76) | 00.0 DAYS |
| Cash settlement (fm lv bal on or after 1 Sep 76) | 00.0 DAYS |
| Leave carried over to new or extended enlistment | 18.0 DAYS |

Eric V. Lucas
(Member's signature)

Witnessed: M. K. Kempha
M. K. KEMPHA, NCC(SW), USN
By direction

020CT92 : In accordance with MILPERSMAN 1610150, I received instruction on the Uniform Code of Military Justice this date. The various types of discharge certificates and the basis for issuance and the possible effects of such relative to reenlistment, civilian employment, veterans benefits and relative matters were explained to me this date.

Eric V. Lucas
(Member's signature)

Witnessed: M. K. Kempha
M. K. KEMPHA, NCC(SW), USN
By direction

NAME (Last, First, MIDDLE) LUCAS, ERIC VAN [illegible] FRANKLIN

SSN [redacted]

Branch/Class USN

3

000152

[illegible]

ENLISTMENT MEMPHIS IN BY NAVY LIAISON MEPS JACKSON MS

MARRIED MEMBERS SERVING IN THE NAVAL RESERVE

27MAR04 : If I am married, or subsequently married while a member of the Naval Reserve, and if my spouse is serving as a member of the Armed Forces, either active or inactive, I understand that upon mobilization, my assignment will be under the needs of the U.S. Navy and that neither my spouse's assignment or my dependency status will be the basis for my reassignment nor discharge.

C. P. PORTILLAS, FN1, USN
NAVY LIAISON IN DIRECTION
(Signature of Enlisting Officer)

ERIC VON DREW FRANKLIN LUCAS
(Signature of Enlistee)

27MAR04 : I certify that I know how to swim, or if not, that I will cooperate in achieving water survival qualifications while at recruit training or OSVET indoctrination. I understand that water survival qualifications are;

Enter water first from heights of five feet and float or tread water for five minutes. Demonstrate techniques for preparing and using clothing and bouyant objects for staying afloat. Demonstrate how to put on and care for inherently bouyant and CO2-inflatable lifejackets. Demonstrate, under simulated conditions, techniques of swimming through oil, flames, and debris.

I further understand that failure to achieve water survival qualification during the first week of recruit training or OSVET indoctrination may result in reassignment to a later graduating recruit company or OSVET indoctrination class.

C. P. PORTILLAS, FN1, USN
NAVY LIAISON IN DIRECTION
(Signature of Enlisting Officer)

ERIC VON DREW FRANKLIN LUCAS
(Signature of Enlistee)

LUCAS, ERIC VON DREW FRANKLIN | [redacted] | USNR

OFFICIAL RECORD COPY

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
NAVAL SUPPORT ACTIVITY, NEW ORLEANS, LA

96SEP30 : I, ERIC V. LUCAS, have reviewed the information listed below on the occassion of my reenlistment on this date and certify that it is correct.

Periods of prior service:
27SEP84 - 04NOV86 USNR(INACTIVE)
05NOV86 - 07APR88 USNR(ACTIVE)
30SEP88 - 24NOV88 USNR(INACTIVE)
25NOV88 - 01OCT92 USN
02OCT92 - 29SEP96 USN

ERIC V. LUCAS

Witnessed:
P. I. GUERIN II, PN1, USNR(TAR)
SEPS|REEN SUPVR BYDIROIC

96SEP30 : Total cumulative sea service for pay purposes:

05 years 01 months 01 days

P. I. GUERIN II, PN1, USNR(TAR)
SEPS|REEN SUPVR BYDIROIC

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC V. | [redacted] | USN |

13

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
NAVAL SUPPORT ACTIVITY, NEW ORLEANS, LA

96SEP30 : "I hereby acknowledge and agree that I have the duty to establish and maintain an account with a financial institution for the direct deposit of my Navy net pay and allowances. I understand that I am required to execute the appropriate forms at my disbursing office to ensure that my Navy net pay and allowances are deposited directly into this account. I understand that I will continue to have the duty to maintain such an account for direct deposit of my Navy net pay and allowances as long as I am on Active/Reserve duty, unless I receive a specific exemption from this requirement from the Navy. I understand that failure to perform the duty of establishing and maintaining such an account, in the absence of a specific exemption may subject me to administrative and/or disciplinary action under the Uniform Code of Military Justice."

ERIC VANDREW LUCAS

Witnessed:

P. I. GUERIN II, PN1, USNR(TAR)
SEPS|REEN SUPVR BYDIROIC

OFFICIAL RECORD COPY

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| LUCAS, ERIC VANDREW | [redacted] | USN |

13