# United States of America

## DEPARTMENT OF THE NAVY

*Washington, D. C.,* 20370-5100

**I hereby certify** *that the annexed* pages 197-286 constitute a true and accurate "redacted" copy of the administrative file of the Defense Finance Accounting Service (DFAS) in the case of former SR Eric V.F. Lucas, USN, xxx-xx-5338; such record being kept in the ordinary course of official supervision and custody

*on file in the* Defense Finance and Accounting Service, Cleveland, OH 44199

Lennard A. Thomas
Legal Technician
OJAG, General Litigation
(Official Title)

## OFFICE OF THE SECRETARY

**I hereby certify** *that* Lennard A. Thomas

*who signed the foregoing certificate, was at the time of signing* Legal Technician, Office of the Judge Advocate General, General Litigation

*and that full faith and credit should be given his certification as such.*

**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 14 *day of* July, *two thousand* 08

H.R. Molinengo, II
Captain, JAGC, U.S. Navy
(Operations and Management)
For the Secretary of the Navy

NAVJAG 580 (REV. 02-07)

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
1240 EAST NINTH STREET
CLEVELAND OHIO 44199

(DFAS-HAC/CL)

March 17, 2008

LCDR Joseph B. Judkins, JAGC, USN
Office of Judge Advocate General
General Litigation Division, Code 14
1322 Patterson Avenue, S.E., Suite 3000
Washington Navy Yard, D.C. 20374-5066

Dear LCDR Judkins:

This letter acknowledges the request from your Office for records pertaining to SR Eric V.F. Lucas, USN (Separated). I apologize for the delay which was necessitated by the need to consult another Agency directorate.

Enclosed you will find documents which responsive to the request and are released without excision. The documents are a true and accurate reflection of the military Navy active duty pay account of SR Lucas and are kept in the usual course of business of this Agency as of this date.

**These documents contain Personal Data covered by the Privacy Act of 1974. Please ensure this information is protected from unauthorized access and/or disclosure.**

If I can be of further assistance, you may contact me at the above address or by telephone at (216) 522-5225.

Sincerely

Thomas Fasham
Thomas Fasham
Freedom of Information Act/Privacy Act
Office of Corporate Communications

Enclosures

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)



NAME: LUCAS ERIC VANDREW F     SSAN: [redacted]     GRADE: E6

YEARS-SVC: 16     BRANCH: NAVY     ADSN/DSSN: 0294     PERIOD COVERED: 1-30 JUN 01

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 2167.80 | FEDERAL TAXES | 255.77 | DISCRETIONARY ALT | 156.00 |
| BAS | 229.80 | FICA-SOC SECURITY | 134.40 | BANK ACCT ALLOT | 87.00 |
| BAH | .30 | FICA-MEDICARE | 31.43 | | |
| BAH | 720.20 | SGLI FOR | 20.00 | | |
| | | STATE TAXES | 61.31 | | |
| | | AFRH | .50 | | |
| | | MID-MONTH-PAY | 1075.52 | | |
| TOT-ENTS: | 3118.10 | TOT-DEDS: | 1578.93 | TOT-ALTS: | 243.00 |
| AMT-FWD: | .00 | NET-AMT: | 1296.17 | CR-FWD: | .00 |
| EOM-PAY: | 1296.17 | TOT-ENT-YTD: | 18304.31 | TOT-DED-YTD: | 3008.36 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | 2167.80 | 13312.30 | 1580.42 | .00 | S | 01 |
| FICA | 2167.80 | 12207.30 | 756.85 | | | |
| FICA MED-CA | 2167.80 | 12207.30 | 176.98 | | | |
| SITW (MS) | 2167.80 | 13312.30 | 383.11 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 18.5 | 22.5 | 14 | 27.0 | 107.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | W/DEP | VHA-ZIP: | 70083 | RENT-AMT: | 9999.99 |
| BAQ-DEPN: | CHILD | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | REGULAR | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 1 | RENT-STAT: | R | PACIDN: | |
| TPC: | Y | DIEMS: | 000000 | RET PLAN: | 0 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00     EXEMPT: .00     DEFERRED: .00

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                  PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:            5194                                 SSAN: [redacted]
        LUCAS ERIC VANDREW F                             LES-DATE:  010698
        USS STEPHEN W GROVES FFG 29                      PAY-DATE:  840927
        FPO          AA  34091                           ETS-DATE:  040302

LES-HISTORY REMARKS:
        -ON APRI_ 1, 2001, MOST CO-PAYMENT3 WERE
        ELIMINATED FOR CARE TO FAMILY MEMBERS OF
        ACTIVE DUTY MEMBERS ENROLLED IN TRICARE
        PRIME.  GO TO
        WWW.TRICARE.OSD.MIL/NEWSRELEASES/NEWS2001
        _005.HTM".
        -COMING SOON...NEW "SMART" ID CARDS FOR DOD
        ACTIVE DUTY MILITARY, SELECTED RESERVE, AND
        CIVILIANS. FOR MORE INFORMATION, PLEASE REFER
        TO WWW.DMDC.OSD.MIL/SMARTCARD".
        -THE IRS IS AUTHORIZED TO COLLECT OVERDUE TAX
        DEBTS FROM FEDERAL PAYMENTS. IF YOU ARE
        DELINQUENT, START NOW TO MAKE SETTLEMENT
        WITH THE IRS. FOR ASSISTANCE OR WAYS TO
        RESOLVE YOUR DELINQUENT TAX ACCOUNT, YOU
        MAY CONTACT THE IRS AT 1-800-829-7650 OR
        VISIT THEIR WEB SITE AT WWW.IRS.GOV.
        -US SAVINGS BOND INTEREST RATES ARE
        AVAILABLE AT WWW.SAVINGSBONDS.GOV.
        SEA DUTY TIME 07/11/00
        DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
        THE DATE YOU INITIALLY ENTERED MILITARY
        SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY
        FORMULA. FOR MORE INFORMATION ON DIEMS,
        RETIRED PAY FORMULAS, YOUR RETIRED PAY
        INDICATOR, AND CSB/REDUX, VISIT
        PAY2000.DTIC.MIL.
        CHANGE   GRADE                    010616(169)
        BAH BASED ON W/DEP, ZIP 70083
```

JUMPS LES ONLINE INQUIRY SYSTEM

LES-ARCHIVE LOCAL-PRINT

PAGE: 3

(PERSONAL DATA - PRIVACY ACT OF 1974)

BANK NAVY FEDERAL CREDIT UNION

[redacted]

```
*****************************************************************************************
*                          JUMPS LES ONLINE INQUIRY SYSTEM                              *
*                            LES-ARCHIVE LOCAL-PRINT                         PAGE: 1    *
*                       (PERSONAL DATA - PRIVACY ACT OF 1974)                           *
*****************************************************************************************
*                                                                                       *
*   NAME:  LUCAS ERIC VANDREW F              SSAN:  [redacted]        GRADE:   E6       *
*                                                                                       *
*   YEARS-SVC:  16        BRANCH:  NAVY      ADSN/DSSN:  0294    PERIOD COVERED:  1-31 JUL 01 *
*                                                                                       *
*          ENTITLEMENTS                      DEDUCTIONS                 ALLOTMENTS      *
*                                                                                       *
*   BASE PAY            2379.60      FEDERAL TAXES        287.54   DISCRETIONARY ALT    156.00 *
*   BAS                  237.46      FICA-SOC SECURITY    147.54   BANK ACCT ALLOT       87.00 *
*   BAH                     .30      FICA-MEDICARE         34.50                        *
*   BAH                  825.70      SGLI FOR              20.00                        *
*                                    STATE TAXES           71.90                        *
*                                    AFRH                    .50                        *
*                                    MID-MONTH-PAY       1315.47                        *
*                                                                                       *
*   TOT-ENTS:           3443.06      TOT-DEDS:           1877.45   TOT-ALTS:            243.00 *
*   AMT-FWD:                .00      NET-AMT:            1322.61   CR-FWD:                 .00 *
*   EOM-PAY:            1322.61      TOT-ENT-YTD:       21747.37   TOT-DED-YTD:        3570.34 *
*                                                                                       *
*   TAXES:          WAGE-PERIOD      WAGE-YTD             TAX-YTD  ADD L        M/S      EX *
*   FITW                2379.60      15691.90             1867.96    .00         S       01 *
*   FICA                2379.60      14586.90              904.39                       *
*   FICA MED-CA         2379.60      14586.90              211.48                       *
*   SITW  (MS)          2379.60      15691.90              455.01    .00         S       01 *
*                                                                                       *
*   LEAVE:      BF-BAL     ERND     USED     NEW-BAL    BAL-ETS    LV-LOST    LV-PD    USE/LOSE *
*                 18.5     25.0      14        29.5      107.5        .0       1.5        .0 *
*                                                                                       *
*   PAY-DATA:   BAQ-TYPE:  W/DEP             VHA-ZIP:     70083    RENT-AMT:     9999.99 *
*               BAQ-DEPN:  CHILD             JFTR:                 CHAR-YTD:         .00 *
*               BAS-TYPE:  REGULAR           2ND JFTR:             COLA-DPNS:          0 *
*               SHARE-HR:  1                 RENT-STAT:   R        PACIDN:              *
*               TPC:       Y                 DIEMS:       000000   RET PLAN:             0 *
*                                                                                       *
*   TSP:                  BASE PAY        SPECIAL PAY        INCENTIVE PAY       BONUS  *
*               RATE:          000              000                000            000   *
*               CURRENT:          .00              .00                .00            .00 *
*                                                                                       *
*   TSP DEDUCTION YTD:            .00    EXEMPT:            .00    DEFERRED:          .00 *
*****************************************************************************************
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                   PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:                5194                              SSAN: [redacted]
        LUCAS ERIC VANDREW F                              LES-DATE:  010798
        USS STEPHEN W GROVES FFG 29                       PAY-DATE:  840927
        FPO            AA  34091                          ETS-DATE:  040302

