# United States of America

## DEPARTMENT OF THE NAVY

*Washington, D. C.,* 20370-5100

**I hereby certify** *that the annexed* pages 287-293 constitute a true and accurate "redacted" copy of the administrative file of the Navy Personnel Command in the case of former SR Eric V.F. Lucas, USN, xxx-xx-5338; such record being kept in the ordinary course of official supervision and custody

*on file in the* Navy Personnel Command, Millington, TN 38055

Lennard A. Thomas
Legal Technician
OJAG, General Litigation
(Official Title)

## OFFICE OF THE SECRETARY

**I hereby certify** *that* Lennard A. Thomas

*who signed the foregoing certificate, was at the time of signing* Legal Technician, Office of Judge Advocate General, General Litigation

*and that full faith and credit should be given his certification as such.*

**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 14 *day of* July,
*two thousand* 08

H.R. Molinengo, II
Captain, JAGC, U.S. Navy
(Operations and Management)
For the Secretary of the Navy

DEPARTMENT OF THE NAVY
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

1830
PERS-823
14 July 2008

From: Navy Personnel Command (Pers-823)
To: LT. BREIER SCHEETZ, USN, JAGC

Subj: STATEMENT OF SERVICE IN CASE OF
BMSR ERIC V. F. LUCAS, XXX-XX-5338

The Statement of service dated 12 May 2008 that was provided to you by Pers-823, was based on BMSR Lucas' permanent Navy service record here at Navy Personnel Command. All creditable service time, active and reserve, was included in the statement of service. This statement of service supersedes all prior statements of service. Any questions regarding this statement of service should be directed to the Navy Personnel Command (Pers-823).

Michael J. Lynn Sr.
MICHAEL J. LYNN SR.
By direction

Name: LUCAS ERIC VANDREW F 33
SSN: [redacted] Designator: Date of Report: 05/12/08

## Statement of Service

| | Inactive | Active | Training | Subtotals Active | Subtotals Inactive |
|---|---|---|---|---|---|
| USNR-E | 09/27/84 11/25/84 | | | | 0 1 29 |
| USNR-E | | | 11/26/84 03/01/85 | 0 3 6 | |
| USNR-E | 03/02/85 08/01/85 | | | | 0 5 0 |
| USNR-E | | | 08/02/85 08/02/85 | 0 0 1 | |
| USNR-E | 08/03/85 08/04/85 | | | | 0 0 2 |
| USNR-E | | | 08/05/85 08/16/85 | 0 0 12 | |
| USNR-E | 08/17/85 11/04/86 | | | | 1 2 18 |
| USNR-E | | 11/05/86 04/07/88 | | 1 5 3 | |
| USNR-E | 04/08/88 09/29/88 | | | | 0 5 22 |
| USNR-E | 09/30/88 11/24/88 | | | | |
| | Delayed entry not creditable | | | | |
| USN-E | | 11/25/88 10/01/92 | | 3 10 7 | |
| USN-E | | 10/02/92 09/29/96 | | 3 11 28 | |
| USN-E | | 09/30/96 03/02/00 | | 3 5 3 | |
| USN-E | | 03/03/00 06/07/07 | | 6 7 3 | |
| | Lost time this service period: 02/14/02 10/13/02 | | | 0 8 2 | |

Active duty : 19 year(s) 7 month(s) 3 day(s)
Inactive duty : 2 year(s) 3 month(s) 11 day(s)

Reserve points : 0 year(s) 1 month(s) 6 day(s)

Examiner: L / Reviewer: ____________

Name: LUCAS ERIC VANDREW F 33
SSN: [redacted] Designator: Date of Report: 05/08/08

