# In the United States Court of Federal Claims

**No. 07-779C**
**(Filed: July 18, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC V. M. LUCAS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court will conduct a telephonic status conference on **July 30, 2008 at 11:00 a.m. EST.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**