**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ERIC V. M. LUCAS | ) | NO: 07-00779 C MCW |
| | ) | |
| | ) | Judge Williams |
| VERSUS | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |

**MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND TO COMPEL THE DEFENDANT TO FURTHER SUPPLEMENT THE ADMINISTRATIVE RECORD**

NOW COMES plaintiff via undersigned counsel who moves to supplement the administrative records with bates stamp pages 294-307 included herein. The supplemental information established that plaintiff did request advancement to E-2 and transfer to the Fleet Reserve. It further reveals an admission from the Defense Finance and Accounting Service, mysteriously missing from the administrative record, that some money is owed plaintiff. Additionally, the supplement contains some relevant documents submitted by the government that are illegible.

Additional records in the hands of the defendant should be included in the administrative record. This includes the Record of Trial in the General Court-Martial *United States v. BM1 Eric V. M. Lucas*, *United States Naval Reserve*, available from the Navy-Marine Corps Trial Judiciary. This record will be necessary so that the court can rule on the ineffective assistance of counsel issue. Additionally, the Commanding Officer, Naval and Marine Cops Appellate Review Activity, (NAMARA) maintained documents on plaintiff that were not included in the administrative record submitted by the government. These records will show *inter alia*, dates of appellate leave and actions taken (if any) once the Navy-Marine Corps Court of Criminal

Appeals set aside the bad conduct discharge.

Mr. David Silverbrand was contacted by the undersigned on July 16, 2008 to ascertain whether or not the defendant would voluntarily supplement the record. As of this date, the defendant has not agreed to supplement the record voluntarily. Mr. Silverbrand is apparently unavailable and has indicated he does not want the undersigned to contact the agency attorney directly to discuss the matter.

WHEREFORE, plaintiff prays that the court order the administrative record supplemented with pages 294-307 and further order the government to supplement the administrative record with the Record of Trial and the file maintained by NAMARA.

Respectfully Submitted,

/s/ John B. Wells
John B. Wells
Attorney for the Plaintiff
LA Bar #23970
Post Office Box 5235
Slidell, LA 70469-5235 (mail)
769 Robert Blvd, Suite 201D
Slidell, LA 70458
985-641-1855
985-649-1536 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the enclosed pleading was served via the court's CM/ECF system on all counsel by this 26th day of July 2008.

/s/ John B. Wells
John B. Wells