**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ERIC V. M. LUCAS | ) | NO: 07-00779 C MCW |
| | ) | |
| | ) | Judge Williams |
| VERSUS | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |

**ORDER**

Now comes for hearing plaintiff's Motion to Supplement the Administrative Record and to Compel the Defendant to Further Supplement the Administrative Record. The court is of the opinion that it should be granted.

IT IS ORDERED THAT the Clerk of Court attach the proposed supplemented pages 294-307 to the Administrative Record.

IT IS FURTHER ORDERED that the defendant supplement the administrative record by filing a certified copy of the Record of Trial in the case of the General Court-Martial *United States v. BM1 Eric V. M. Lucas*, *United States Naval Reserve*, within ____ days of the signing of this order.

IT IS FURTHER ORDERED that the defendant supplement the administrative record by filing a certified copy of any documents retained on plaintiff by the Naval and Marine Corps Appellate Review Authority within ____ days of the signing of this order.

Washington D.C. this ______ day of _______________, 2008.

_________________________________
MARY ELLEN COSTER WILLIAMS
Judge