# JOHN B. WELLS

**ATTORNEY AT LAW**

**317 PORTSMOUTH DRIVE**
**SLIDELL, LOUISIANA 70460-8429**
**ADMITTED:**
**DISTRICT OF COLUMBIA**
**LOUISIANA**
**PENNSYLVANIA**

**POST OFFICE BOX 5235**
**SLIDELL, LOUISIANA 70469-5235**
**TELEPHONE: 985-641-1855**
**FAX: 985-649-1536**
**E-Mail JohnLawEsq@msn.com**
**WEB SITE www.military-lawyers.com**


April 9, 2007

**BY FACSIMILE 202-685-7426**
Commanding Officer
Naval and Marine Corps Appellate Review Authority
Attn: Chief Woodruff
Washington Navy Yard
Washington DC 20374-5047

Re: *SR Eric V. M. Lucas*

Dear Chief Woodruff:

As you know I represent SR Lucas. He is currently on appellate leave. Please direct all correspondence via this office. This letter will confirm that the Supreme Court of the United States denied *certiorari* on his case.

I am requesting, on his behalf, that he be transferred to the Fleet Reserve. By my calculations, he has twenty years, three months and twenty-six days of service. SR Lucas has been on continuous active duty since 25 November, 1988. Additionally he has served two periods of active duty as reflected in the attached DD-214 plus one period of annual training for 12 days as reflected in the attached ACDUTRA orders. He may have additional retirement points based on inactive duty for training drills.

Since his service has been honorable, we request that he be advanced to E-2 and that he be allowed to retire in the grade of Seaman Apprentice.

I believe that he should also be paid for service since his release from approved confinement.

If it is determined that the confinement time should be counted against him for retirement purposes, I remind you of the safe harbor provisions of 10 U.S.C. § 1176.

Thank you for your assistance and cooperation.

Sincerely,

John B. Wells

# HISTORY OF ASSIGNMENTS

LEGEND: THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY & LOSS ENTRY COLUMNS.

**GAINS:**

ENL -ENLISTED
REEN -REENLISTED
EXTENL -EXTENDED ENLISTMENT
RECACDU -RECALLED TO ACTIVE DUTY
RECACDUTRA -RECEIVED FOR ACTIVE DUTY FOR TRAINING
RECDUT -RECEIVED FOR DUTY
RECTAD -RECEIVED FOR TAD
RECTD -RECEIVED FOR TEMPORARY DUTY
RECTEMDUINS -RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION
RECDUINS -RECEIVED FOR DUTY UNDER INSTRUCTION
RECTADUINS -RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION
RECDP -RECEIVED DRILL PAY
RECNP -RECEIVED NON-PAY
RECTREAT -RECEIVED FOR TREATMENT
RECCFO -RECEIVED IN CONNECTION WITH FITTING OUT

**LOSSES:**

RELACDU -RELEASED FROM ACTIVE DUTY
RELACDUTRA -RELEASED FROM ACTIVE DUTY FOR TRAINING
DISCH -DISCHARGED
TRAN -TRANSFERRED

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS |
|---|---|---|---|---|
| ENL | AFEES | RECRUIT | TRAN | |
| RECTEMDUINS 88NOV25 | CRUITRACOM NTC ORLANDO, FL | RECRUIT TRAINING | TRAN 88DEC22 | BKC |
| RECDUT 89JAN10 | USS JESSE L BROWN LANTFLT/CHASN | SDCD: 89JAN PRD: JAN 94 OF RATE: BM3 | TRAN 04NOV91 | RRH |
| DUTY 91NOV21 | USS SIERRA AD-18 LANTFLT/CHASN | SDCD:89JAN OF RATE:BM2 TOUR EXP: 94JAN | DISCH 01SEP92 | RC MKK |
| | | | | |

CERTIFIED TO BE
A TRUE COPY
[signature], PN2, USN

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|---|
| LUCAS ERIC VANDREE Franklin | N000 | 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 | USN |

HISTORY OF ASSIGNMENTS - NAVPERS 1070/605 (REV. 11/77) OVPT NETPMSA REV. 9/86 5 [1]

000295

# ...TORY OF ASSIGNMENTS

...THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY & LOSS ENTRY COLUMNS.

