# In the United States Court of Federal Claims

**No. 07-779C**
**(Filed: July 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC V. M. LUCAS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

The Court conducted a telephonic status conference on July 30, 2008. The Court issues the following schedule:

1. By agreement of the parties, Defendant will supplement the administrative record no later than **August 11, 2008.**

2. Defendant shall file its answer no later than **August 18, 2008.**

3. Plaintiff shall file his motion for judgment upon the administrative record no later than **September 30, 2008.**

4. Defendant shall file its response to Plaintiff's motion and its cross-motion for judgment upon the administrative record no later than **October 30, 2008.**

5. Plaintiff shall file his response to Defendant's cross-motion and his reply to Defendant's response no later than **November 17, 2008.**

6. Defendant shall file its reply to Plaintiff's response, if applicable, **on December 5, 2008.**

7. Plaintiff's motion to supplement the administrative record is dismissed as moot.

After Defendant files its answer, the parties may contact Judge Bruggink to schedule ADR proceedings and may request a stay of proceedings while they pursue settlement.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**