LES-HISTORY REMARKS:
        -LIFE JACKETS ARE LIFE SAVERS
        -OBTAIN PAY INFORMATION FROM THE MILITARY
        PAY INFORMATION LINE 24 HOURS A DAY, 7 DAYS
        A WEEK.  CALL TOLL FREE 1-800-346-3374,
        COMMERCIAL 216-522-5637 OR DSN 580-5637.
        -YOU AND YOUR FAMILY MAY BE ELIGIBLE FOR
        TRICARE PRIME REMOTE IF A MILITARY
        HOSPITAL/CLINIC IS NOT WITHIN 50 MILES OF
        YOUR RESIDENCE AND DUTY STATION.
        CALL 1-868-363-2273 OR GO TO
        WWW.TRICARE.OSD.MIL/REMOTE FOR MORE
        INFORMATION.
        SEA DUTY TIME 07/11/00
        DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
        THE DATE YOU INITIALLY ENTERED MILITARY
        SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY
        FORMULA. FOR MORE INFORMATION ON DIEMS,
        RETIRED PAY FORMULAS, YOUR RETIRED PAY
        INDICATOR, AND CSB/REDUX, VISIT
        PAY2000.DTIC.MIL.
        AS OF 23 JUL 01, 034 HIGH TEMPO DEPLOYMENT
        DAYS ACCRUED SINCE 01 OCT 00 (OR SINCE
        ENTERING MILITARY SERVICE)
        PAYLINE PIN WAS CHANGED. CALL 800-390-2348 OR
        216-522-5122 IF YOU DIDN'T CHANGE YOUR PIN.
        RATE CHG BASIC PAY                  010701(182)
        RATE CHG BAH                        010701(182)
        BAH BASED ON W/DEP, ZIP 70083
        BANK  NAVY FEDERAL CREDIT UNION
```

JUMPS LES ONLINE INQUIRY SYSTEM

LES-ARCHIVE LOCAL-PRINT

PAGE: 3

(PERSONAL DATA - PRIVACY ACT OF 1974)

[redacted]

```
*****************************************************************************************
*                           JUMPS LES ONLINE INQUIRY SYSTEM                             *
*                              LES-ARCHIVE LOCAL-PRINT                       PAGE: 1    *
*                        (PERSONAL DATA - PRIVACY ACT OF 1974)                          *
*****************************************************************************************
*                                                                                       *
*   NAME:  LUCAS ERIC VANDREW F               SSAN [redacted]           GRADE:   E6     *
*                                                                                       *
*   YEARS-SVC:  16          BRANCH:  NAVY     ADSN/DSSN:  0294      PERIOD COVERED:  1-31 AUG 01 *
*                                                                                       *
*         ENTITLEMENTS                         DEDUCTIONS                  ALLOTMENTS   *
*                                                                                       *
*   BASE PAY            2379.60     FEDERAL TAXES        287.54   DISCRETIONARY ALT   156.00 *
*   BAS                  237.46     FICA-SOC SECURITY    147.54   TRICARE DENTAL       19.08 *
*   BAH                     .30     FICA-MEDICARE         34.50   BANK ACCT ALLOT      87.00 *
*   BAH                  825.70     SGLI FOR              20.00                         *
*                                   STATE TAXES           71.90                         *
*                                   AFRH                    .50                         *
*                                   MID-MONTH-PAY       1305.92                         *
*                                                                                       *
*   TOT-ENTS:           3443.06     TOT-DEDS:           1867.90   TOT-ALTS:           262.08 *
*   AMT-FWD:                .00     NET-AMT:            1313.08   CR-FWD:                .00 *
*   EOM-PAY:            1313.08     TOT-ENT-YTD:       25190.43   TOT-DED-YTD:       4132.32 *
*                                                                                       *
*   TAXES:           WAGE-PERIOD    WAGE-YTD             TAX-YTD  ADD L       M/S      EX *
*   FITW                2379.60     18071.50             2155.50    .00        S       01 *
*   FICA                2379.60     16966.50             1051.93                        *
*   FICA MED-CA         2379.60     16966.50              245.98                        *
*   SITW  (MS)          2379.60     18071.50              526.91    .00        S       01 *
*                                                                                       *
*   LEAVE:     BF-BAL     ERND     USED     NEW-BAL    BAL-ETS    LV-LOST    LV-PD    USE/LOSE *
*               18.5      27.5      27        19.0       94.5        .0       1.5       .0  *
*                                                                                       *
*   PAY-DATA:  BAQ-TYPE:  W/DEP            VHA-ZIP:    70083       RENT-AMT:     9999.99 *
*              BAQ-DEPN:  CHILD            JFTR:                   CHAR-YTD:         .00 *
*              BAS-TYPE:  REGULAR          2ND JFTR:               COLA-DPNS:         0  *
*              SHARE-NR:  1                RENT-STAT:  R           PACIDN:               *
*              TPC:       Y                DIEMS:      000000      RET PLAN:          0  *
*                                                                                       *
*   TSP:                  BASE PAY      SPECIAL PAY      INCENTIVE PAY      BONUS       *
*              RATE:         000           000              000             000         *
*              CURRENT:         .00           .00              .00             .00      *
*                                                                                       *
*   TSP DEDUCTION YTD:          .00   EXEMPT:          .00   DEFERRED:          .00     *
*****************************************************************************************
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                    PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:            5194                                  SSAN: [redacted]
         LUCAS ERIC VANDREW F                             LES-DATE:  010898
         USS STEPHEN W GROVES FFG 29                      PAY-DATE:  840927
         FPO           AA  34091                          ETS-DATE:  040302

LES-HISTORY REMARKS:
         -YOU DRINK, YOU DRIVE, YOU LOSE.
         -THE FIRST THRIFT SAVINGS PLAN (TSP) OPEN
         SEASON FOR MILITARY WILL BE OCT 9, 2001 THRU
         JAN 31, 2002. TO LEARN MORE ABOUT TSP, VISIT
         HTTP://PAY2000.DTIC.MIL OR
         HTTP://WWW.TSP.GOV/UNISERV/FORMS/INDEX.HTML.
         -ASSIGNED TO A UNIT IN CONUS WITHOUT A
         MILITARY TREATMENT FACILITY? TRICARE PRIME
         REMOTE INFORMATION IS AVAILABLE AT
         WWW.TRICARE.OSD.MIL/REMOTE OR CALL
         1-877-363-2273.
         SEA DUTY TIME 07/11/00
         START DENTAL  0108    (215)
         DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
         THE DATE YOU INITIALLY ENTERED MILITARY
         SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY
         FORMULA. FOR MORE INFORMATION ON DIEMS,
         RETIRED PAY FORMULAS, YOUR RETIRED PAY
         INDICATOR, AND CSB/REDUX, VISIT
         PAY2000.DTIC.MIL.
         AS OF 15 AUG 01, 034 HIGH TEMPO DEPLOYMENT
         DAYS ACCRUED SINCE 01 OCT 00 (OR SINCE
         ENTERING MILITARY SERVICE)
         CHARGE LEAVE            010703-010715(228)
         BAH BASED ON W/DEP, ZIP 70083
         BANK  NAVY FEDERAL CREDIT UNION
         ACCT # 1149639724
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

NAME: LUCAS ERIC VANDREW F    SSAN: [redacted]    GRADE: E6

YEARS-SVC: 17    BRANCH: NAVY    ADSN/DSSN: 0294    PERIOD COVERED: 1-30 SEP 01

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 2379.60 | FEDERAL TAXES | 287.54 | DISCRETIONARY ALT | 156.00 |
| BAS | 229.80 | FICA-SOC SECURITY | 147.54 | TRICARE DENTAL | 19.08 |
| BAH | .30 | FICA-MEDICARE | 34.50 | BANK ACCT ALLOT | 87.00 |
| BAH | 825.70 | SGLI FOR | 20.00 | | |
| | | STATE TAXES | 71.90 | | |
| | | AFRH | .50 | | |
| | | MID-MONTH-PAY | 1305.92 | | |
| TOT-ENTS: | 3435.40 | TOT-DEDS: | 1867.90 | TOT-ALTS: | 262.08 |
| AMT-FWD: | .00 | NET-AMT: | 1305.42 | CR-FWD: | .00 |
| EOM-PAY: | 1305.42 | TOT-ENT-YTD: | 28625.83 | TOT-DED-YTD: | 4694.30 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | 2379.60 | 20451.10 | 2443.04 | .00 | S | 01 |
| FICA | 2379.60 | 19346.10 | 1199.47 | | | |
| FICA MED-CA | 2379.60 | 19346.10 | 280.48 | | | |
| SITW (MS) | 2379.60 | 20451.10 | 598.81 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 18.5 | 30.0 | 27 | 21.5 | 94.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | W/DEP | VHA-ZIP: | 70083 | RENT-AMT: | 9999.99 |
| BAQ-DEPN: | CHILD | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | REGULAR | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 1 | RENT-STAT: | R | PACIDN: | |
| TPC: | Y | DIEMS: | 000000 | RET PLAN: | 0 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00    EXEMPT: .00    DEFERRED: .00