Statement of Service

Drill Sheet

| Year | Gratuity | CC | Drill | Total | Creditable Service |
|---|---|---|---|---|---|
| 09/26/85 | 10 | 0 | 26 | 36 | |
| 09/26/86 | 15 | 32 | 32 | 60 | |
| 09/26/87 | 2 | 0 | 0 | 2 | |
| 09/26/88 | 7 | 0 | 0 | 7 | |
| 09/26/89 | 2 | 0 | 0 | 2 | |

| Name: | | | SSN: | | Grade: | | 33 |
|---|---|---|---|---|---|---|---|
| LUCAS ERIC VANDREW F | | | [redacted] | | BMSR | | |

| TAC Code | 1st Elig Date | USN/USNR | Trans Date | Service Entry | Last Disc |
|---|---|---|---|---|---|
| 0 1 0 | 06/07/07 | N | 06/07/07 | 09/27/84 | 06/07/07 |

| Service | SVC | 30 Years | Hero | TE | Sevre. Pay | DOB | CIT | Application |
|---|---|---|---|---|---|---|---|---|
| 19 7 3 | N | 07/23/15 | N | N | N | [redacted] | C | / / |

| Name: | | | SSN: | Grade: | | 33 |
|---|---|---|---|---|---|---|
| LUCAS ERIC VANDREW F | | | [redacted] | BMSR | | |

| TAC Code | 1st Elig Date | USN/USNR | Trans Date | Service Entry | Last Disc |
|---|---|---|---|---|---|
| 0 1 0 | 06/07/07 | N | 06/07/07 | 09/27/84 | 06/07/07 |

| Service | SVC | 30 Years | Hero | TE | Sevre. Pay | DOB | CIT | Application |
|---|---|---|---|---|---|---|---|---|
| 19 7 3 | N | 07/23/15 | N | N | N | [redacted] | C | / / |

Name: LUCAS ERIC VANDREW F 33
SSN: [redacted] Designator: Date of Report: 05/08/08

Statement of Service

Drill Sheet

| Year | Gratuity | CC | Drill | Total | Creditable Service |
|---|---|---|---|---|---|
| 09/26/85 | 10 | 0 | 26 | 36 | |
| 09/26/86 | 15 | 32 | 32 | 60 | |
| 09/26/87 | 2 | 0 | 0 | 2 | |
| 09/26/88 | 7 | 0 | 0 | 7 | |
| 09/26/89 | 2 | 0 | 0 | 2 | |

Name: LUCAS ERIC VANDREW P 33

SSN: [redacted] Designator: Date of Report: 05/12/08

## Statement of Service

| | Inactive | Active | Training | Subtotals Active | Subtotals Inactive |
|---|---|---|---|---|---|
| USNR-E | 09/27/84 11/25/84 | | | | 0 1 29 |
| USNR-E | | | 11/26/84 03/01/85 | 0 3 6 | |
| USNR-E | 03/02/85 08/01/85 | | | | 0 5 0 |
| USNR-E | | | 08/02/85 08/02/85 | 0 0 1 | |
| USNR-E | 08/03/85 08/04/85 | | | | 0 0 2 |
| USNR-E | | | 08/05/85 08/16/85 | 0 0 12 | |
| USNR-E | 08/17/85 11/04/86 | | | | 1 2 18 |
| USNR-E | | 11/05/86 04/07/88 | | 1 5 3 | |
| USNR-E | 04/08/88 09/29/88 | | | | 0 5 22 |
| USNR-E | 09/30/88 11/24/88 | | | | |
| | Delayed entry not creditable | | | | |
| USN-E | | 11/25/88 10/01/92 | | 3 10 7 | |
| USN-E | | 10/02/92 09/29/96 | | 3 11 28 | |
| USN-E | | 09/30/96 03/02/00 | | 3 5 3 | |
| USN-E | | 03/03/00 06/07/07 | | 6 7 3 | |
| | Lost time this service period: 02/14/02 10/13/02 | | | 0 8 2 | |

Active duty : 19 year(s) 7 month(s) 3 day(s)
Inactive duty : 2 year(s) 3 month(s) 11 day(s)

Reserve points : 0 year(s) 1 month(s) 6 day(s)

Examiner: L / Reviewer: ____________