**...INS:**

| | | | |
|---|---|---|---|
| [illegible] | - ENLISTED | RECTADUINS | - RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION |
| [illegible] | - REENLISTED | RECDP | - RECEIVED DRILL PAY |
| ...NL | - EXTENDED ENLISTMENT | RECNP | - RECEIVED NON-PAY |
| ...CDU | - RECALLED TO ACTIVE DUTY | RECTREAT | - RECEIVED FOR TREATMENT |
| ...CDUTRA | - RECEIVED FOR ACTIVE DUTY FOR TRAINING | RECCFO | - RECEIVED IN CONNECTION WITH FITTING OUT |
| ...UT | RECEIVED FOR DUTY | **LOSSES:** | |
| ...AD | RECEIVED FOR TAD | RELACDU | - RELEASED FROM ACTIVE DUTY |
| ...D | RECEIVED FOR TEMPORARY DUTY | RELACDUTRA | - RELEASED FROM ACTIVE DUTY FOR TRAINING |
| ...EMDUINS | RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION | DISCH | - DISCHARGED |
| ...UINS | RECEIVED FOR DUTY UNDER INSTRUCTION | TRAN | - TRANSFERRED |

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS A. | B. |
|---|---|---|---|---|---|
| ...V 26 1984 | MEPS *Jackson MS* | RECRUIT *SR* | TRAN NOV 6 1984 | [signature] | [signature] |
| TEMDUINS ...OV ... 84 | RTC, GREAT LAKES, IL | RECRUIT TRAINING (03 RICK) *SR* | TRAN MAR 01 1985 | [signature] | [signature] |
| ...EC DP ...2 MAR 85 | NR MAC G 0905 JACKSON, MS | OF RATE SR | TRAN 03 MAR 85 | RAC RAC | RAC RAC |
| ...EC DP ...4 MAR 85 | NR FF1040 GARCIA 4009 JACKSON, MS | OF RATE SR, SA | TRAN 04AUG85 | *Edn* RAC | *Edn* EDN |
| ...ACDUTRA ...G85 | USS GARCIA (FF 1040) | of rate SA | RELACDUTRA 16AUG85 | *Edn* EDN | *Edn* EDN |
| ...DP ...UG85 | NR FF1040 GARCIA JACKSON, MS | of rate SA, SN | TRAN 4NOV86 | *Edn* EDN | *Edn* EDN |
| ... JUL 86 | TOTAL CUMULATIVE SEA DUTY 00 YRS, 00 MOS, 12 DAYS | | | | *Edn* EDN |
| *RACDU 30 OCT 86* | *CRUITRACOM NTC ORLANDO FL.* | *of RATE SN* | *TRANS 28NOV86* | *JLH* | *JLH* |
| ...CDUT ...DEC13 | USS DULUTH LPD 6 PACFLT/HP: SAN DIEGOCA TOUR EXPIRES: JUL88 SDCD: 86DEC | OF RATE: SN, BMSN | RELACDU 88APR07 | [signature] | [signature] ...OB |
| *Apr 88* | NRPC NOLA (RECORDS ONLY) | | DISCH 29SEP88 | [signature] | [signature] |

*THIS IS Active Duty Time REFRESHER TRAINING NAVET TRAINING WHEN I CAME BACK Active BEFORE REPORTING TO USS DULUTH, Active Duty 86 – DISCH 88 ~~CAME BACK DISCH~~*

*I MADE E-4 BEFORE ~~Tran~~ DISCH IN 88, CAME BACK AS E-4 IN 88 AS E-4 REPORTED TO JESSE L BROWN IN 11-88*

| ...First Middle | COMPANY NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | USN |

...S 1070/605 (REV. 3-80) S/N 0106-LF-010-6052

000298

5 [1]

DD FORM 214, 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | | |
|---|---|---|---|
| 1. NAME (Last, first, middle): LUCAS, ERIC VAN BREN FRANKLIN | | 2. DEPARTMENT, COMPONENT AND BRANCH: NAVY-USNR | 3. SOCIAL SECURITY NO.: 426 25 5338 |
| 4a. GRADE, RATE OR RANK: BMSN | 4b. PAY GRADE: E3 | 5. DATE OF BIRTH: 66NOV23 | 6. PLACE OF ENTRY INTO ACTIVE DUTY: NEWTON, MS |
| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: USS DULUTH (LPD 6) | | 8. STATION WHERE SEPARATED: USS DULUTH (LPD 6) AT SAN DIEGO CA | |
| 9. COMMAND TO WHICH TRANSFERRED: NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS LA 70149 | | 10. SGLI COVERAGE AMOUNT $50,000 ☐ NONE | |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