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
USS STEPHEN W GROVES FFG 29
FPO AA 34091

SSAN: [redacted]
LES-DATE: 010998
PAY-DATE: 840927
ETS-DATE: 040302

LES-HISTORY REMARKS:
-PROTECT YOUR HEAD - WEAR A HELMET.
-FAMILY COVERAGE UNDER SGLI TAKES EFFECT 1 NOV 2001. LOGON TO HTTP:/WWW.INSURANCE.VA.GOV/ FOR MORE DETAILS. GO TO YOUR PERSONNEL OFFICE TO UPDATE YOUR DEPENDENT INFORMATION.
-PUBLIC LAW 106-419 PROVIDES AN OPPORTUNITY FOR PERSONNEL UNDER VEAP TO ENROLL IN THE MGIB THROUGH OCT 31, 2001. VISIT YOUR EDUCATION OR PERSONNEL OFFICE FOR DETAILS.
SEA DUTY TIME 07/11/00
DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
THE DATE YOU INITIALLY ENTERED MILITARY SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY FORMULA. FOR MORE INFORMATION ON DIEMS, RETIRED PAY FORMULAS, YOUR RETIRED PAY INDICATOR, AND CSB/REDUX, VISIT PAY2000.DTIC.MIL.
AS OF 15 SEP 01, 034 HIGH TEMPO DEPLOYMENT DAYS ACCRUED SINCE 01 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
BAH BASED ON W/DEP, ZIP 70083
BANK NAVY FEDERAL CREDIT UNION
ACCT # 1149639724

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

| | | | | | |
|---|---|---|---|---|---|
| NAME: | LUCAS ERIC VANDREW F | SSAN: | [redacted] | GRADE: | E6 |
| YEARS-SVC: 17 | BRANCH: NAVY | ADSN/DSSN: | 0294 | PERIOD COVERED: | 1-31 OCT 01 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 2379.60 | FEDERAL TAXES | 287.54 | DISCRETIONARY ALT | 156.00 |
| BAS | 237.46 | FICA-SOC SECURITY | 147.54 | TRICARE DENTAL | 19.08 |
| BAH | .30 | FICA-MEDICARE | 34.50 | BANK ACCT ALLOT | 87.00 |
| BAH | 825.70 | SGLI FOR | 20.00 | | |
| | | STATE TAXES | 71.90 | | |
| | | AFRH | .50 | | |
| | | MID-MONTH-PAY | 1305.92 | | |
| TOT-ENTS: | 3443.06 | TOT-DEDS: | 1867.90 | TOT-ALTS: | 262.08 |
| AMT-FWD: | .00 | NET-AMT: | 1313.08 | CR-FWD: | .00 |
| EOM-PAY: | 1313.08 | TOT-ENT-YTD: | 32068.89 | TOT-DED-YTD: | 5256.28 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | 2379.60 | 22830.70 | 2730.58 | .00 | S | 01 |
| FICA | 2379.60 | 21725.70 | 1347.01 | | | |
| FICA MED-CA | 2379.60 | 21725.70 | 314.98 | | | |
| SITW (MS) | 2379.60 | 22830.70 | 670.71 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 21.5 | 2.5 | 0 | 24.0 | 94.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | W/DEP | VHA-ZIP: | 70083 | RENT-AMT: | 9999.99 |
| BAQ-DEPN: | CHILD | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | REGULAR | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 1 | RENT-STAT: | R | PACIDN: | |
| TPC: | Y | DIEMS: | 000000 | RET PLAN: | 0 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00 EXEMPT: .00 DEFERRED: .00

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                    PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:                 5194                              SSAN: [redacted]
          LUCAS ERIC VANDREW F                             LES-DATE: [redacted]
          USS STEPHEN W GROVES FFG 29                      PAY-DATE:  840927
          FPO           AA  34091                          ETS-DATE:  040302

LES-HISTORY REMARKS:
          -DRIVE AS IF YOUR LIFE DEPENDS ON IT.
          -FAMILY SGLI EFF 1 NOV 2001.  AUTO ENROLLMENT
          OF SPOUSES @ $100,000 OR AMT=MBR'S COVERAGE,
          WHICHEVER IS LESS. VISIT YOUR PERSONNEL
          OFFICE TO UPDATE YOUR DEP INFO, OR TO REDUCE
          OR DECLINE COVERAGE.
          -IN JAN 2002, YOUR MONTHLY CONTRIBUTION TO
          THE ARMED FORCES RETIREMENT HOME WILL
          INCREASE FROM $.50 TO $1 TO SUSTAIN THE
          TRADITION OF PROVIDING QUALITY CARE TO OUR
          NATION'S VETERANS WHO RESIDE THERE. LEARN
          MORE AT WWW.AFRH.COM.
          -THE THRIFT SAVINGS PLAN (TSP) OPEN SEASON IS
          OCT 9-JAN 31. VISIT YOUR PERSONNEL OFFICE OR
          LOGON WWW.TSP.GOV/UNISERV/INDEX.HTML
          -EFFECTIVE 8 OCT 01, THE ACCUMULATION OF
          DEPLOYMENT DAYS FOR PURPOSES OF DETERMINING
          ELIGIBILITY FOR HIGH DEPLOYMENT PER DIEM IS
          SUSPENDED.
          SEA DUTY TIME 07/11/00
          DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
          THE DATE YOU INITIALLY ENTERED MILITARY
          SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY
          FORMULA. FOR MORE INFORMATION ON DIEMS,
          RETIRED PAY FORMULAS, YOUR RETIRED PAY
          INDICATOR, AND CSB/REDUX, VISIT
          PAY2000.DTIC.MIL.
          BAH BASED ON W/DEP, ZIP 70083
          BANK  NAVY FEDERAL CREDIT UNION
```

JUMPS LES ONLINE INQUIRY SYSTEM

LES-ARCHIVE LOCAL-PRINT

PAGE: 3

(PERSONAL DATA - PRIVACY ACT OF 1974)

[redacted]

```
                         JUMPS LES ONLINE INQUIRY SYSTEM
                            LES-ARCHIVE LOCAL-PRINT                          PAGE: 1
                       (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F                 SSAN: [redacted]            GRADE:   E6

YEARS-SVC:  17          BRANCH:  NAVY       ADSN/DSSN:  0294            PERIOD COVERED:  1-30 NOV 01

         ENTITLEMENTS                           DEDUCTIONS                          ALLOTMENTS

BASE PAY               2379.60      FEDERAL TAXES           287.54      DISCRETIONARY ALT      156.00
BAS                     229.80      FICA-SOC SECURITY       147.54      TRICARE DENTAL          19.08
BAH                        .30      FICA-MEDICARE            34.50      BANK ACCT ALLOT         87.00
BAH                     825.70      SGLI FOR                 20.00
CLOTHING                414.00      STATE TAXES              71.90
                                    AFRH                       .50
                                    MID-MONTH-PAY          1305.92


TOT-ENTS:              3849.40      TOT-DEDS:              1867.90      TOT-ALTS:              262.08
AMT-FWD:                   .00      NET-AMT:               1719.42      CR-FWD:                    .00
EOM-PAY:               1719.42      TOT-ENT-YTD:          35918.29      TOT-DED-YTD:          5818.26

TAXES:             WAGE-PERIOD      WAGE-YTD               TAX-YTD      ADD L          M/S         EX
FITW                   2379.60      25210.30               3018.12       .00           S           01
FICA                   2379.60      24105.30               1494.55
FICA MED-CA            2379.60      24105.30                349.48
SITW  (MS)             2379.60      25210.30                742.61       .00           S           01

LEAVE:        BF-BAL      ERND      USED     NEW-BAL      BAL-ETS     LV-LOST     LV-PD      USE/LOSE
               21.5        5.0        0        26.5         94.5         .0        1.5          .0

PAY-DATA:     BAQ-TYPE:   W/DEP                VHA-ZIP:     70083               RENT-AMT:      9999.99
              BAQ-DEPN:   CHILD                JFTR:                            CHAR-YTD:          .00
              BAS-TYPE:   REGULAR              2ND JFTR:                        COLA-DPNS:          0
              SHARE-NR:   1                    RENT-STAT:   R                   PACIDN:
              TPC:        Y                    DIEMS:       000000              RET PLAN:               0

TSP:                      BASE PAY        SPECIAL PAY        INCENTIVE PAY        BONUS
              RATE:         000             000                000                000
              CURRENT:          .00             .00                .00                .00

TSP DEDUCTION YTD:              .00     EXEMPT:             .00     DEFERRED:             .00
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                   PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:              5194                                SSAN: [redacted]
        LUCAS ERIC VANDREW F                              LES-DATE:  011198
        USS STEPHEN W GROVES FFG 29                       PAY-DATE:  840927
        FPO           AA  34091                           ETS-DATE:  040302