BM - 0000 X X
X X X
X X X
X X X

| 12. RECORD OF SERVICE | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 86 | NOV | 05 |
| b. Separation Date This Period | 88 | APR | 07 |
| c. Net Active Service This Period | 01 | 07 | 03 |
| d. Total Prior Active Service | 00 | 03 | 18 |
| e. Total Prior Inactive Service | 02 | 01 | 06 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 01 | 03 | 24 |
| h. Effective Date of Pay Grade | 86 | NOV | 05 |
| i. Reserve Oblig. Term. Date | 92 | SEP | 28 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

SEA SERVICE DEPLOYMENT RIBBON, BATTLE "E" RIBBON. X
X X X

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

SHIPBOARD FIRE FIGHTING (2 DAYS, 04MAR87) X
X X X

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO

16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO

17. DAYS ACCRUED LEAVE PAID 01.5

18. REMARKS

DATE DETACHED SEPARATION ACTIVITY: 06MAR88, AUTH 1 DAY TRAVEL TIME.
DENTAL EXAMINATION AND TREATMENT COMPLETED 05 APR 88. X
X X X
X X X
X X X
X X X
X X X

19. MAILING ADDRESS AFTER SEPARATION: PO BOX 64, NEWTON, MS 39345

20. MEMBER REQUESTS COPY 6 BE SENT TO MS DIR. OF VET AFFAIRS ☒ YES ☐ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]

22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: R. O. BURDEOS, PNC(SW) USN PERSONNEL OFFIC

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | | |
|---|---|---|
| 23. TYPE OF SEPARATION: RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE | 24. CHARACTER OF SERVICE (Include upgrades): HONORABLE | |
| 25. SEPARATION AUTHORITY: MILPERSMAN 3620100/NAVOP 018/88 | 26. SEPARATION CODE: LDM | 27. REENLISTMENT CODE: RE-3R |
| 28. NARRATIVE REASON FOR SEPARATION: EARLY SEPARATION UNDER AN AUTHORIZED PROGRAM OR CIRCUMSTANCE FY-88 SELECTIVE INVOLUNTARY EARLY SEPARATION - CONVENIENCE OF THE GOVERNMENT. | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD: TL: NONE | | 30. MEMBER REQUESTS COPY 4 (Initials): [initials] |

000297

S/N 0102-LF-000-2140

MEMBER - 4

ACDUTRA ORDERS

PAGE 1 OF 1 DATE 11 JUL 85

ORIGINATOR (include location & zip code)
COMNAVRESFOR, NEW ORLEANS, LA., 70146-5000

FROM 71600 | SDN N5195585RT00159

UNIT ATTACHED AND LOCATION
NR FF-1040 4009 09

COMMAND DELIVERING ORDERS (if other than originator)
NRC JACKSON MS 39201

GRADE/RATE/NAME AND OFFICIAL ADDRESS
SR ERIC VAN LUCAS
100 BROAD STREET
NEWTON MS 39345

PAY GRADE PEBD: E1 /27-SEP-84
DESIGNATOR/NEC: 9720 0000
SSN: 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
ANNUAL ACDUTRA: YES
PAY GROUP: A
SECURITY CLEARANCE (based on/date): ENT 841130
MOB BILLET (Officers Only): U

ORIGINAL

1. Report to THE NEAREST ARMED FORCES ACTIVITY FOR CERTIFICATION for physical examination not more than 30 days prior to reporting date. If found not physically qualified, consider these orders cancelled. If found physically qualified, carry out remainder of orders.

2. NO DAYS: 012 WITH PAY — ACD: ASED: — REPORT (Date): 05-AUG-85 — NO LATER (Time): 0001

FOR PERS. ACCOUNTING PURPOSES REPORT TO:

REPORT FOR DUTY TO:
COMMANDING OFFICER
USS GARCIA (FF 1040)
FPO MIAMI 34091

MEMBER WILL RECEIVE DRILL PAY FOR 03AUG85 04AUG85 DO NOT PAY
CONSTRUCTIVE TRAVEL PAY FOR 04AUG85 DESIGNATED TRAVEL DAY IS 02AUG85
EMBARK PORT: CHARLESTON SC 29408
DEBARK PORT: CHARLESTON SC 29408

REPORTING ACTIVITY WILL EFFECT DETACHMENT TO ENSURE COMPLETION OF SPECIFIED NO. DAYS ACDUTRA EXCLUSIVE OF TRAVEL TIME.

3. Failure to comply with these orders without prior cancellation by competent authority may result in disciplinary action and/or administrative action affecting your status in the Naval Reserve.