LES-HISTORY REMARKS:
        -BUCKLE UP! WINNERS DO IT.
        -FAMILY SGLI EFF 1 NOV 2001. REDUCE OR
        DECLINE SPOUSE'S COVERAGE BY 31 DEC TO
        RECEIVE A REFUND OF ANY FAMILY SGLI PREMIUMS
        PAID. VISIT YOUR PERSONNEL OFFICE.
        -THE THRIFT SAVINGS PLAN (TSP) OPEN SEASON IS
        OCT 9-JAN 31. VISIT YOUR PERSONNEL OFFICE OR
        LOGON TO WWW.TSP.GOV/UNISERV/INDEX.HTML OR
        HTTP://PAY2000.DTIC.MIL
        -EFF 8 OCT 01, THE ACCUMULATION OF DEPLOYMENT
        DAYS FOR HIGH DEPLOYMENT PER DIEM IS
        SUSPENDED.
        -THE IRS IS AUTHORIZED TO COLLECT OVERDUE TAX
        DEBTS FROM FEDERAL PAYMENTS. STARTING IN 2002
        DELINQUENT TAXES WILL BE INVOLUNTARILY
        WITHHELD FROM YOUR PAY. CONTACT THE IRS AT
        1-800-829-7650 OR LOGON TO WWW.IRS.GOV FOR
        TAXPAYER ASSISTANCE.
        SEA DUTY TIME 07/11/00
        DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
        THE DATE YOU INITIALLY ENTERED MILITARY
        SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY
        FORMULA. FOR MORE INFORMATION ON DIEMS,
        RETIRED PAY FORMULAS, YOUR RETIRED PAY
        INDICATOR, AND CSB/REDUX, VISIT
        PAY2000.DTIC.MIL.
        CLOTHING MAINTENANCE       001201-011130(323)
        BAH BASED ON W/DEP, ZIP 70083
        BANK  NAVY FEDERAL CREDIT UNION
```

JUMPS LES ONLINE INQUIRY SYSTEM

LES-ARCHIVE LOCAL-PRINT PAGE: 3

(PERSONAL DATA - PRIVACY ACT OF 1974)

[redacted]

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

| | | | | | |
|---|---|---|---|---|---|
| NAME: | LUCAS ERIC VANDREW F | SSAN: | [redacted] | GRADE: | E6 |
| YEARS-SVC: 17 | BRANCH: NAVY | ADSN/DSSN: | 0294 | PERIOD COVERED: | 1-31 DEC 01 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 2379.60 | FEDERAL TAXES | 287.54 | DISCRETIONARY ALT | 156.00 |
| BAS | 237.46 | FICA-SOC SECURITY | 147.54 | TRICARE DENTAL | 19.08 |
| BAH | .30 | FICA-MEDICARE | 34.50 | BANK ACCT ALLOT | 87.00 |
| BAH | 825.70 | SGLI FOR | 20.00 | | |
| REFUND MEDICARE | -.05 | STATE TAXES | 71.90 | | |
| REF SOC SECURITY | .03 | AFRH | .50 | | |
| | | MID-MONTH-PAY | 1305.92 | | |
| TOT-ENTS: | 3443.04 | TOT-DEDS: | 1867.90 | TOT-ALTS: | 262.08 |
| AMT-FWD: | .00 | NET-AMT: | 1313.06 | CR-FWD: | .00 |
| EOM-PAY: | 1313.06 | TOT-ENT-YTD: | 39361.35 | TOT-DED-YTD: | 6380.24 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | 2379.60 | 27589.90 | 3305.66 | .00 | S | 01 |
| FICA | 2379.60 | 26484.90 | 1642.06 | | | |
| FICA MED-CA | 2379.60 | 26484.90 | 384.03 | | | |
| SITW (MS) | 2379.60 | 27589.90 | 814.51 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 21.5 | 7.5 | 0 | 29.0 | 94.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | W/DEP | VHA-ZIP: | 70083 | RENT-AMT: | 9999.99 |
| BAQ-DEPN: | CHILD | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | REGULAR | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 1 | RENT-STAT: | R | PACIDN: | |
| TPC: | Y | DIEMS: | 000000 | RET PLAN: | 0 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00 EXEMPT: .00 DEFERRED: .00

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
USS STEPHEN W GROVES FFG 29
FPO AA 34091

SSAN: [redacted]
LES-DATE: 011298
PAY-DATE: 840927
ETS-DATE: 040302

LES-HISTORY REMARKS:
-SPEED SHATTERS LIVES.
-EFF JAN 02, TRICARE DENTAL PREMIUMS WILL INCREASE 3.5%. FOR MORE INFO LOGON TO WWW.UCCI.COM OR CONTACT UNITED CONCORDIA.
-THE THRIFT SAVINGS PLAN (TSP) OPEN SEASON IS OCT 9-JAN 31. VISIT YOUR PERSONNEL OFFICE OR LOGON TO WWW.TSP.GOV/UNISERV/INDEX.HTML OR HTTP://PAY2000.DTIC.MIL.
-EFF 8 OCT 01, THE ACCUMULATION OF DEPLOYMENT DAYS FOR HIGH DEPLOYMENT PER DIEM IS SUSPENDED.
-DEEP POWDER, DEEP DISCOUNTS! ROCKY MOUNTAIN BLUE, THE AIR FORCE'S WORLD-CLASS RESORT IN COLORADO OFFERS CHAMPAGNE SKIING ON A MILITARY BUDGET. SEE WWW.ROCKYMOUNTAINBLUE.COM FOR DETAILS.
SEA DUTY TIME 07/11/00
DIEMS DATE: 840927 RETIREMENT PLAN: HIGH 3
THE DATE YOU INITIALLY ENTERED MILITARY SERVICE (DIEMS) DETERMINES YOUR RETIRED PAY FORMULA. FOR MORE INFORMATION ON DIEMS, RETIRED PAY FORMULAS, YOUR RETIRED PAY INDICATOR, AND CSB/REDUX, VISIT PAY2000.DTIC.MIL.
CORRECT FICA WAGES/DEDTN YTD (349)
CORRECT MEDICARE WAGES/DEDTN YTD (349)
BAH BASED ON W/DEP, ZIP 70083
BANK NAVY FEDERAL CREDIT UNION
ACCT # 1149639724

```
                         JUMPS LES ONLINE INQUIRY SYSTEM
                            LES-ARCHIVE LOCAL-PRINT                        PAGE: 1
                      (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F              SSAN: [redacted]           GRADE:   E6

YEARS-SVC:  17        BRANCH:  NAVY      ADSN/DSSN:  0294           PERIOD COVERED:  1-31 JAN 02

          ENTITLEMENTS                        DEDUCTIONS                       ALLOTMENTS

BASE PAY            2558.10     FEDERAL TAXES          288.47     DISCRETIONARY ALT     156.00
BAS                  241.60     FICA-SOC SECURITY      158.60     TRICARE DENTAL         19.74
BAH                     .30     FICA-MEDICARE           37.09     BANK ACCT ALLOT        87.00
BAH                  888.70     SGLI FOR                20.00
                                STATE TAXES             80.82
                                AFRH                      .50
                                MID-MONTH-PAY         1412.84


TOT-ENTS:           3688.70     TOT-DEDS:             1998.32     TOT-ALTS:             262.74
AMT-FWD:                .00     NET-AMT:              1427.64     CR-FWD:                  .00
EOM-PAY:            1427.64     TOT-ENT-YTD:          3688.70     TOT-DED-YTD:          585.48

TAXES:          WAGE-PERIOD     WAGE-YTD              TAX-YTD     ADD L        M/S        EX
FITW                2558.10     2558.10                288.47       .00         S         01
FICA                2558.10     2558.10                158.60
FICA MED-CA         2558.10     2558.10                 37.09
SITW  (MS)          2558.10     2558.10                 80.82       .00         S         01

LEAVE:       BF-BAL     ERND      USED      NEW-BAL     BAL-ETS     LV-LOST     LV-PD     USE/LOSE
              21.5      10.0         0         31.5        94.5          .0       1.5           .0

PAY-DATA:    BAQ-TYPE:  W/DEP                VHA-ZIP:     70083             RENT-AMT:     9999.99
             BAQ-DEPN:  CHILD                JFTR:                          CHAR-YTD:         .00
             BAS-TYPE:  STANDAR              2ND JFTR:                      COLA-DPNS:          0
             SHARE-NR:  1                    RENT-STAT:   R                 PACIDN:
             TPC:       Y                    DIEMS:       840927            RET PLAN:      HIGH 3

TSP:                      BASE PAY       SPECIAL PAY        INCENTIVE PAY        BONUS
             RATE:             000            000                  000            000
             CURRENT:             .00            .00                  .00            .00

TSP DEDUCTION YTD:            .00      EXEMPT:           .00      DEFERRED:             .00
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
USS STEPHEN W GROVES FFG 29
FPO AA 34091