4. You will be in a duty status for the no. of days of ACDUTRA performed plus the time necessary to travel to and from your duty station not in excess of the allowable constructive times as prescribed in Joint Travel Regulations. While in a duty status you are subject to the Uniform Code of Military Justice.

5 X X Directed to travel by commercial transport. (TR's and meal tickets furnished) | Directed to travel by government conveyance when available.
Authorized to travel at your own expense subject to reimbursement. | Authorized to travel at your own expense NOT subject to reimbursement.

6. If these orders are without pay, you are NOT entitled to allowances for subsistence and quarters. NOTE: If these orders do not provide for pay, travel, reimbursement and allowances and you do not desire to bear this expense, the orders are revoked.

7. MEMBER IS NOT ENTITLED TO BAQ WITH DEPENDENTS. CSP: 00 YRS. 00 MOS. 00 DAYS.

8. COST OF TRAINING IS CHARGEABLE AS FOLLOWS: PAY/ALLOWANCES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AA | 1751405.7210 | 11. | 31119 | 0 | 068518 | 20 | T00159 | 051955571600 | 000031992 |
| AD | 1751405.7210 | 12. | 31119 | 0 | 068518 | 20 | T00159 | 061955571601 | 000001749 |

TRAVEL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | 1751405.7210 | 21. | 31119 | 0 | 068518 | 20 | T00159 | 061955574600 | 000002000 |

PER DIEM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AC | 1751405.7210 | 21. | 31119 | 0 | 068518 | 20 | T00159 | 061955574601 | 000000000 |

TRANSPORTATION AND MEAL TICKET FURNISHED
BY PSA, NRLNS, LA AS PER ATTACHED ENDORSEMENT
S/GTR V4509638 DATED 11/07/85

J.B. Kahrer
J.B. KAHRER, TRAFFIC MANAGER

SIGNATURE OF ISSUING OFFICER
T. F. Rinard
T. F. RINARD
DEP. COMNAVRESFOR

| | YES | NO | | |
|---|---|---|---|---|
| PHYSICALLY QUALIFIED FOR ACDUTRA | ✓ | | DATE 30 July 85 | SIGNATURE OF MEDICAL OFFICER [signature] |
| PHYSICALLY EXAMINED AND QUALIFIED FOR RELEASE | | | DATE | SIGNATURE OF MEDICAL OFFICER |
| TRAINING ACTIVITY ENDORSEMENT / GOVERNMENT QUARTERS AVAILABLE | ✓ | | DATE & HR REPORTED 3 AUG 85 0035 | SIGNATURE OF COMMANDING OFFICER — J. SEDLEVICIUS, PNC, USN, Personnel Officer By direction of the Commanding Officer |
| GOVERNMENT MESS AVAILABLE | ✓ | | DATE & HR DETACHED 16 AUG 85 1600 | SIGNATURE OF COMMANDING OFFICER — J. SEDLEVICIUS, PNC, USN, Personnel Officer By direction of the Commanding Officer |

VR NO. 4217 — 16AUG85 — D.O. SYMBOL NO. 5712 — NET AMOUNT PAID 248.00 — SIGNATURE OF DISBURSING OFFICER [signature]

ACDUTRA ORDERS 379 PAGE 1 OF 1 DATE 0 OCT 84

ORIGINATOR (include location & zip code): COMNAVRESFOR, NEW ORLEANS, LA., 70146-5000

FAN: 71650 | SDN: N61955855M00029

UNIT ATTACHED AND LOCATION: NR MACG 0905 U

COMMAND DELIVERING ORDERS (If other than originator): MEPS JACKSON MS 39201

GRADE/RATE/NAME AND OFFICIAL ADDRESS:
SR ERIC VAN LUCAS
100 BROAD STREET
NEWTON MS 39345

PAY GRADE PEBD: E1 /27-SEP-84 | DESIGNATOR/NEC: 0000 | SSN: 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

ANNUAL ACDUTRA: NO | PAY GROUP F | SECURITY CLEARANCE (based on/date)

MOB BILLET (Officers Only) I

1. Report to THE NEAREST ARMED FORCES ACTIVITY FOR CERTIFICATION for physical examination not more than 30 days prior to reporting date. If found not physically qualified, consider these orders cancelled. If found physically qualified, carry out remainder of orders.