SSAN: [redacted]
LES-DATE: 020198
PAY-DATE: 840927
ETS-DATE: 040302

LES-HISTORY REMARKS:
-BAD DRIVING, NOT BAD LUCK, CAUSES ACCIDENTS.
-CONTACT YOUR VOTING ASSISTANCE OFFICER TO REQUEST YOUR BALLOTS NOW! "VOTE TO CHOOSE - CHOOSE TO VOTE" HTTP://WWW.FVAP.NCR.GOV.
-2001 FEDERAL AND STATE INCOME TAXES ARE DUE! FOR FREE TAX ASSISTANCE AND ELECTRONIC FILING VISIT YOUR INSTALLATION TAX ASSISTANCE CENTER OR SUPPORTING LEGAL ASSISTANCE OFFICE.
-EFF JAN 02, TRICARE DENTAL PREMIUMS INCREASED 3.5%. FOR MORE INFO LOGON TO WWW.UCCI.COM OR CONTACT UNITED CONCORDIA.
-TSP CONTRIBUTIONS ARE DEDUCTED EACH PAY PERIOD FOR MEMBERS CONVENIENCE. CONTRIBUTIONS ARE FORWARDED TO THE NATIONAL FINANCE CENTER AT MONTH'S END.
-THE IRS IS AUTHORIZED TO COLLECT OVERDUE TAX DEBTS FROM FEDERAL PAYMENTS. STARTING IN 2002 DELINQUENT TAXES WILL BE INVOLUNTARILY WITHHELD FROM PAY. CONTACT THE IRS AT 1-800-829-7650 OR LOGON TO WWW.IRS.GOV FOR TAXPAYER ASSISTANCE.
-MEMBERS AND THEIR FAMILIES AFFECTED BY COMBAT ZONE SERVICE MAY CALL THE IRS TOLL FREE AT 866-562-5227 TO DISCUSS ANY TAX TOPIC.
SEA DUTY TIME 07/11/00
INCREASE DENTAL 0201 (005)
RATE CHG BASIC PAY 020101(001)
RATE CHG BAH 020101(001)

```
*****************************************************************************************************
*                                  JUMPS LES ONLINE INQUIRY SYSTEM                                  *
*                                    LES-ARCHIVE LOCAL-PRINT                            PAGE: 3     *
*                              (PERSONAL DATA - PRIVACY ACT OF 1974)                                *
*****************************************************************************************************
*                                                                                                   *
*            RATE CHG BAS                    020101(001)                                            *
*            PAYLINE PIN WAS CHANGED. CALL 800-390-2348 OR                                          *
*            216-522-5122 IF YOU DIDN'T CHANGE YOUR PIN.                                            *
*            BAH BASED ON W/DEP, ZIP 70083                                                          *
[redacted]T UNION                                                                                   *
                                                                                                    *
*****************************************************************************************************
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

NAME: LUCAS ERIC VANDREW F    SSAN: [redacted]    GRADE: E6

YEARS-SVC: 17    BRANCH: NAVY    ADSN/DSSN: 0294    PERIOD COVERED: 1-28 FEB 02

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 2558.10 | FEDERAL TAXES | 288.47 | DISCRETIONARY ALT | 156.00 |
| BAS | 241.60 | FICA-SOC SECURITY | 158.60 | TRICARE DENTAL | 19.74 |
| BAH | .30 | FICA-MEDICARE | 37.09 | BANK ACCT ALLOT | 87.00 |
| BAH | 888.70 | SGLI FOR | 20.00 | | |
| | | STATE TAXES | 80.82 | | |
| | | AFRH | -.50 | | |
| | | MID-MONTH-PAY | 1420.50 | | |
| TOT-ENTS: | 3688.70 | TOT-DEDS: | 2004.98 | TOT-ALTS: | 262.74 |
| AMT-FWD: | .00 | NET-AMT: | 1420.98 | CR-FWD: | .00 |
| EOM-PAY: | 1420.98 | TOT-ENT-YTD: | 7377.40 | TOT-DED-YTD: | 1169.96 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | 2558.10 | 5116.20 | 576.94 | .00 | S | 01 |
| FICA | 2558.10 | 5116.20 | 317.20 | | | |
| FICA MED-CA | 2558.10 | 5116.20 | 74.18 | | | |
| SITW (MS) | 2558.10 | 5116.20 | 161.64 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 21.5 | 12.5 | 0 | 34.0 | 94.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | W/DEP | VHA-ZIP: | 70083 | RENT-AMT: | 9999.99 |
| BAQ-DEPN: | CHILD | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | STANDAR | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 1 | RENT-STAT: | R | PACIDN: | |
| TPC: | | DIEMS: | 840927 | RET PLAN: | HIGH 3 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00    EXEMPT: .00    DEFERRED: .00

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)
PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
USS STEPHEN W GROVES FFG 29
FPO AA 34091

SSAN [redacted]
LES-DATE: 020298
PAY-DATE: 840927
ETS-DATE: 040302

LES-HISTORY REMARKS:
-LEAVE HORSEPLAY TO THE HORSES.
-2001 FEDERAL AND STATE INCOME TAXES ARE DUE! FOR FREE TAX ASSISTANCE AND ELECTRONIC FILING, VISIT YOUR INSTALLATION TAX ASSISTANCE CENTER OR SUPPORTING LEGAL ASSISTANCE OFFICE.
-MEMBERS AND THEIR FAMILIES AFFECTED BY COMBAT ZONE SERVICE MAY CALL THE IRS TOLL FREE AT 866-562-5227 TO DISCUSS ANY TAX TOPIC.
SEA DUTY TIME 07/11/00
BAH BASED ON W/DEP, ZIP 70083
BANK NAVY FEDERAL CREDIT UNION
[redacted]

```
                              JUMPS LES ONLINE INQUIRY SYSTEM
                                 LES-ARCHIVE LOCAL-PRINT                          PAGE: 1
                            (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F                  SSAN: [redacted]            GRADE:  E1

YEARS-SVC:  17        BRANCH:  NAVY          ADSN/DSSN:  3103            PERIOD COVERED:  1-31 MAR 02

         ENTITLEMENTS                               DEDUCTIONS                         ALLOTMENTS

BASE PAY                  960.24      SGLI FOR                  20.00     TRICARE DENTAL        19.74
BAS                        64.43      PCS MEMBERS                 .00
BAH                         -.16      UCMJ                    1105.50
BAH                      -473.97      DEBT                     201.33
ADVANCE DEBT             1969.98      AAFES DEBT               152.90
                                      MID-MONTH-PAY           1021.05

TOT-ENTS:                2520.52      TOT-DEDS:               2500.78     TOT-ALTS:             19.74
AMT-FWD:                     .00      NET-AMT:                    .00     CR-FWD:                 .00
EOM-PAY:                     .00      TOT-ENT-YTD:            9897.92     TOT-DED-YTD:        2649.69

TAXES:               WAGE-PERIOD      WAGE-YTD                TAX-YTD     ADD L        M/S       EX
FITW                         .00       5116.20                 576.94      .00         S         01
FICA                         .00       4970.94                 317.20
FICA MED-CA                  .00       4970.94                  74.18
SITW  (MS)                   .00       4825.68                 250.52      .00         S         01

LEAVE:      BF-BAL      ERND      USED      NEW-BAL      BAL-ETS      LV-LOST      LV-PD      USE/LOSE
              21.5      11.0        26          6.5         64.5           .0        1.5            .0

PAY-DATA:   BAQ-TYPE:   * N/A *             VHA-ZIP:     00000              RENT-AMT:        .00
            BAQ-DEFN:   * N/A *             JFTR:                           CHAR-YTD:        .00
            BAS-TYPE:   STANDAR             2ND JFTR:                       COLA-DPNS:         0
            SHARE-NR:   0                   RENT-STAT:                      PACIDN:
            TPC:                            DIEMS:       840927             RET PLAN:     HIGH 3

TSP:                    BASE PAY       SPECIAL PAY       INCENTIVE PAY       BONUS
            RATE:            000            000                000             000
            CURRENT:             .00            .00                .00              .00

TSP DEDUCTION YTD:              .00    EXEMPT:            .00    DEFERRED:               .00
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
[redacted]

SSAN: [redacted]
LES-DATE: 020398
PAY-DATE: 841004
ETS-DATE: 040302

LES-HISTORY REMARKS:
-FAMOUS LAST WORDS: "I'M SOBER ENOUGH TO DRIVE."
-2001 FEDERAL AND STATE INCOME TAXES ARE DUE! FOR FREE TAX ASSISTANCE AND ELECTRONIC FILING, VISIT YOUR INSTALLATION TAX ASSISTANCE CENTER OR SUPPORTING LEGAL ASSISTANCE OFFICE.
-MEMBERS AND THEIR FAMILIES AFFECTED BY COMBAT ZONE SERVICE MAY CALL THE IRS TOLL FREE AT 866-562-5227 TO DISCUSS ANY TAX TOPIC.
-CONTACT YOUR VOTING ASSISTANCE OFFICER TO REQUEST YOUR BALLOTS NOW! "VOTE TO CHOOSE - CHOOSE TO VOTE" HTTP://WWW.FVAP.NCR.GOV
-YOU MAY BE ELIGIBLE FOR UP TO $100/MO IN REIMBURSEMENT FOR MASS TRANSPORTATION EXPENSES. TO LEARN ABOUT THE TRANSPORTATION INCENTIVE PROGRAM GO TO WWW.FMC.NAVY.MIL/SERVICES/TIP.HTM
MEMBERS ENROLLED IN TSP SHOULD VERIFY THEIR ADDRESS VIA E/MSS OR THE PAY OFFICE.