2. NO DAYS: 110 WITH PAY | REPORT (Date): 26-NOV-84 | NO LATER (Time): 2359

FOR PERS. ACCOUNTING PURPOSES REPORT TO:
OFFICER IN CHARGE
PERSONNEL SUPPORT ACTIVITY DET
RECRUIT TRAINING COMMAND
RESERVE SECTION, BLDG 1121
GREAT LAKES, IL 60088

REPORT FOR DUTY TO:
COMMANDING OFFICER
RECRUIT TRAINING COMMAND
NAVAL TRAINING CENTER
GREAT LAKES, IL 60088

UPON COMPL CRUITRA REPORT FOR APPROX 4WKS FOLLOW-ON APPRENTICESHIP TRAINING. UPON COMPL AND RELACDUTRA REPORT ON FIRST WORKING DAY FOLLOWING ARRIVAL HOME TO CO, AT NRC JACKSON, MS FOR AFFILIATION.

REPORTING ACTIVITY WILL EFFECT DETACHMENT TO ENS... LUCAS, ERIC V ...ME.

NPR-N1288 DSSN-8381
04/09/85 145.

R. BOLLINGER

3. Failure to comply with these orders without prior cancellati... affecting your status in the Naval Reserve.

4. You will be in a duty status for the no. of days of ACDUTRA ... the allowable constructive times as prescribed in Joint Travel Regulations. W...

5. X X Directed to travel by commercial transport. (TR's and meal ...

X X Authorized to travel at your own expense subject to rei... ...rsement.

6. If these orders are without pay, you are NOT entitled to allowances for subsistence and quarters. NOTE: If these orders do not provide for pay, travel, reimbursement and allowances and you do not desire to bear this expense, the orders are revoked.

7. MEMBER IS NOT ENTITLED TO BAQ WITH DEPENDENTS. CSP: 00 YRS. 00 MOS. 00 DAYS.

8. COST OF TRAINING IS CHARGEABLE AS FOLLOWS: PAY/ALLOWANCES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AA | 1751405.7210 | 11. | 31119 | 0 | 068518 | 2D | T00029 | 061955571650 | 000333133 |
| AD | 1751405.7210 | 12. | 31119 | 0 | 068518 | 2D | T00029 | 061955571651 | 000014760 |
| TRAVEL | | | | | | | | | |
| AB | 1751405.7210 | 21. | 31119 | 0 | 068518 | 2D | T00029 | 061955574650 | 000024400 |

COST OF INITIAL ISSUE OF CLOTHING TO BE CHARGED TO:

PER DIEM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AE | 1751405.7210 | 26. | 31119 | 0 | 068518 | 2D | T00029 | 061955572673 | 000000000 |
| AC | 1751405.7210 | 21. | 31119 | 0 | 068518 | 2D | T00029 | 061955574651 | 000001000 |

TRANSPORTATION AND MEAL TICKET FURNISHED

PSD GTLKS. IL 11/26/84
TRADU PAREC
(NC 3071A) OPENED 8381
M. Lovell

SIGNATURE OF ISSUING OFFICER
W. D. DANIELS
DEP. COMNAVRESFOR

| | | | | |
|---|---|---|---|---|
| PHYSICALLY QUALIFIED FOR ACDUTRA | YES | NO | DATE | SIGNATURE OF MEDICAL OFFICER |
| PHYSICALLY EXAMINED AND QUALIFIED FOR RELEASE | YES ✓ | NO | DATE 28FEB85 | SIGNATURE OF MEDICAL OFFICER Kevin McKown LT, MC, USNR 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 |
| TRAINING ACTIVITY ENDORSEMENT | | | | |
| GOVERNMENT QUARTERS AVAILABLE | YES | NO | DATE & HR REPORTED 26 NOV 1984 1600 | SIGNATURE OF COMMANDING OFFICER |
| GOVERNMENT MESS AVAILABLE | YES | NO | DATE & HR DETACHED 000299 | SIGNATURE OF COMMANDING OFFICER |
| VOUCHER NO. | D.O. SYMBOL NO. | | | SIGNATURE OF DISBURSING OFFICER |

SIGNATURE OF RESERVIST: Lucas Van Lucas

TRAINING ORDERS WILL BE SUBMITTED IF ORIGINAL ORDERS ARE LOCATED.

REPRODUCED AT GOVERNMENT EXPENSE

MEMORANDUM ENDORSEMENTS ON ACDUTRA ORDERS: N6195585SM00029

FROM: COMMANDING OFFICER, RTC, NTC, GREAT LAKES, IL 60088
TO: SR ERIC VAN LUCAS, USNR-R, 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.

SUBJ: DETACHING ENDORSEMENTS

1. SATISFACTORILY COMPLETED RECRUIT & APPROPRIATE APPRENTICESHIP TRAINING AND RELEASED FROM ACTIVE DUTY FOR TRAINING AT 1000, 85MAR01.