SEA DUTY TIME 07/11/00

| | |
|---|---|
| MONETARY PUNISHMENT BAL | $12160.50 |
| MIL PAY/ALLOW DEBT BAL | $910.64 |
| MIL PAY/ALLOW DEBT BAL | $238.62 |
| TOTAL INDEBTEDNESS | $619.39(081) |

USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                    PAGE: 3
(PERSONAL DATA - PRIVACY ACT OF 1974)

CORRECT FITW WAGES/DEDTN YTD              (080)
CURRENT MONTH LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
INDEBTEDNESS DUE US           $145.26(071)
AAFES DEBT BAL DUE     $152.90 AS OF EOM 0202
INDEBTEDNESS DUE US           $474.13(060)
START    PCS                      020226(060)
STOP     DIRECT DEPOSIT           020301(060)
STOP     DISCRETIONARY ALLOTMENT  0202  (060)
STOP     BANK ACCOUNT ALLOTMENT   0202  (060)
STOP     BAH                      020214(060)
PCS                        020221-020221(060)
CHANGE   GRADE                    020228(071)
CHANGE   CONFINED                 020221(078)
INDEBTEDNESS DUE US           $319.15(078)
START    FINE/FORFEITURE/DETAINED 020228(078)
CONFINED                   020214-020220(078)
INDEBTEDNESS DUE US            $56.37(078)
CHARGE LEAVE               020102-020116(080)
INDEBTEDNESS               020301-020331(080)
START    INDEBTEDNESS             020301(080)
CHARGE LEAVE               020131-020210(080)
START    INDEBTEDNESS             020301(080)
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                PAGE: 1
(PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F                 SSAN: [redacted]          GRADE:  E1

YEARS-SVC:  17          BRANCH:  NAVY       ADSN/DSSN:  3103          PERIOD COVERED:  1-30 APR 02

           ENTITLEMENTS                         DEDUCTIONS                     ALLOTMENTS

BASE PAY                1105.50     SGLI FOR               20.00      TRICARE DENTAL        19.74
BAS                     -241.60     UCMJ                 1105.50
BAH                         .00     DEBT                     .01
BAH                      -29.63
ADVANCE DEBT             310.98


TOT-ENTS:               1145.25     TOT-DEDS:            1125.51      TOT-ALTS:             19.74
AMT-FWD:                    .00     NET-AMT:                 .00      CR-FWD:                 .00
EOM-PAY:                    .00     TOT-ENT-YTD:        11043.17      TOT-DED-YTD:        3775.20

TAXES:              WAGE-PERIOD     WAGE-YTD             TAX-YTD      ADD L        M/S      EX
FITW                        .00     5116.20               576.94       .00         S        01
FICA                        .00     4970.94               317.20
FICA MED-CA                 .00     4970.94                74.18
SITW  (MS)                  .00     4825.68               250.52       .00         S        01

LEAVE:      BF-BAL     ERND     USED     NEW-BAL     BAL-ETS     LV-LOST     LV-PD     USE/LOSE
             21.5      11.0      26        6.5         62.0         .0        1.5         .0

PAY-DATA:   BAQ-TYPE:   * N/A *          VHA-ZIP:     00000              RENT-AMT:       .00
            BAQ-DEPN:   * N/A *          JFTR:                           CHAR-YTD:       .00
            BAS-TYPE:   * N/A *          2ND JFTR:                       COLA-DPNS:       0
            SHARE-NR:   0                RENT-STAT:                      PACIDN:
            TPC:                         DIEMS:       840927             RET PLAN:      HIGH 3

TSP:                     BASE PAY        SPECIAL PAY        INCENTIVE PAY        BONUS
            RATE:          000              000                000               000
            CURRENT:          .00              .00                .00               .00

TSP DEDUCTION YTD:            .00        EXEMPT:            .00       DEFERRED:          .00
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                    PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:          5194                              SSAN: [redacted]
   LUCAS ERIC VANDREW F                             LES-DATE:  020498
[redacted]                                          PAY-DATE:  841004
                                                    ETS-DATE:  040302

LES-HISTORY REMARKS:
   -A FATAL CRASH HAPPENS ONCE IN A LIFETIME.
   -MAY IS COMMISSARY AWARENESS MONTH. YOUR
   COMMISSARY BENEFIT SAVES YOU AN AVERAGE OF
   30.4% ON YOUR OVERALL GROCERY BILL. VISIT
   YOUR NEAREST COMMISSARY AND CHECK OUT THE
   SAVINGS AISLE AT WWW.COMMISSARIES.COM.
   -YOU MAY BE ELIGIBLE FOR UP TO $100/MO IN
   REIMBURSEMENT FOR MASS TRANSPORTATION
   EXPENSES. TO LEARN ABOUT THE TRANSPORTATION
   INCENTIVE PROGRAM GO TO
   WWW.FMO.NAVY.MIL/SERVICES/TIP.HTM.
   SEA DUTY TIME 07/11/00
   MONETARY PUNISHMENT BAL                $11055.00
   MIL PAY/ALLOW DEBT BAL                   $910.64
   MIL PAY/ALLOW DEBT BAL                   $238.62
   TOTAL INDEBTEDNESS              $983.65(113)
   INDEBTEDNESS DUE US             $241.60(094)
   STOP      BAS                        0000 0(201)
   INDEBTEDNESS DUE US              $29.63(094)
   SUSPEND  INDEBTEDNESS                020401(091)
   CORRECT  BAH                         020101(094)
```

```
                         JUMPS LES ONLINE INQUIRY SYSTEM
                           LES-ARCHIVE LOCAL-PRINT                          PAGE: 1
                      (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC ANDREW F                SSAN: [redacted]          GRADE:  E1

YEARS-SVC:  17         BRANCH:  NAVY      ADSN/DSSN:  3103          PERIOD COVERED:  1-31 MAY 02

       ENTITLEMENTS                       DEDUCTIONS                       ALLOTMENTS

BASE PAY              1105.50      SGLI FOR              20.00      TRICARE DENTAL        19.74
BAH                       .00      UCMJ                1105.50
ADVANCE DEBT            39.74      DEBT                    .00


TOT-ENTS:             1145.24      TOT-DEDS:           1125.50      TOT-ALTS:             19.74
AMT-FWD:                  .00      NET-AMT:                .00      CR-FWD:                 .00
EOM-PAY:                  .00      TOT-ENT-YTD:       12188.41      TOT-DED-YTD:        4900.70

TAXES:            WAGE-PERIOD      WAGE-YTD            TAX-YTD      ADD L       M/S       EX
FITW                      .00      5116.20              576.94       .00         S        01
FICA                      .00      4970.94              317.20
FICA MED-CA               .00      4970.94               74.18
SITW  (MS)                .00      4825.68              250.52       .00         S        01

LEAVE:      BF-BAL    ERND     USED     NEW-BAL    BAL-ETS    LV-LOST    LV-PD    USE/LOSE
             21.5     11.0      26        6.5       59.5        .0        1.5        .0

PAY-DATA:   BAQ-TYPE:  * N/A *            VHA-ZIP:    00000         RENT-AMT:        .00
            BAQ-DEPN:  * N/A *            JFTR:                     CHAR-YTD:        .00
            BAS-TYPE:  * N/A *            2ND JFTR:                 COLA-DPNS:        0
            SHARE-NR:  0                  RENT-STAT:                PACIDN:
            TPC:                          DIEMS:      840927        RET PLAN:       HIGH 3

TSP:                       BASE PAY        SPECIAL PAY        INCENTIVE PAY        BONUS
            RATE:             000              000                 000              000
            CURRENT:              .00              .00                 .00              .00

TSP DEDUCTION YTD:              .00      EXEMPT:              .00        DEFERRED:            .00
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                   PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:          5194                          SSAN: [redacted]
[redacted]                                      LES-DATE:  020598
                                                PAY-DATE:  841004
                                                ETS-DATE:  040302

LES-HISTORY REMARKS:
    -CAREFUL DRIVERS NEVER HAVE TO SAY THEY'RE
    SORRY.
    -CONTACT YOUR VOTING ASSISTANCE OFFICER TO
    REQUEST YOUR BALLOTS NOW! "VOTE TO CHOOSE -
    CHOOSE TO VOTE" HTTP://WWW.FVAP.NCR.GOV
    -YOU MAY BE ELIGIBLE FOR UP TO $100/MO IN
    REIMBURSEMENT FOR MASS TRANSPORTATION
    EXPENSES. TO LEARN ABOUT THE TRANSPORTATION
    INCENTIVE PROGRAM GO TO
    WWW.FMO.NAVY.MIL/SERVICES/TIP.HTM
    -MEMBERS ENROLLED IN TSP SHOULD VERIFY THEIR
    ADDRESS VIA E/MSS OR THEIR PERSONNEL OFFICE.
    -THE THRIFT SAVINGS PLAN (TSP) OPEN SEASON IS
    MAY 15-JUL 31. FOR MORE INFORMATION, VISIT
    YOUR PERSONNEL OFFICE OR LOGON TO
    HTTP://WWW.TSP.GOV/INDEX.HTML
    SEA DUTY TIME 07/11/00
    MONETARY PUNISHMENT BAL              $9949.50
    MIL PAY/ALLOW DEBT BAL                $910.64
    MIL PAY/ALLOW DEBT BAL                $238.62
    TOTAL INDEBTEDNESS           $1023.39(142)
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                        PAGE: 1
(PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F              SSAN: [redacted]          GRADE:   E1

YEARS-SVC:  17      BRANCH:  NAVY        ADSN/DSSN:  3103          PERIOD COVERED:  1-30 JUN 02

        ENTITLEMENTS                     DEDUCTIONS                        ALLOTMENTS

BASE PAY            1105.50     SGLI FOR             2C.00         TRICARE DENTAL         19.74
BAH                     .00     UCMJ               1105.50
ADVANCE DEBT          39.74     DEBT                   .00


TOT-ENTS:           1145.24     TOT-DEDS:          1125.50         TOT-ALTS:              19.74
AMT-FWD:                .00     NET-AMT:               .00         CR-FWD:                  .00
EOM-PAY:                .00     TOT-ENT-YTD:      13333.65         TOT-DED-YTD:         6026.20

TAXES:          WAGE-PERIOD     WAGE-YTD           TAX-YTD         ADD L          M/S       EX
FITW                    .00     4970.94             576.94          .00            S        01
FICA                    .00     4970.94             317.20
FICA MED-CA             .00     4970.94              74.18
SITW  (MS)              .00     4970.94             250.52          .00            S        01

LEAVE:       BF-BAL    ERND    USED    NEW-BAL    BAL-ETS    LV-LOST    LV-PD    USE/LOSE
              21.5     11.0     26       6.5       57.0        .0        1.5        .0