2. YOU ARE AUTHORIZED NO (00) DAYS LEAVE AND NO (00) DAYS TRAVEL TIME.

3. YOU ARE TO REPORT TO COMMANDING OFFICER, NAVAL RESERVE CENTER, MAC-G 0905 AT JACKSON, MS NLT 1600, 85MAR04.

REMARKS

E.V.L E.V.L.

THE LAST PERIOD OF LEAVE I TOOK WAS FROM 00 TO 00.
I UNDERSTAND THAT THE PAYMENT TO BE RECEIVED AT THE TIME OF SEPERATION IS BASED ON LOCAL COMPUTATION. IF COLLECTION ACTION OR ADDITIONAL PAYMENT ACTIONS ARE REQUIRED, THIS OFFICE WILL TAKE THE APPROPRIATE ACTIONS AFTER A NECESSARY DELAY FOR PROCESSING, AND YOUR ORIGINAL ORDERS AND A W2 FORM WILL BE MAILED TO YOU AT THE ADDRESS SHOWN ON YOUR ORDERS (PLEASE VERIFY). SHOULD YOU NOT RECEIVE THIS MAILING WITHIN 30 DAYS, YOU SHOULD CONTACT THE FOLLOWING OFFICE:

PERSONNEL SUPPORT ACTIVITY DETACHMNET
CODE C58-322, BUILDING 122,
NAVAL TRAINING CENTER
GREAT LAKES, IL 60088

Eric Von Drew Franklin Lucas
MEMBER'S SIGNATURE

ORIGINAL

E.A. Medelberg
E.A. MEDELBERG
BY DIRECTION

**DEPARTMENT OF THE NAVY**
NAVY AND MARINE CORPS APPELLATE LEAVE ACTIVITY
716 SICARD STREET SE ROOM 46
WASHINGTON NAVY YARD DC 20374-5083

IN REPLY REFER TO
07 JUL 07
07/34
7 Jun 07

John B. Wells
Attorney at Law
Post Office Box 5235
Slidell, LA 70769-5235

Dear Mr. Wells:

SUBJECT: REQUEST FOR TRANSFER TO FLEET RESERVES IN CASE OF BMSR ERIC V. LUCAS

This is in response to your letter of April 9, 2007. Unfortunately, Seaman Recruit Lucas has less than 20 years of active duty service and is therefore not eligible for transfer to the Fleet Reserve.

Seaman Recruit Lucas was discharged this date. A copy of his discharge certificate is enclosed. The discharge certificate outlines a breakdown of the time that Seaman Recruit Lucas spent on active duty.

If you have any further questions regarding this matter, please contact me.

Sincerely,

M. E. B

M. E. BROOKS
Commanding Officer

Enclosures: 1. Certificate of Release or Discharge from Active Duty

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*
LUCAS, ERIC VAN DREW FRANKLIN

**2. DEPARTMENT, COMPONENT AND BRANCH**
NAVY - USN

**3. SOCIAL SECURITY NUMBER**
426 | 25 | 5338

**4a. GRADE, RATE OR RANK**
BMSR

**b. PAY GRADE**
E-1

**5. DATE OF BIRTH** *(YYYYMMDD)*
19661123

**6. RESERVE OBLIGATION TERMINATION DATE** *(YYYYMMDD)* NA

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
MEPS - JACKSON, MS

**b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*
P. O. BOX 84
NEWTON, MS 39345

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
NAVCON BRIG CHARLESTON, SC

**b. STATION WHERE SEPARATED**
NAMALA WASHINGTON DC UIC: 47353

**9. COMMAND TO WHICH TRANSFERRED**
NA

**10. SGLI COVERAGE** NONE
AMOUNT: $400,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
BM - 0000 BOATSWAIN'S MATE/XX
X
X
X
X
X
X
XX

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 88 | NOV | 25 |
| b. SEPARATION DATE THIS PERIOD | 07 | JUN | 07 |
| c. NET ACTIVE SERVICE THIS PERIOD | 17 | 08 | 23 |
| d. TOTAL PRIOR ACTIVE SERVICE | 01 | 11 | 01 |
| e. TOTAL PRIOR INACTIVE SERVICE | 02 | 01 | 08 |
| f. FOREIGN SERVICE | 00 | 00 | 00 |
| g. SEA SERVICE | 07 | 06 | 07 |
| h. EFFECTIVE DATE OF PAY GRADE | 02 | FEB | 28 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NAVY AND MARINE CORPS ACHIEVEMENT MEDAL, NAVY GOOD CONDUCT MEDAL(3), NATIONAL DEFENSE SERVICE MEDAL(2), ARMED FORCES EXPEDITIONARY SERVICE MEDAL, SOUTHWEST ASIA SERVICE MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON(2)/XX