PAY-DATA:    BAQ-TYPE:  * N/A *            VHA-ZIP:      00000          RENT-AMT:       .00
             BAQ-DEPN:  * N/A *            JFTR:                        CHAR-YTD:       .00
             BAS-TYPE:  * N/A *            2ND JFTR:                    COLA-DPNS:      0
             SHARE-NR:  0                  RENT-STAT:                   PACIDN:
             TPC:                          DIEMS:        840927         RET PLAN:       HIGH 3

TSP:                     BASE PAY       SPECIAL PAY       INCENTIVE PAY       BONUS
             RATE:          000             000                000            000
             CURRENT:           .00             .00                .00            .00

TSP DEDUCTION YTD:         .00         EXEMPT:          .00         DEFERRED:          .00
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
[redacted]

SSAN: [redacted]
LES-DATE: 020698
PAY-DATE: 841004
ETS-DATE: 040302

LES-HISTORY REMARKS:
-THINK BEFORE YOU DRINK.
-WANT MORE INFO ON THE FEDERAL LONG TERM CARE INSURANCE PROGRAM (FLTCIP)? GO TO WWW.LTCFEDS.COM OR CALL 1-800-582-3337.
-THE THRIFT SAVINGS PLAN (TSP) OPEN SEASON IS MAY 15-JUL 31. FOR MORE INFORMATION, VISIT PERSONNEL OFFICE OR LOGON TO HTTP://WWW.TSP.GOV/INDEX.HTML.
SEA DUTY TIME 07/11/00

| | |
|---|---|
| MONETARY PUNISHMENT BAL | $8844.00 |
| MIL PAY/ALLOW DEBT BAL | $910.64 |
| MIL PAY/ALLOW DEBT BAL | $238.62 |
| TOTAL INDEBTEDNESS | $1063.13(172) |
| CORRECT SITW WAGES/DEDTN YTD | (000) |
| CORRECT FITW WAGES/DEDTN YTD | (170) |

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

NAME: LUCAS ERIC VANDREW F    SSAN: [redacted]    GRADE: E1

YEARS-SVC: 17    BRANCH: NAVY    ADSN/DSSN: 3103    PERIOD COVERED: 1-31 JUL 02

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 1105.50 | SGLI FOR | 20.00 | TRICARE DENTAL | 19.74 |
| BAH | .00 | CHECK CANCEL | -1021.05 | | |
| ADVANCE DEBT | 39.74 | UCMJ | 1105.50 | | |
| | | DEBT | 271.23 | | |
| | | PHONE/UTIL DEBT | 53.29 | | |
| | | DEBT | 158.96 | | |
| TOT-ENTS: | 1145.24 | TOT-DEDS: | 587.93 | TOT-ALTS: | 19.74 |
| AMT-FWD: | .00 | NET-AMT: | 537.57 | CR-FWD: | .00 |
| EOM-PAY: | 537.57 | TOT-ENT-YTD: | 14478.89 | TOT-DED-YTD: | 7635.18 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | .00 | 4970.94 | 576.94 | .00 | S | 01 |
| FICA | .00 | 4970.94 | 317.20 | | | |
| FICA MED-CA | .00 | 4970.94 | 74.18 | | | |
| SITW (MS) | .00 | 4970.94 | 250.52 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 21.5 | 11.0 | 26 | 6.5 | 54.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | * N/A * | VHA-ZIP: | 00000 | RENT-AMT: | .00 |
| BAQ-DEPN: | * N/A * | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | * N/A * | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 0 | RENT-STAT: | | PACIDN: | |
| TPC: | | DIEMS: | 840927 | RET PLAN: | HIGH 3 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00    EXEMPT: .00    DEFERRED: .00

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                    PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:             5194                                  SSAN:[redacted]
          LUCAS ERIC VANDREW F                             LES-DATE:  020798
[redacted]                                                 PAY-DATE:  841004
                                                           ETS-DATE:  040302

LES-HISTORY REMARKS:
          -CONFUSED? THE SAFE WAY IS THE RIGHT WAY.
          -WANT MORE INFO ON THE FEDERAL LONG TERM CARE
          INSURANCE PROGRAM (FLTCIP)? GO TO
          HTTP://WWW.LTCFEDS.COM OR CALL 1-800-582-3337
          -CONTACT YOUR VOTING ASSISTANCE OFFICER TO
          REQUEST YOUR BALLOTS NOW! "VOTE TO CHOOSE -
          CHOOSE TO VOTE" HTTP://WWW.FVAP.NCR.GOV.
          SEA DUTY TIME 07/11/00
          MONETARY PUNISHMENT BAL               $7738.50
          MIL PAY/ALLOW DEBT BAL                 $910.64
          MIL PAY/ALLOW DEBT BAL                 $238.62
          PHONE/UTIL DEBT    CURRENT DEDUCT        53.29
            TOTAL DEBT     53.29   BALANCE           .00
          TOTAL INDEBTEDNESS           $619.39(206)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          INDEBTEDNESS               020701-020731(188)
          MID-MONTH PAY NOT PAID       020715(190)
```

```
                         JUMPS LES ONLINE INQUIRY SYSTEM
                            LES-ARCHIVE LOCAL-PRINT                              PAGE: 1
                      (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F                 SSAN: [redacted]               GRADE:   E1

YEARS-SVC:  17          BRANCH:  NAVY       ADSN/DSSN:  3103              PERIOD COVERED:  1-31 AUG 02

         ENTITLEMENTS                       DEDUCTIONS                           ALLOTMENTS

BASE PAY              1105.50      SGLI FOR              20.00            TRICARE DENTAL        19.74
BAH                       .00      UCMJ                1105.50
ADVANCE DEBT            39.74      DEBT                 332.05
                                   DEBT                  39.74


TOT-ENTS:             1145.24      TOT-DEDS:           1497.29            TOT-ALTS:             19.74
AMT-FWD:               537.57      NET-AMT:             165.78            CR-FWD:                 .00
EOM-PAY:               165.78      TOT-ENT-YTD:       15624.13            TOT-DED-YTD:        9132.47

TAXES:            WAGE-PERIOD      WAGE-YTD            TAX-YTD            ADD L        M/S      EX
FITW                      .00      4970.94              576.94             .00          S       01
FICA                      .00      4970.94              317.20
FICA MED-CA               .00      4970.94               74.18
SITW  (MS)                .00      4970.94              250.52             .00          S       01

LEAVE:       BF-BAL     ERND     USED     NEW-BAL     BAL-ETS     LV-LOST     LV-PD     USE/LOSE
              21.5      11.0      26        6.5        52.0         .0         1.5        .0

PAY-DATA:    BAQ-TYPE:  * N/A *                VHA-ZIP:     00000           RENT-AMT:       .00
             BAQ-DEPN:  * N/A *                JFTR:                        CHAR-YTD:       .00
             BAS-TYPE:  * N/A *                2ND JFTR:                    COLA-DPNS:       0
             SHARE-NR:  0                      RENT-STAT:                   PACIDN:
             TPC:                              DIEMS:       840927          RET PLAN:     HIGH 3

TSP:                      BASE PAY        SPECIAL PAY        INCENTIVE PAY        BONUS
             RATE:             000        000                000                  000
             CURRENT:             .00         .00                .00                  .00

TSP DEDUCTION YTD:             .00    EXEMPT:           .00       DEFERRED:              .00
```

```
JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT                                   PAGE: 2
(PERSONAL DATA - PRIVACY ACT OF 1974)

ADDRESS:          5194                                    SSAN: [redacted]
[redacted]                                                LES-DATE:  020898
                                                          PAY-DATE:  841004
                                                          ETS-DATE:  040302

LES-HISTORY REMARKS:
     -PASSING ON CURVES AND HILLS IS LIKE DRIVING
     BLINDFOLDED.
     -WANT MORE INFORMATION ON THE FEDERAL LONG
     TERM CARE INSURANCE PROGRAM (FLTCIP)? GO TO
     HTTPS://WWW.LTCFEDS.COM OR CALL
     1-800-582-3337.
     -OFFICERS MAY RECEIVE RETROACTIVE JOINT DUTY
     CREDIT FOR CERTAIN JOINT TASK FORCE SERVICE.
     VISIT HTTPS://WWW.DMDC.OSD.MIL/JTF/OWA/
     JTF_MAIN.HOME.
     -IN ORDER TO AVOID INVOLUNTARY DISENROLLMENT
     FROM DEERS, REVIEW AND UPDATE YOUR PERSONAL
     AND FAMILY MEMBER INFORMATION AT YOUR LOCAL
     ID CARD ISSUING FACILITY.
     SEA DUTY TIME 07/11/00
     MONETARY PUNISHMENT BAL                 $6633.00
     MIL PAY/ALLOW DEBT BAL                   $578.59
     MIL PAY/ALLOW DEBT BAL                   $238.62
     TOTAL INDEBTEDNESS              $619.39(235)
     EOM PAY NOT PAID               020801(213)
     INDEBTEDNESS                  020801-020831(210)
     CHANGE   INDEBTEDNESS                020801(213)
     MID-MONTH PAY NOT PAID         020815(221)
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 1