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
BASIC BOATS COXWAIN'S COURSE, 1WKS, JUL90; BOATSWAIN'S MATE SKILLS AND FUNDAMENTALS, 10DYS, JUL90/XX
X
X
XX

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |

**16. DAYS ACCRUED LEAVE PAID** NONE

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|
| | | X |

**18. REMARKS**
SER: 47353-07-0341-KCC/XX
APPELLATE LEAVE FROM 02DEC03 TO 07JUN07/XX
DISCHARGE AUTHORITY 10 U.S.C 1167
CONTINUOUS HONORABLE ACTIVE SERVICE FROM 88NOV25 TO 00MAR02/XX
X
X
X
X
XX

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*
302 CEDAR STREET
NEWTON, MS 39345

**b. NEAREST RELATIVE** *(Name and address - include ZIP Code)*
CAROLYN MOORE (MOTHER)
SAME AS BLK 7b.

**20. MEMBER REQUESTS COPY 6 BE SENT TO** N/A **DIRECTOR OF VETERANS AFFAIRS** YES [ ] NO [X]

**21. SIGNATURE OF MEMBER BEING SEPARATED**
DISCHARGED IN ABSENTIA

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
KELLI C. CRANE, PS2(SW/AW), LPO, USN, BY DIRCO

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**
DISCHARGED

**24. CHARACTER OF SERVICE** *(Include upgrades)*
GENERAL (UNDER HONORABLE CONDITIONS)

**25. SEPARATION AUTHORITY**
MILPERSMAN 1160-120

**26. SEPARATION CODE**
JGH/853

**27. REENTRY CODE**
RE-4

**28. NARRATIVE REASON FOR SEPARATION**
NON-RETENTION ON ACTIVE DUTY

000302

**29. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)*
TL: 02FEB14 TO 02DEC02(9MOS, 19DYS)/XX

**30. MEMBER REQUESTS COPY 4** *(Initials)* N/A

# JOHN B. WELLS

ATTORNEY AT LAW

317 PORTSMOUTH DRIVE
SLIDELL, LOUISIANA 70460-8429
ADMITTED:
DISTRICT OF COLUMBIA
LOUISIANA
PENNSYLVANIA

POST OFFICE BOX 5235
SLIDELL, LOUISIANA 70469-5235
TELEPHONE: 985-641-1855
FAX: 985-649-1536
E-Mail JohnLawEsq@msn.com
WEB SITE: www.Military-Lawyers.com

June 25, 2007

Linda K. Etter
Asst General Counsel
Defense Finance and Accounting Service
6760 E. Irvington Place
Denver CO 80279-8000

Re: *United States v. Eric V. F. Lucas* SSN 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

Dear Linda:

I am the attorney for Mr. Lucas. Please direct all correspondence or inquiries to this office.

Mr. Lucas was improperly discharged on 7 June 2007 after appellate review of his case. The discharge is improper since he was within the "safe harbor" provisions of 10 U.S.C. § 1176. Under the most conservative calculations, he has over 19 years of active service. I have enclosed pertinent documents to assist you.

In the alternative, he should be granted eligibility for a Reserve Retirement since his active and Reserve time totals over twenty years.

Should you not find him eligible for retirement, then he should be awaked separation pay under 10 U.S.C. § 1174. Additionally, he should be given pay to reflect the remission of his confinement sentence prior to his assignment to appellate leave.

Once the Navy Marine Corps Court of Criminal Appeals set aside his bad conduct discharge, there was no basis to keep Mr. Lucas on appellate leave. He should be given full pay and benefits from 15 September 2005 until 7 June 2007.

Please advise us the date when his final pay or a substantial portion thereof is ready.

Please give me a call so that we can discuss these issues.

Sincerely,

John B. Wells

***Defending those who protect our shores!***

000303

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
6760 E. IRVINGTON PLACE
DENVER COLORADO 80279-8000

John B. Wells
317 Portsmouth Drive
Slidell, Louisiana 70460-8429

September 4, 2007

Re: *United States v. Eric V. F. Lucas*

Dear Mr. Wells.

This is in response to your June 25, 2007, letter. The Defense Finance and Accounting Service (DFAS) does not have the authority to make payments contrary to the official personnel records maintained by the United States Navy.