NAME: LUCAS ERIC VANDREW F | SSAN: [redacted] | GRADE: E1

YEARS-SVC: 17 | BRANCH: NAVY | ADSN/DSSN: 3103 | PERIOD COVERED: 1-30 SEP 02

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | |
|---|---|---|---|---|---|
| BASE PAY | 1105.50 | SGLI FOR | 20.00 | TRICARE DENTAL | 19.74 |
| BAH | .00 | UCMJ | 1105.50 | | |
| ADVANCE DEBT | 39.74 | DEBT | 84.06 | | |
| | | DEBT | 39.74 | | |
| TOT-ENTS: | 1145.24 | TOT-DEDS: | 1249.30 | TOT-ALTS: | 19.74 |
| AMT-FWD: | 165.78 | NET-AMT: | 41.98 | CR-FWD: | .00 |
| EOM-PAY: | 41.98 | TOT-ENT-YTD: | 16769.37 | TOT-DED-YTD: | 10381.77 |

| TAXES: | WAGE-PERIOD | WAGE-YTD | TAX-YTD | ADD L | M/S | EX |
|---|---|---|---|---|---|---|
| FITW | .00 | 4970.94 | 576.94 | .00 | S | 01 |
| FICA | .00 | 4970.94 | 317.20 | | | |
| FICA MED-CA | .00 | 4970.94 | 74.18 | | | |
| SITW (MS) | .00 | 4970.94 | 250.52 | .00 | S | 01 |

| LEAVE: | BF-BAL | ERND | USED | NEW-BAL | BAL-ETS | LV-LOST | LV-PD | USE/LOSE |
|---|---|---|---|---|---|---|---|---|
| | 21.5 | 11.0 | 26 | 6.5 | 49.5 | .0 | 1.5 | .0 |

| PAY-DATA: | | | | | |
|---|---|---|---|---|---|
| BAQ-TYPE: | * N/A * | VHA-ZIP: | 00000 | RENT-AMT: | .00 |
| BAQ-DEPN: | * N/A * | JFTR: | | CHAR-YTD: | .00 |
| BAS-TYPE: | * N/A * | 2ND JFTR: | | COLA-DPNS: | 0 |
| SHARE-NR: | 0 | RENT-STAT: | | PACIDN: | |
| TPC: | | DIEMS: | 840927 | RET PLAN: | HIGH 3 |

| TSP: | BASE PAY | SPECIAL PAY | INCENTIVE PAY | BONUS |
|---|---|---|---|---|
| RATE: | 000 | 000 | 000 | 000 |
| CURRENT: | .00 | .00 | .00 | .00 |

TSP DEDUCTION YTD: .00 EXEMPT: .00 DEFERRED: .00

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
[redacted]

SSAN: [redacted]
LES-DATE: 020998
PAY-DATE: 841004
ETS-DATE: 040302

LES-HISTORY REMARKS:

-CARBON MONOXIDE ALARMS SAVE LIVES.
-OFFICERS MAY RECEIVE RETROACTIVE JOINT DUTY CREDIT FOR CERTAIN JOINT TASK FORCE SERVICE. VISIT HTTPS://WWW.DMDC.OSD.MIL/JTF/OWA/JTF_MAIN.HOME.
-HOW DOES YOUR PAY AND BENEFITS COMPARE TO THE CIVILIAN SECTOR? CALL 1-866-U-ASK-NPC OR USE THE ONLINE PAY AND COMPENSATION CALCULATOR AT WWW.STAYNAVY.NAVY.MIL.
-MGIB PARTICIPANTS MAY BE ELIGIBLE TO INCREASE THEIR MAXIMUM BENEFIT UP TO AN ADDITIONAL $5,400 BY MAKING ADDITIONAL CONTRIBUTIONS BEFORE LEAVING ACTIVE DUTY. VISIT YOUR EDUCATION CENTER FOR MORE INFO.
-TSP OPEN SEASON IS 15 OCT-31 DEC. CONTRIBUTE UP TO 8% OF YOUR BASIC PAY IN 2003. LOGON TO HTTPS://EMSS.DFAS.MIL/EMSS.HTM OR VISIT YOUR PERSONNEL OFFICE TO SIGN UP.
-KEEP DEERS UPDATED TO ENSURE YOU AND YOUR FAMILY ARE ELIGIBLE FOR TRICARE BENEFITS. VERIFY DATA AT YOUR NEAREST ID CARD ISSUING FACILITY OR LOGON TO WWW.DMDC.OSD.MIL/RSL OR CALL 1-800-538-9552.
-WATCH FOR OUR NEW E/MSS HOMEPAGE IN OCTOBER.

SEA DUTY TIME 07/11/00

| | |
|---|---|
| MONETARY PUNISHMENT BAL | $5527.50 |
| MIL PAY/ALLOW DEBT BAL | $494.53 |
| MIL PAY/ALLOW DEBT BAL | $238.62 |
| TOTAL INDEBTEDNESS | $619.39(266) |
| EOM PAY NOT PAID | 020830(244) |
| INDEBTEDNESS | 020901-020930(239) |
| CHANGE INDEBTEDNESS | 020901(246) |

JUMPS LES ONLINE INQUIRY SYSTEM

LES-ARCHIVE LOCAL-PRINT PAGE: 3

(PERSONAL DATA - PRIVACY ACT OF 1974)

MID-MONTH PAY NOT PAID 020913(252)

```
                                 JUMPS LES ONLINE INQUIRY SYSTEM
                                    LES-ARCHIVE LOCAL-PRINT                          PAGE: 1
                              (PERSONAL DATA - PRIVACY ACT OF 1974)

NAME:  LUCAS ERIC VANDREW F                  SSAN: [redacted]                GRADE:   E1

YEARS-SVC:  18           BRANCH:  NAVY       ADSN/DSSN:  3103                PERIOD COVERED:  1-31 OCT 02

          ENTITLEMENTS                             DEDUCTIONS                          ALLOTMENTS

BASE PAY                1105.50      SGLI FOR                  20.00        TRICARE DENTAL        19.74
BAH                         .00      UCMJ                    1105.50
ADVANCE DEBT              39.74      DEBT                       1.49
                                     DEBT                      39.74


TOT-ENTS:               1145.24      TOT-DEDS:               1166.73        TOT-ALTS:             19.74
AMT-FWD:                  41.98      NET-AMT:                    .75        CR-FWD:                 .00
EOM-PAY:                    .75      TOT-ENT-YTD:           17914.61        TOT-DED-YTD:       11548.50

TAXES:              WAGE-PERIOD      WAGE-YTD                TAX-YTD        ADD L        M/S       EX
FITW                        .00      4970.94                  576.94          .00        S         01
FICA                        .00      4970.94                  317.20
FICA MED-CA                 .00      4970.94                   74.18
SITW  (MS)                  .00      4970.94                  250.52          .00        S         01

LEAVE:        BF-BAL      ERND      USED      NEW-BAL      BAL-ETS      LV-LOST      LV-PD      USE/LOSE
                 6.5        .0         0          6.5         47.0           .0        1.5          .0

PAY-DATA:     BAQ-TYPE:  * N/A *             VHA-ZIP:     00000             RENT-AMT:          .00
              BAQ-DEPN:  * N/A *             JFTR:                          CHAR-YTD:          .00
              BAS-TYPE:  * N/A *             2ND JFTR:                      COLA-DPNS:          0
              SHARE-NR:  0                   RENT-STAT:                     PACIDN:
              TPC:                           DIEMS:       840927            RET PLAN:        HIGH 3

TSP:                        BASE PAY       SPECIAL PAY       INCENTIVE PAY       BONUS
              RATE:              000            000               000             000
              CURRENT:              .00            .00               .00             .00

TSP DEDUCTION YTD:             .00       EXEMPT:              .00          DEFERRED:            .00
```

JUMPS LES ONLINE INQUIRY SYSTEM
LES-ARCHIVE LOCAL-PRINT
(PERSONAL DATA - PRIVACY ACT OF 1974)

PAGE: 2

ADDRESS: 5194
LUCAS ERIC VANDREW F
[redacted]

SSAN: [redacted]
LES-DATE: 021098
PAY-DATE: 841004
ETS-DATE: 040302

LES-HISTORY REMARKS:

-STEER WITH A CLEAR HEAD.
-LEAVING ACTIVE DUTY? REGISTER WITH VETERANSCORP.ORG (OR CALL 1-866-2VETCORP) FOR INFORMATION AND BENEFITS TO START YOUR OWN SMALL BUSINESS.
-TSP OPEN SEASON IS 15 OCT-31 DEC 2002. CONTRIBUTE UP TO 8% OF YOUR BASIC PAY IN 2003 LOGON TO HTTPS://MYPAY.DFAS.MIL OR VISIT YOUR PERSONNEL OFFICE TO SIGN UP.
-COMMISSARY GIFT CERTIFICATES ARE NOW AVAILABLE AT WWW.COMMISSARIES.COM.
-ARRANGE YOUR HOUSEHOLD GOODS SHIPMENT(S) ONLINE USING SMARTWEB MOVE (SWM) AT WWW.SMARTWEBMOVE.NAVSUP.NAVY.MIL. THIS ONLINE PROGRAM HANDLES MOST PCS MOVE ARRANGEMENTS AND MAY ELIMINATE A VISIT TO YOUR LOCAL PERSONAL PROPERTY OFFICE (PPO).

| | |
|---|---|
| SEA DUTY TIME 07/11/00 | |
| MONETARY PUNISHMENT BAL | $4422.00 |
| MIL PAY/ALLOW DEBT BAL | $493.04 |
| MIL PAY/ALLOW DEBT BAL | $238.62 |
| TOTAL INDEBTEDNESS | $619.39(297) |
| EOM PAY NOT PAID | 021001(274) |
| INDEBTEDNESS | 021001-021031(270) |
| CHANGE INDEBTEDNESS | 021001(274) |
| MID-MONTH PAY NOT PAID | 021015(282) |