From the information you provided, the Navy administratively discharged your client in a manner that would not entitle him to retired, retainer, or separation pay. You are contesting the authority of the Navy to take that action, and are requesting that DFAS pay your client retirement or separation pay pursuant to your interpretation of Federal law and contrary to the official personnel actions taken by the Navy. Navy officials have thus far refused your requests to change your client's personnel records so that they would authorize the payments you are seeking.

DFAS is essentially the accounting firm and paying agent for the Navy. We make entitlement payments at the direction of the Navy based upon the official personnel records maintained by the Navy. We have no authority to make payments contrary to those records. Before we could make the payments you are requesting, your client's official personnel records would have to be changed to reflect that he is entitled to them. We have no authority to alter those records. That authority resets with the Navy. At this time, your only recourse is to get the Navy to change your client's official personnel file.

Sincerely,

Frank M. Yount

Frank M. Yount
Deputy Assistant General Counsel

000304

**JOHN B. WELLS**

**ATTORNEY AT LAW**

**317 PORTSMOUTH DRIVE**
**SLIDELL, LOUISIANA 70460-8429**
**ADMITTED:**
**DISTRICT OF COLUMBIA**
**LOUISIANA**
**PENNSYLVANIA**

**POST OFFICE BOX 5235**
**SLIDELL, LOUISIANA 70469-5235**
**TELEPHONE:** 985-641-1855
**FAX:** 985-649-1536
**E-Mail** JohnLawEsq@msn.com
**WEB SITE:** www.Military-Lawyers.com

September 10, 2007

Frank M. Yount
Deputy Asst General Counsel
Defense Finance and Accounting Service
6760 E. Irvington Place
Denver CO 80279-8000

Re: *United States v. Eric V. F. Lucas* SSN 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

Dear Mr. Yount:

Thank you for your letter of September 4, 2007.

Assuming without conceding that DFAS has no authority to transfer my client to the retired status, I remind you that the Navy-Marine Corps Court of Criminal Appeals set aside all but eight months of his confinement. He is still entitled to E-1 pay for the time his authorized confinement, as modified by the court, until he was placed upon appellate leave. Please forward that amount o him in care of this office and provide a complete accounting of his pay record.

Please advise us the date when his final pay or a substantial portion thereof is ready.

Please give me a call so that we can discuss these issues.

Sincerely,

John B. Wells

000305

***Defending those who protect our shores!***

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
6760 E. IRVINGTON PLACE
DENVER COLORADO 80279-8000

October 5, 2007

Mr. John Wells
317 Portsmouth Drive
Slidell, Louisiana 70460-8429

Re: U.S. v. Eric Lucas

Dear Mr. Wells:

This is in response to your letter dated September 10, 2007, regarding restoration due your client Mr. Eric Lucas, a former member of the Navy. Based on the sentence as reassessed by the Navy-Marine Corps Court of Criminal Appeals, it appears that your client is due restoration. Accordingly, we requested and obtained missing documentation from the Navy, and provided the same to the military pay office responsible for calculating the amount that is due Mr. Lucas. He should expect to hear from that office.

Please do not hesitate to contact me if you have questions or concerns.

Sincerely,

Julia N Rivera

Julia Dudley Rivera
Senior Associate Counsel
Military and Civilian Pay Law Directorate
Office of General Counsel

000306

# JOHN B. WELLS
## ATTORNEY AT LAW

769 ROBERT BLVD., SUITE 201D
SLIDELL, LOUISIANA 70469

POST OFFICE BOX 5235
SLIDELL, LOUISIANA 70469-5235

ADMITTED:
DISTRICT OF COLUMBIA
LOUISIANA
PENNSYLVANIA

TELEPHONE: 985-641-1855
FAX: 985-649-1536
E-Mail JohnLawEsq@msn.com
WEB SITE: www.Military-Lawyers.com


October 13, 2007

Julia Dudley Rivera
Senior Associate Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
6760 E. Irvington Place
Denver CO 80279-8000

Re: *United States v. Eric V. F. Lucas* SSN 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

Dear Ms. Rivera:

Thank you for your letter of October 5, 2007.

I am preparing a law suit regarding Mr. Lucas' remaining claims. Please have the appropriate military pay office contact me not later than 1 November 2007 to discuss this matter. Otherwise, I will include the restoration claim as part of the lawsuit.

Kindly note the change of address. Please send all correspondence to the Post Office box.

Sincerely,

John B. Wells

000307